

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

DEC 17 2021

KEVIN P. WEIMER, Clerk
By: NBowen Deputy Clerk

PIN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SATOSHI NAKAMOTO | ] | EMERGENCY |
| RONN FENN | ]. | Case No_____ |
| ROBERT MEYRING | ] | Related case 1:21-cv-04260-SDG |
| *Plaintiffs* | ] | **1:21-CV-5173** |
| | ] | |
| VERSUS | ] | |
| | ] | |
| THE UNITED STATES ET AL | ] | |
| *Defendants* | ] | |

Joseph Biden
In oficial capcity
Michelle Luhan Grisham
In oficial capcity
Hetor Balderez
In oficial capcity
The NM State Police
The City of Truth or
Con seques Police.
Destiny Mitchell
In capcity + as an individual
The Sertind/Frances Luna, oficier capacty

Grisham
490 old Santa Fe Trail
Room #400
Santa Fe, NM 87501

Hector Balderez, AG
408 Galisto St
Villagra Bld
Santa Fe, NM 87501

NM State Police
HQ. c/o Tim Q Johnson, Chief
4491 4491 Cerillos Rd
Santa Fe, NM 87507

Tor C Police Dept
507 Macadoo St
ToeC, NM 87901

Destiny Mitchell
426 Broadway St
ToeC, NM 87901

The Sentinel / Frances Luna
In official capacity as Commisiner
And owner/operator of The Sentinel

217  E  3rd Ave
T0-C, NM  87901

I Satoshi Nakamoto APOLOGIZE to the clerk and judge who was stuck reading what follows.

I wrote it after being jumped in my home.

I was severely beaten. My whole back is on fire.

I call it attempted murder and assasination.

You call it

Nothing. You just pretend it is NOT appening to me.

So I wrote this under a gun, a lethal threat.

Judge: an IED was planted two blocks from my home. When I discovered the cover up and began talking? Began writing this?
 And others ran their mouths?

A man entered my home and attacked me.

I CAN'T FILE A REPORT. THE COPS TOLD ME ONLY I AM NEVER ALLOWED TO FILE A POLICE REPORT AS THEY WON'T TAKE REPORTS OF ANY STATE OR FEDERAL CRIMES. If I'm reporting any officer. Or local family or friends.

BUT THE ACTING CHIEF THEN?

ERICA BAKER WHO RAN HER MOUTH ABOUT AN IED BEING PLANTED TWO BLOCKS FTOMY HOUSE AT OUR TRANSFORMER/PARK?

ORDERED THE POLICE DEPT NEVER TO TAKE ANY REPORTS FROM ME EXACTLY WHEN I ACTED TO REPORT DESTINY MITCHELL FOR HATE.

SHE WISHED ME DEATH AND THEN WAS ELECTED? IN A RIGGED ELECTION THE GOVERNOR IS WELL AWARE OF? I'M DONE.

LEGAL DEFINITION OF AN EMERGENCY IS YOU HAVE 24BRS TO ACT OR SOMEONE WHO WOULD NOT OTHERWISE DIE DOES, WIIL!, DIE.

ATTACHED IS HER DEATH WISH TO ME. AND NEWS OF HER ELECTION:

Here:

I, Satoshi Nakamoto, have repeatedly as an Emergency and this is ignored. I am attempting to be as patient as I can.. HOW ARE VICTIMS SUPPOSED TO ACT? YOU TELL ME, HOW ARE VICTIMS SUPPOSED TO ACT WHEN NOW SOMEBODY ACTED TO PLANT A BOMB TWO BLOCKS FROM MY HOME AT THE TRANSFORMER TO KNOCK POWER SO ALL COMMUNICATION IN OUR TOWN OUT?? HAS ANYONE EVER PLANTED AN IED NEAR YOU? I THINK YOU'D BE SCREAMING EMERGENCY ONLY…SOMEBODY WOULD ACT FOR YOU.

I have been informed that an Improvised Explosive Device was planted two blocks from my home in July. WHO told me? A cop told someone who ran to tell me. Below is why the town has now had it. The Utility I told you about was the way to convenient target so now Ron Fenn who has his Utilities unlawfully shut off in the Smart Meters, City Commissioners steal at will case is a Plaintiff. We have city, state and federal agents attacking us.

No matter how much we complain or to whom? Unless they act to kill one of us you do no thing effective. If you're hoping you the federal judge hearing this case can create a window so I can be ASSASINATED? Manson wasn't on the scene. You can sit thousands of miles away but even federal judges take their victims as they find them. If you're not a WILLING VICTIMIZER?

SERVE THE GODDAMNED DEFENDANTS BEFORE TORC, NM AND ME WITH IT IS BLOWN UP.

YOU NEED TO KNOW, WE ONLY HAVE THE WORD OF A DISGRACED POLICE OFFICER AND WE SAW OR RATHER WITNESSES SEVERAL BKACK HELICOPTERS CIRCLING HERE IN THE SUMMER WHEN THIS HAPPENED.

I have received nothing recently from this court. Someone tells me that they read that this court already decided only Nakamoto and Meyring are frivolous. Is that true? I can't tell you, I don't have internet access.

I file and tell the courts that the Defendant named as the US offered to settle twice by sending someone to my home - a US Marshall and Secret Service agents - but then the US acts to do something to make this impossible.

So what did this court do?

Denying the Motion to Serve Notice to the Defendants, it made settlement impossible as the Defendants told me to my face once that until or unless a federal judge served them that no case is real to them.

The one time in 14 years that we, Nakamoto and Meyring and our silent partners, file a Motion then the judge who was supposed to be our advocate made settlement impossible by denying a routine motion ALWAYS granted to the Defendants when they sued me exactly and UNLAWFULLY and wrongly with the help of FL imprisoned me for 8 months exactly as they the US and exactly Barack Obama threatened to do to, they actually issued a death threat to my face and said  QUOTE

"THERE! NOW YOU CAN'T TELL THE TRUTH IN COURT AGAIN!"

I did so immediately and they executed their threat. The person who engineered the situation that caused the state of FL acting to help the US/DC to get me into physical custody will testify if need be. He was there when Obama's death threat was issued. This GAVE him the idea to railroad me.

1

No matter what we write, THE FEDERAL JUDICIARY KEEPS ACTING FOR THE US EVEN WHEN RHEY ATE KJR ADVOCATES AND I MEAN THEY ACT AGAINST THE PEOPLE AND FOR THOSE ACTING TO TERRORIZE THE PUBLIC.

How much of an emergency is this?

There is a reason the local Defendants in TorC, NM who stole my home were not named exactly: the sheet with their names on it was left at the library. I informed Meyring my co Plaintiff and partner in this and that I would need to think about whether or not to name them as that might muddy the water.

Guess what judge? In July of this year, this last July, SOMEONE planted a bomb that I am told was an IED at the transformer in town that is TWO BLOCKS from my house.

And a bad cop that we who are Nakamoto V The US and TorC, NM who have been under siege by our local government, Santa Fe and the US military and who acted and acted to get fired as she was stalking is and has a criminal background and was hired only as she did, was finally fired but for running her mouth about this bomb as it was deemed to be a professional job.

Did I not tell this court that the local Utility is bring used to terrorize TorC, NM?

But in this case the problem is:

The CIA

WHO I DID DO WORK FOR AS DID AT LEAST THREE OF MY SILENT PARTNERS AND WHEN THEY CREATED ABS INSTALLED OBAMA AND THE PEOPLE KNOW THIS, THEY ADMITTED THIS TO ME AT LONG LAST

Owned a company named CRYPTO AG.

Stop right here.

The CIA owned a company named CRYPTO AG. This is common public knowledge.

Americans? Do not know what is real any longer and what is not, they are becoming more and more violent in response so HOT civil war already is! Genocide is! In Atlanta where Meyring lives? The murder rate has increased by 20%. And you have blacks murdering blacks in astronomical numbers.

Whatever made anyone believe that genocide would look, feel, and sound the same here? They can wear redcoats, jack boots or a title like Governor or President.

So now Google "Is Biden in charge?"

WE ALL ARE AWARE HE ISN'T.

THE US AND ALL DEFENDANTS HAVE SAID UNLESS YOU THE JUDICIARY SERVES THEM? THE CASE IS NOT REALITY AS AT THIS POINT NOBODY CAN KNOW IF <u>WE</u> SERVED THEM ALL AND IF JOE BIDEN RECEIVED IT; NOW THEIR NEW TACTIC IS TO PRETEND THE CITIZENS HAVE NOT SUED.We are aware that they are playing a game, a lethal game.

2

THEY TOLD ME, AT LEAST ONE DEFENDANT TOLD ME, THAT AS NOBODY CAN KNOW IF JOHN ROBERTS OR BIDEN EVER SEES ANYTHING WE FILE? THEY WILL ONLY ACKNOWLEDGE THE SUIT OF ANY PRO SE LITIGANT IF THE JUDGE

GRANTS THE ORDER FOR SERVICE.

So let's regroup before I get into the CIA crap and before I even do that you need to be aware:

SOME OF US DID WORK FOR THE CIA BUT YOU WILL NEVER FIND A PAPER RECORD OF THAT AND WHETHER WE LIKE IT OR NOT WE ATE IN POSSESSION OF CLASSIFIED INFO SO IF YOU'RE THINKING THE MEDIA IS IGNORING US SO YOU TOO CAN AND WILL HARM US? YOU CAN GO TO PRISON IF YOU FORCE ONE OF US TO REVEAL WHAT'S CLASSIFIED; I ALSO NEED TO YELL YOU THAT NOW YOU THE JUDGES ONCE MORE ATE NOT NING WITH THE CRIMINALS ATTACKED NG US AT RHEIT EHIM AND WILL WHEN YOU DON'T SUFFER WHAT WE DO.

YOU GAVE ZERO REASON TO DENY THE MOTION OF TO SERVE THESE PEOPLE AND WHEN YOU KNEW KNEW KNEW THIS WAS AN EMERGENCY AS LAST TIME I WROTE THAT WORD REPEATEDLY.

I HAVE ALSO TOLD YOU THAT WE NOT  BIDEN REPRESENT THE PEOPLE. NOT JUST TORC BUT OF AMERICA.

WE WERE ALREADY IN THIS COURT, THIS FEDERAL APPELLATE ANYWAYS. AND WHAT HAPPENED?

THE FEDERAL JUDICIARY IS LOST. ALL AMERICANS KNOW THIS.

THE PEOPLE ARE DENIE D THEIR RIGHT TO BE HEARD IN THE FEDERAL COURTS. ALL YOU EVER SAY IS 'NO, YOU'RE CRAZY. NO WOMAN CAN BE OR DO THIS. HUMANLY IMPOSSIBLE FOR A WOMAN TO BE THIS SMART OR THKS TOUGH, DENIRD!! DISMISSED!!' UNTIL A JUDGE FINALLY DROVE HIMSELF CRAZY AND SO FEDERAL JUDGE MARCIA HOWARD JUST LIED IN HET ORDER. MADE 'FACTS' UP SUCH AS I WAS FILING FROM INSIDE A PRISON. NOTHING LIKE REWRITING HISTORY THAT EAY IS THERE?

Federal question: Why is every federal judge in America TERRIFIED of John Roberts and SCOTUS if we aren't and if we possess classified info you can go down for? If you make us talk? Do I really, truly need to tell you that YOU'RE the flaw in the process, in every single process even if a patent clerk says to me that NEVER will they LET a woman and/or NEVER will they even consider any patent we file - they'll deny it without reading it - that the reason to order summary judgment for settlement OR send this ahead is...YOU have about 20 conflicts not all on the judges that you cannot overcome in the Federal Judiciary?

If I say it as simply as I can: SCOTUS is conflict free as currently they exist OUTSIDE of the law. They are a product of MARBURY. This? A TEST OF MARBURY. I WROTE THAT TOO; TWICE WE GAVE YOU PLENTY OF TIME TO READ THE CASE. AND YOU PROTECT THE CRIMINALLY INSANE COURT CLERKS WHO MADE GALAE ENTRIES TO THE SCOTUS DOCKET NOT ORDER AN INVESTIGATION INTO THE  OFFICE??

Be aware: a federal judge in Miami, Marcia Howard, is now directly responsible for that bomb. Not a judge in Atlanta. But whoever you are as I don't even know if you're a man or woman but I know you're

not Native so that's another conflict as it I, this unique and bizarre treatment of an intelligent woman SEEMS to be you in Atlanta hating me.

Psychiatrist Dr. Mayfield will testify as he already did to me that YOU'RE problem is...you don't know how to manipulate me; that you "do not know how to DEAL with a highly intelligent, highly capable woman". No, you don't know how to CONTROL a person more intelligent than you. Hey, you'd be pissed too if it seemed as if a judge just tossed your filing in their drawer and went home to dinner while the CIA seems to have planted a bomb near your home to ASSASINATE you.

I will let a citizen who came up FIRST in a search - I always just use whatever results come up first!! WE do not shop for judges and material as other lawyers do - tell you about the APPEARANCE that might be actual reality as we, in TorC, are being told this bomb was a pro job and an IED and our town? WE HAVE A UNIQUE IN ALL OF AMERICA SYSTEM THAT SANTA FE EXPLOITS SO NO VOTE AND IN THE HOME OF THE TOYBOX KILLER WE HAVE ZERO MEANS TO RUN WARRANTS, THEY THE ENTRENCHED SUPPOSED ELITE REFUSE TO INSTALL ANY SUCH SYSTEM OR TECH TO DO SO AND THEN?? FRANCES "MR. POTTER" LUNA A LOCAL DESPOT WHO OWNS THE MEDIA AND IS ONE OF THESE NEVER GO HOME ROTATING CROOKS AS AN OFFICER BOUGHT OUT THE ONLY COMPETITOR NEWSPAPER.

Here:

https://www.google.com/amp/s/cryptopotato.com/the-cia-secretly-owned-crypto-ag-did-they-secretly-create-bitcoin-opinion/%3famp

"It was the intelligence coup of the century." That's the assessment of the CIA in a classified report obtained earlier this month by an investigation of the Washington Post. The Post made stunning revelations in a report headlined, "How the CIA used Crypto AG encryption devices to spy on countries for decades." Crypto AG was a Swiss encryption company. It made millions of dollars since World War II selling encryption devices. The governments of over 120 countries bought Crypto's devices well into the 21st century.

Operation "Thesaurus"
But the Washington Post made the stunning revelation in early Feb 2020 that the information security company was secretly owned by the CIA. And the Central Intelligence Agency had built back doors into the encryption methods so it could easily decode messages and spy on foreign governments' most sensitive communications. Governments the world over trusted Crypto AG to encrypt communications for their military, diplomats, and spies. Among Crypto AG's clientele were Iran, military dictatorships in Latin America, India, Pakistan, and the Vatican.

Who Is Satoshi Nakamoto?
From 1970 forward, most of the world's governments were unwittingly handing the CIA their money and also their secrets. These revelations about this stunning and audacious CIA signals intelligence operation beg the question: Did the CIA create cryptocurrency? We still don't know who invented Bitcoin. Its creator has remained anonymous to this day. The inventor of Bitcoin published the Bitcoin whitepaper under the pseudonym, Satoshi Nakamoto. And they posted to the Bitcoin Talk forum under that moniker. Could Satoshi Nakamoto be the Central Intelligence Agency?

Did The CIA Create Bitcoin?
There's no conclusive evidence of who Satoshi Nakamoto really is. That remains a mystery to this day as far as the public is concerned. (Craig Wright's objections to the contrary notwithstanding.) The following evidence that Satoshi Nakamoto might be the CIA is circumstantial, and the conclusion is

4

speculative. But if it's not compelling, this evidence is certainly captivating. And the Crypto AG revelations show just how plausible it is that the CIA could have created Bitcoin as part of the monetary coup of the century.

Evidence That Satoshi Is The CIA
To begin with, Bitcoin is based on technology created by the National Security Agency (NSA). The NSA's Secure Hashing Algorithm 256 (SHA-256) is a lynchpin of Bitcoin Core, the software that turns a computer into a Bitcoin node. SHA-256 is a one-way hashing function that compresses and encrypts a string of any length into a unique 256-bit signature or hash. The original string cannot be determined from the hash. And it's impossible to guess what SHA-256's output will be for any given input. So it's functionally random. You can enter Abraham Lincoln's Gettysburg Address into it and get one hash, then change a single letter and enter it again and get an entirely different hash.

None of this proves the CIA created Bitcoin. The NSA published SHA-256 in 2001. So non-CIA coders could have taken it up and used it to make Bitcoin. But after Crypto AG, it does make one wonder if there's some kind of back door into SHA-256. Perhaps more incriminating is the meaning of the name Satoshi Nakamoto in Japanese. Nakamoto actually means "Central" or "Middle." Satoshi means "Enlightened," "Wise," or "Intelligent." These are facts. Satoshi Nakamoto means Central Intelligence. That could be a joke by its non-CIA creators, or it could be the CIA's calling card."


So, the CIA owned Crypto AG. Get the connection now?? Why you might need to send this ahead as now? Now?? I'm on my way to Atlanta. If ANYBODY is assassinating me? They can blow Atlanta up and this courthouse with me. Why? Meyring lives there. I'm not letting him die alone if they whoever they are start planting bombs near him.

Erica Baker is the cop who was stalking us but the city refused to fire.

In NM as no such thing as IA exists, politicians hire what we call bad cops. They look for a Baker. She? Used traffic court to terrorize us and steal our vehicles on behalf of the city who only ever hire bad humans to abuse us.

TorC? You don't want us to start enjersting the crimes that are.

And guess what Grisham just announced?

She stole as she always does $1 billion in FEDERAL stimulus funds. Finally the State Legislature had it and sued. I was ready for that bitch.

We served her. Why? Partly as she then was taken to NMs Supreme Court and was told she was stealing and to quit it, PERIOD. She then acted to spend another $2k. I serve her. She goes to the media and says...it was for services rendered but she'll have it returned.

Bullshit! She is acting. ACTIONS EVEN YOUR OWN ACT TO FAIL TO ACT EFFECTIVELY - DO YOU THINK FOR ONE TIME IN 14 YEARS A FEDERAL JUDGE CAN TAKE A SINGLE, LONE EFFECTIVE ACTION AND JUST SERVE THE DEFENDANTS - ARE THE PROOF. She acted to tell you, THIS EXACT JUDGE, that she will do ANYTHING she wants including steal and no judge is ever gonna go ch her. Haha! I own the Judiciary!! I'm friends with Biden!! Called me to consider me for a job!! I will never comply with law or any court order!! Haha! Look! Federal judges are afraid of me, Grisham!! They won't even serve me. They are so afraid. **THEY THINK THIS WAY NOT US.**

I am in the process of moving to Atlanta as you're even denying me my right to consult with my own damn lawyer at this point.

ALL ANY PATENT CLERK SAYS?

All ANYBODY says to me, Alias Satoshi Nakamoto?

WE WON'T CONSIDER THAT YOU HAVE A MIND LET ALONE ONE OF YOUR OWN AS YOU'RE A WOMAN.

I told Meyring not to act yet. He cannot know what is classified as I will not tell him - yet.

Some of my knowledge is classified and independent of anything the US or the CIA says, I and Ray Morton CAN reason why some things are classified and even if we immediately declassify this info upon being heard? RIGHT NOW THERE IS CAUSE TO KEEP IT CLASSIFIED.

Here is the proof that you cannot know WHO is doing this, that you NEED to serve Biden and send this ahead as Roberts has a unique qualification: a man who has had a seizure can know something about the science we will present is fact and true and law of nature. Have you had a seizure? Then what can you weigh the evidence against if you lack the life experience?

Also, Roberts has tons of experience as I do dealing with this FISA, top secret nonsense.

THIS TIME? YOU HAVE NO CAUSE TO NOT SERVE ALL IF THEY WON'T SETTLE UNTIL YOU DO BIT THIS TIME? Marcia Cooke in Miami is a FISA judge. When TorC is blown up at long last? YOU would go down for it not her. You aren't a FISA darling. We could not help you then. Why?

You can't get into SCOTUS. NO LAWYER CAN. THE CLERKS ARE FLAT OUT CRIMINALS AT THIS POINT. THEY HAVE TAKEN FEDERAL CASES AND DESTROYED THE FILINGS EVEN; THEY HAVE IN TWO CARS ONE NOT MINE MADE FALSE ENTRIES TO THE DOCKET. HOW VAN ANY JISTICE KNLW WHAT RHE FUXK IS GOING ON IF THEY LIKE STEVENS GOES ON TV AND TELLS US TO SUE BIT WE DO AND THE CLERKS ON THE TAKE HIDE THE CASES OR JUST AUTO DENY THEM?

I TOLD YOU!!! GO READ THE NUMBERS!!!

SO MANY FILINGS IN SCOTUS ATE NOW AS SO MUCH LAWLESSNESS IS THAT THE NUMBER OF CLERKS CANNOT NOW READ AND SUMMARIZE ALL THEY RECEIVE BUT!!!

This case alone received a process named nowhere in US Law.

Twice MEN filed original cases and once a male judge did see Nicholson a DOMESTIC TERRORISM CASE AS MEN ARE TERRORIZING US  and it went to Roberts. Only our case did not.

And a false entry is on the SCOTUS docket.

ORDER THE GODDAMNED DOJ TO GET OFF OF ITS ASS. THEY WROTE TO IS AND SAID, WE JUST DON'T FEEL LIKE INVESTIGATING YOUR COMPLAINTS.

WE DON'T FEEL LIKE PAYING THRM OR YOU FOR DOING NO THING EFFECTIVE AND MAKING EVEN SERVICE IMPOSSIBLE.

We? MAY meet force with equal force.

Thanks judge! The People may now start bombing the US in return, to meet force with equal force as the DOJ is lost too.

IF YOU LET THE US GET AWAY WITH DEFAULTING UPON ALL OF IS LAW? LAWLESSNESS SO GENOCIDE IS!!!

The US has acted to ASSASSINATE me at least three times. While another reasonable possibility is? It's equally as bad or worse. I'm SAFEST naming the CIA so CIA: don't think Satoshi is a turncoat. IF any of you ever acted and I truly believed it is a crime? Not covert ops that are reasonable? I mean while I damn well know crimes have been committed I mean on my watch and when I did SOME WORK on your behalf, ANYBODY that I encountered was able to reason why their act was not a crime without saying or rather using 'Im CIA'. That doesn't exonerate you for torture etc.

I'M not Obama. Neither is Meyring. We're ethical. And most intelligent.


WE DO THINK. ACCOUNT FOR ALL. THAT'S HOW I KEEP PREEMPTING YOU. THAT AND I'M PSYCHIC BUT YOU THE CIA STUDY THIS, DON'T YOU? THE CIA…

https://www.google.com/amp/s/amp.theguardian.com/us-news/2021/jan/27/russian-esp-experiments-ci a-memo

"In a recently declassified memo, CIA agents in 1991 described two Russian scientists who were conducting experiments on extrasensory perception, known as ESP, which is the ability to gain information, or influence physical objects, using only the mind."

"Bent spoons, flying saucers and remote control donkeys: military myths explained | Mark Pilkington The memo said one of the Russian scientists had "perfected" his methods."

"https://www.history.com › news › ci...
The CIA Recruited 'Mind Readers' to Spy on the Soviets in the 1970s
Oct 17, 2018 — During the tense period of the Cold War, the U.S. government sought to deploy a potent new weapon against the Soviet Union: mind-reading…"

I can tell you the science you missed, CIA. Need a way to disburse the money to compensate me?

Meyring worked for the FDA. I...did some spying by working for the US Census, 1990. You know Ray! Military.

Look judge! The CIA can and may pay us as they did Obama.

That? Commonly known. Ya know, it SEEMS as if the ONLY humans who aren't aware of what's happening in America is the…FEDERAL JUDICIARY, AS THEY'RE ARE IN DEEP DENIAL.

We are all aware. I told you: The People confessed. You don't seem to WANT to get something: THE PEOPLE HIRED US!!! THEY KNOW ME AS IN RE SUSAN AND CAST VOTES FOR ME IN CASE

THE JUDICIARY KEPT DENYING THEIR REALITY. WE EVEN FILED THE SERIAL NUMBER OF A VOTE VAST FOR ME BY A PERSON WHO FLOORED ME WHEN THEY HANDED THIS SERIAL NUMBER TO ME!

I never thought of that but I don't want the job.

My children were kidnapped BY THE STATES SO THE US!!

PAY ME NOTHING? NOT FOR BITCOIN EVEN? BUT PAY ALL OF THESE MEN AND CRIMINALS?? WE TELL ITS OPEN SEASON ON US AND CRIMINALS HAVE FREE REIGN ON EVERY LEVEL AND YOU JOIN THEM?? AGAINST US??

I'm going to move as close to this court house as I can, as close to Meyring as I can so we can consult and so IF I'm ASSASINATED then some federal judges are going to be bombed with me.

IM not making the bombs or the threat.

In July? I was in a car with Bart River. The first guy to find me and report Bitcoin fraud. We saw several black military helicopters circling. He said he felt uncomfortable. I changed the subject.

I am not afraid at all to die.

I even filed, wrote and I'll say it here again:

If no federal judge  will act and when even they cannot get into SCOTUS or just will not do their job and send this ahead then I VOLUNTEER TO BE AND BCEOME THE FIRST VICTIM OF THE AMERICAN HOLOCAUST. But be aware: if you ever succeed in one of these attempts on my life be you the CIA or a lone man? You're gonna have to take a federal court out with me. I'll camp on their steps if I must!

Also? I have been trained by someone CIA, how to avoid assasination. I've been trained in all the ways you can be ASSASINATED or you can assassinate another without detection and how to avoid being killed. Someone CIA who was trained by the CIA taught me.

Watch, Judge. READ. As you? A DICTATOR ALREADY IS!! AS WYF IS IN CHARGE IN DC? AS IT ISN'T BIDEN OR HARRIS.

ALSO?? DELAWARE IS THE CORP TAX HAVEN STATE. I FINALLY SERVED COINBASE BY USING THEIR DE PO BOX. I USED DC's TOO. DC HAS ONE TOO. THAT? FONDLIN' JOE IS DE! INSURMOUNTABLE CONFLICT FOR YOU IS!

https://www.washingtonexaminer.com › ...
Does Biden even know who's in charge of the Biden administration?
Nov 5, 2021 — The Wall Street Journal reported on Oct. 28 that the Biden administration was considering compensating families who were separated at the…

"The Wall Street Journal reported on Oct. 28 that the Biden administration was considering compensating families who were separated at the border during the Trump administration up to $450,000 per person. This was to be done in consideration for the trauma they endured after they were separated after breaking the law and illegally entering the country."

Real or fake? Actuality or not?

"However, just a day ago, Biden seemed to nix the idea, calling such reports "garbage." He said it was "not gonna happen." But then the ACLU started saying in public that Biden doesn't know what he is talking about.

Washington ExaminerSubscribe
Sign Up For News Alerts

Does Biden even know who's in charge of the Biden administration?
By Christopher Tremoglie
November 5, 2021 - 2:52 PM
Share on Facebook  Share on Twitter  Share Email  Share Text  Share on LinkedIn
Get home delivery of the magazine. Subscribe today!
The Wall Street Journal reported on Oct. 28 that the Biden administration was considering compensating families who were separated at the border during the Trump administration up to $450,000 per person. This was to be done in consideration for the trauma they endured after they were separated after breaking the law and illegally entering the country.

However, just a day ago, Biden seemed to nix the idea, calling such reports "garbage." He said it was "not gonna happen." But then the ACLU started saying in public that Biden doesn't know what he is talking about.

"President Biden may not have been fully briefed about the actions of his very own Justice Department as it carefully deliberated and considered the crimes committed against thousands of families separated from their children as an intentional governmental policy," said Anthony Romero, ACLU executive director. Did he know something Biden didn't?

White House principal deputy press Secretary Karine Jean-Pierre also contradicted Biden on Nov. 3, saying that the president is "perfectly comfortable" with giving money to the families who broke the law by coming into the country illegally.

So ... clearly Biden is not in charge of his own administration. He is not the acting president who makes the decisions."

Americans despise the ACLU. Wtf voted for the ACLU so that we receive zero compensation or damages for injury and harm the US PERPED when the US did not perp any injury against these people??? Sorry! The ACLU does not decide this stuff.

BIDEN BELONGS IN PRISON. WE ARE ALL AWARE OF THIS. HARRIS TOO. THINK THIS ISN'T RIGGED TOP TO BOTTOM? HER OWN FATHER HAS DISOWNETED HER, HARRIS. SHE IS LYING BY OMISSION, REFUSING TO STATE HER FATHERS FACTS AS SHE IS NOT QUALIFIED ANYNOTE THAN OBAMA OR MCCAIN WAS AND SHE? MIGHT BE MORE COMPETENT THAN OBAMA IF THAT'S POSSIBLE.

SEE WHY YOU DON'T INSTALL FOREIGNERS AT ALL OR AS FRONT MEN??

UNDENIABLE PROOF IS:

RON FENN OF TORC, NM FINALLY WON A RECALL ELECTION! FINALLY, WE DID IT! AND WTF HAPPENED? STEVE GREEN JUST DOESNT LEAVE HIS SEAT! WHAT THE FUCK??

NOW?? DESTINY MOTCHELL WHO SENT ME A DEATH WISH AND SIGNED MY CLOSE FRIENDS MEAN TO IT WITH HERS WHEN SHE RAN AGAINST HIM IN AN ELECTION AND WON IS ABOUT TO BE INSTALLED.

IS IT A GOOD IDEA TO INSTALL PEOPLE WHO SEND CONSTITUENTS DEATH WISHES AND RUN AROUND TOWN LIBRLING AND SLANDERING RHEM.SO NPE I CAN'T GET A JOB ANYWHERE?

NEVER EVER IN MY LIFE NOT ONCE NOT EVER HAVE I BEEN ABLE TO EARN A LIVING USING MY MIND!!!!

ONCE? KINKOS PAID AAN MOTE TO DO NOTHING BUT SIT AT A COMPUTER AND PLAY ALL NIGHT WHILE I A NEW HITE DID ALL OF THE WORK. THE MANAGER DENIED REALITY UNTIL AN EXPENSIVE JOB NEEDED TO BE REDONE BY HIM AT THE LAST SECOND FOR A CRANKY CUSTOMER. HE, CHRIS THE MANAGER, LOOKED RIGHT AT MY COWORKER AND ASKED HIM:

"Did you refuse to help her when she asked for help?" YES HE SAID.

So later I tell him I have had it. Wtf is this? Keeping nude pics of women taken at Mardi Gras in a backroom until corporate gets involved and now this?? Pay me more if I gotta suffer this guy. NO I AM TOLD. BE HIS SLAVE OR ELSE. SO I QUIT.

EVERY SINGLE JOB, BE A SLAVE OR ELSE! GO INSANE WITH US OR ELSE! COMMIT CRIMES AS I'M YOUR BOSS!

NO.NO.NO.NO.NO.NO: FUCK FUCK FUCK YOU.

I'M GONNA START SINGING, CIA! WHEN I DO? I'LL BE SITTING ON THE STEPS OF THIS COURT HOUSE, TELLING ALL USING MY PHONE.

GUESS WHAT ELSE CIA AND FEDERAL JUDICIARY? I DO KNOW THE CAUSE OF COVID. I AM CHOOSING TO LET YOU DIE AS THE MORE OF YOU WHO DIE, THE SAFER I AM. I AM A HATDCORE MOTHER FUCKER. DON'T WANT TO DIE OF COVID? I DON'T WANT YOU TO KILL ME OR MEYRING OR TELL ME THAT I GOTTA SUFFER FOOLS.

NO I DON'T.

WALMART OWRS ME. WANT ME TO LIST THEIR ABUSES? I HAD TO QUIT THAT JOB AS I NEEDED TO SEND AN ACTIVE SHOOTER TO ANOTHER WALMART. I SHOULD SUCCEED. THE TEXAS WALMART SHOOTING??

HE WAS  SCOPING OUT THE TORC WALMART. I CAUGHT HIM.  I CAN YELL YOU: MADE IMPOSSIBLE TO REPORT ACTIVE SHOOTERS OR POTENTIAL SHOOTERS. I CATCH HIM AND ACT!

WHEN HE SHOT UP ANOTHER WALMART? HE SAID HE CHOSE ONE AWAY FROM HIS HOME AS HE DID NOT WANT HIS FAMILY TO KNOW.

LIAR! HE DIDN'T WANT HIS FAMILY TO DIE. I CHOSE TO LET OTHER PPL DIE AS THE JUDICIARY THINKS I'M PLAYING GAMES. IF I FILED TO STOP H? THE FEDERAL JUDICIARY WOULD HAVE IGNORED IT AS THEY ALWAYS DO.

GEE, IF I KNOW THE CAUSE OF THESE VIRUSES? I CAN EVEN SPEED UP THE NATURAL PROCESS. OMICRON?

HAHA!!!

I'M GOING TO LET IT KILL YOU. Then? I'll tell the survivors the exacting cause. Then when people realize the Federal Judiciary made it Impossible for me to give them the cause so the cure? When they CAN and MAY convict those judges who did for 14 years? No, from 1996. We all know what the citizens who survive these viruses will do to the judges who kept this knowledge from them!  Some CIA Agents died of Covid, I'm sure of it. What an ax everyone will need to grind against the judges doing this!

Time Magazine says...

"The latest COVID-19 variant, Omicron, is raising new fears—among policymakers, parents, educators, business owners and, well, just about everyone. And for good reason, as initial reports suggest that it is significantly more transmissible than prior variants. But for those of us engaged in clinical care and public health—we're an emergency physician and trauma surgeon—there's a different fear: with almost every part

of our system already overtaxed, we are on the verge of a collapse that will leave us unable to provide even a basic standard of care. Even if Omicron ends up being mild, it could well be the straw that breaks our back.

Long before the pandemic started, American healthcare was stretched thin. This problem has only gotten worse over the past 20 months. Despite the federal support received by healthcare systems during the pandemic, healthcare facilities are facing catastrophic shortages of resources, ranging from basic medications, to operating room staff, to ability to find cooks for nursing homes. Each is vital to allow for the delivery of high-quality care to trauma patients, critically ill diabetics, or those with surgical emergencies, much less nursing home patients and those with behavioral health problems.

The reasons for the shortages are manifold.

The breakdown in our supply chain—the same factors slowing the shipping of microchips and holiday gifts—is part of it. The simple lack of funds is another cause, especially for smaller and rural healthcare systems. Early in the pandemic, we cancelled elective surgeries to make sure there were enough nurses, beds, masks, and ventilators to treat COVID-19 patients. That decision was critical to save lives, but most of healthcare depends on the revenue from surgeries to subsidize other aspects of care delivery and now budgets are strained even more with the escalating cost of contract temporary labor. We also spent more money than ever before on personal protective equipment. The Great Resignation—the dramatic drop-off of people in the workplace—is another

But in healthcare, staffing shortages are emblematic of much more. (And vaccine mandates are not the reason for shortages: in Rhode Island, for example, the two largest healthcare systems have retained more than 95% of staff after mandates were implemented, and other large systems retained even more.)

The reason is that nurses, technicians, doctors and other healthcare professionals have simply had enough. After 20 months of fighting this virus, handling overflowing patient loads, and dealing with angry and distrustful communities, they are leaving in waves. Although we are paying more for the scarce staff who remain, it still may not be enough to keep up safe staffing standards. Without healthcare workers, we have no care.

(Yay!!! Die faster!!! You voted for this not I! But please, let the eunethical.die first and feel it when they do if that's the only justice I'm ever gonna get! Yaya, yay, yay! Dropping ng like flies!!! Every healthcare worker I ever met except for two? LIED TO ME. I AM HAPPY NATURE SO CREATOR IS FINALLY  TAGGING YOUR ASSES.)

Right now, many hospitals are having to once again pause surgical cases and other elective procedures- not because of COVID-19, but because there is no longer adequate staff or beds. Even without a massive surge in patients with COVID-19, when we can't transfer patients out of the hospital into a nursing home, the hospital beds stay full; when hospital bed are full, patients can't be admitted from the emergency department; and when patients can't be admitted, emergency departments' waiting rooms and primary care offices fill up with untreated acute problems. Nurses and doctors are frustrated that they can't provide timely care, and patients and families are angry at the waits. Everyone gets hurt, in the short term.

But these cancellations set off a chain reaction of debilitating systemic effects that will hurt for a long time to come. The people whose surgeries are being cancelled really need them—it's not cosmetic surgery, but people suffering from conditions like gallbladder disease or people who need a colonoscopy. These folks are likely either to remain debilitated by whatever was leading to their need for a procedure, or continue to flood emergency departments with what could have been a preventable emergency. Further down the road, the continued cancellations will further hurt hospitals' ability to pay for core functions, and may lead to the closure of units within hospitals or even whole hospitals.

For those of us on the front line, it feels like a game of Whac-A-Mole in which we are no longer able to react fast enough to the "moles" popping up.

And all of this, of course, is occurring when Omicron has barely hit our shores and we are just gathering the data to help us respond to what may be ahead.

Read More: What It's Like to Be a Healthcare Worker During COVID-19 Pandemic

The pandemic has already decimated communities, worsened long-standing health inequities, and demonstrated the importance of public health preparedness. We are watching firearm injury, opioid overdoses, and other public health emergencies increase dramatically. And our fractured health care system is facing huge stress as we lose the one remaining piece that has been the glue holding us together for so long—healthcare workers. Healthcare workers come day or night, weekdays or weekends, birthdays or holidays, sacrificing so much, including their own lives to help others during their most vulnerable moments. That's our job, and we are proud to do it. At the same time, we cannot overstate the physical, emotional, and mental toll this pandemic has had on our colleagues is immensely important. If we really want to save lives, we must act now.

Yes, we must continue to push for vaccinations, masks, testing, and ventilation, to hold off another COVID surge. But in the meantime, let's look around. Our hospitals have nothing left to give. If we are to avoid a descent into crisis standards of care, it's time to shore up our hospitals and clinics.

We would encourage the government to help us invest in both increasing the healthcare workforce pipeline and supporting adequate pay for nurses, advanced practitioners, technicians, home healthcare aides, and all the other ancillary staff; bolster our remaining staff, in the short-term, through on-the-ground civil-military cooperation; consider the deployment of healthcare professionals within the U.S. Public Health Commissioned Corps to reinforce clinics, nursing homes, and other critical healthcare functions; and make real commitments, both monetary

and otherwise, to supporting our public health preparedness and prevention systems, so we don't end up in a worse place than we are right now. To truly support the mental health and well being of our frontline workers requires more than just COVID-19 precautions.

While no one wakes up expecting to be injured or sick, we can tell you that people do expect to be taken care of if they are. And we of course want to be there for you. But we need a little help, to make it happen.

I CAN SHOW YOU ALL THE INSTANCES OF LAWYERS STEALING MY WORK, VERBATIM AT TIMES.

I COMMUNICATE EVERY DAY ALMOST WITH OTHER SPIES. USE MY EMAIL, I MAKE DOMESTIC SURVEILLANCE WORK FOR ME.

I GET YOU, ALL VOTERS,  TO TAP DANCE BY MASK NG SUGGESTIONS TO THE UNETHICAL FRACTIONS USING DOMESTIC SURVEILLANCE PROGRAMS. THEY REACT, LOL.

OPPOSITIONAL DEFIANT DISORDER? I ORDER YOU TO ACT UNJUSTLY. THEY ACT...JUSTLY, LOL! ONCE? TO DEMONSTRATE MY ABILITY? I SENT AN EMAIL AND CAUSED OBAMA TO DO SOMETHING EXACTLY. AS IDEA DIFFUSION WAS, LOL.

Here

https://www.msn.com/en-us/news/us/the-leading-cause-of-americas-wealth-gap/ar-AARAo6j

"Historically, America's environmental policies have played a large role in phasing out our industrial workforce. Yet, the measures proposed in the latest infrastructure bill aim to expand them — a goal difficult to rationalize since the rampant pollution of the 1960s has been remarkably mended.

In fact, the Biden administration openly admits its climate control strategies will have more of a symbolic effect than a remedial one and that we are merely setting an example for the unapologetic polluters of the world to follow. It is a noble effort that will certainly cost the working class their jobs.

Looking at previous administrations going back to World War II helps understand why our leaders would propose such a masochistic plan. The priority for presidents after Franklin D. Roosevelt was the development of foreign industries at the expense of U.S. industries. This was a common theme throughout the Cold War, from Harry Truman to Ronald Reagan, when policymakers generously financed war-torn and third-world countries and promised them a hungry consumer market for their goods. Sacrificing a bit of our own industrial dominance to keep vulnerable nations out of Soviet hands seemed a small price to pay.

The resulting deterioration of U.S. cities in the 1970s and '80s is largely written off as an unavoidable change in the economy. Still, government policies certainly contributed to that decline by increasing regulation, financing the industries of foreign nations, and giving our home-bound companies no choice but to minimize their investments, downsize, and hold on for dear life. The policies shifted the distribution of capital investment from home to abroad, and this practice was reinforced by an array of bankers and corporate executives investing in foreign economies in the name of democracy. Politicians, meanwhile, placated the growing number of unemployed at home with empathetic consideration for every social ill, drawing as little attention as possible to the most relevant concern: where the industrial jobs had gone.

Today, left with the progeny of the Cold War working class, but no Cold War, the federal government seeks new justification for its continued support of a globalized economy. Just as the anxiety-provoking concept of nuclear war served it in the post-war years, deteriorating race relations and a climate crisis suggest there are ever more systemic issues for government to manage. But this time the rallying cry is less convincing. Theories on systemic racism propose that white supremacy is ubiquitous in American society, but because it has been so roundly condemned, it operates on an unconscious level. Similarly, climate control advocates harp on the sins of the industrial sector, but these sins have been remarkably atoned for.

Progressive rhetoric has taken on such a dramatic tone because global foreign relations have become less dramatic and an outsourcing economy is becoming more a preference than a strategic necessity. The Berlin Wall fell, democracies stabilized, trade flourished, and now the Washington establishment can only justify the status quo with a new set of dangers. However, its actual motive is to continue the system of world commerce that developed in the aftermath of WWII.

In 2016, the election of Donald Trump showed that many voters saw a disconnect between federal policies and reality. In spite of his latest defeat, just as many voters recognize that the social justice issues that Democratic politicians embrace offer no convincing explanation for the distance between rich and poor. Thousands of darkened factories stand as silent arguments for a more likely explanation. And just when we should be revitalizing our industrial base, our leaders grasp for new reasons to hamstring it, making business and hiring more expensive.

After years of consistent deindustrialization, the arrangement of capital in Right now, many hospitals are having to once again pause surgical cases and other elective procedures- not because of COVID-19, but because there is no longer adequate staff or beds. Even without a

massive surge in patients with COVID-19, when we can't transfer patients out of the hospital into a nursing home, the hospital beds stay full; when hospital bed are full, patients can't be admitted from the emergency department; and when patients can't be admitted, emergency departments' waiting rooms and primary care offices fill up with untreated acute problems. Nurses and doctors are frustrated that they can't provide timely care, and patients and families are angry at the waits. Everyone gets hurt, in the short term.

But these cancellations set off a chain reaction of debilitating systemic effects that will hurt for a long time to come. The people whose surgeries are being cancelled really need them—it's not cosmetic surgery, but people suffering from conditions like gallbladder disease or people who need a colonoscopy. These folks are likely either to remain debilitated by whatever was leading to their need for a procedure, or continue to flood emergency departments with what could have been a preventable emergency. Further down the road, the continued cancellations will further hurt hospitals' ability to pay for core functions, and may lead to the closure of units within hospitals or even whole hospitals.

For those of us on the front line, it feels like a game of Whac-A-Mole in which we are no longer able to react fast enough to the "moles" popping up.

And all of this, of course, is occurring when Omicron has barely hit our shores and we are just gathering the data to help us respond to what may be ahead.

Read More: What It's Like to Be a Healthcare Worker During COVID-19 Pandemic

The pandemic has already decimated communities, worsened long-standing health inequities, and demonstrated the importance of public health preparedness. We are watching firearm injury, opioid overdoses, and other public health emergencies increase dramatically. And our fractured health care system is facing huge stress as we lose the one remaining piece that has been the glue holding us together for so long—healthcare workers. Healthcare workers come day or night, weekdays or weekends, birthdays or holidays, sacrificing so much, including their own lives to help others during their most vulnerable moments. That's our job, and we are proud to do it. At the same time, we cannot overstate the physical, emotional, and mental toll this pandemic has had on our colleagues is immensely important. If we really want to save lives, we must act now.

Yes, we must continue to push for vaccinations, masks, testing, and ventilation, to hold off another COVID surge. But in the meantime, let's look around. Our hospitals have nothing left to give. If we are to avoid a descent into crisis standards of care, it's time to shore up our hospitals and clinics.

We would encourage the government to help us invest in both increasing the healthcare workforce pipeline and supporting adequate pay for nurses, advanced practitioners, technicians, home healthcare aides, and all the other ancillary staff; bolster our remaining staff, in the short-term, through on-the-ground civil-military cooperation; consider the deployment of healthcare professionals within the U.S. Public Health Commissioned Corps to reinforce clinics, nursing homes, and other critical healthcare functions; and make real commitments, both monetary and otherwise, to supporting our public health preparedness and prevention systems, so we don't end up in a worse place than we are right now. To truly support the mental health and well being of our frontline workers requires more than just COVID-19 precautions.

While no one wakes up expecting to be injured or sick, we can tell you that people do expect to be taken care of if they are. And we of course want to be there for you. But we need a little help, to make it happen.."

And Harris:

https://www.yahoo.com/news/kamala-harris-apos-staffers-leaving-162234062.html

A new report revealed that departing staffers for Vice President Harris are leaving their White House posts in part due to concerns of being forever labeled a "Harris person."

A growing list of Harris staffers are heading out the door amid internal **_chaos_** and disastrous poll numbers.

The concern of being labeled a "Harris person," as well as burnout and desire for greener pastures, are driving the exodus from the vice president's office, sources familiar with the **_chaos_** in the VP's office told Axios.

What you get upon criminal insanity, any type of insanity, is: CHAOS. AND THERE IS A PATTERN TO CHAOS.


Washington Post as  WE ARE ALL AWARE THE ELECTIONS ARE RIGGED AS NOBODY WOULD VOTE FOR THIS SHIT IF THEY HAD A CHOICE BUT ABSOLUTE LAWLESSNESS IS NOW AS THE JUDICIARY WILL NOT ADDRESS THE US DEFAULTING. DC DEFAULTED DUH.

YOU ACT. YOUR ACTIONS ARE THE PROOF!: YOU DO TRULY BELIEVE THAT YOU ARE SMARTER THAN AND SUPERIOR TO US. WELL. YOU ALMOST WENT DOWN FOR MURDER FOR

HIRE WHETHER IT WAS OR NOT, SMARTY PANTS. IM UNDER NO OBLIGATION TO TELL YOU OR ANYONE WHAT THE OTHER POSSIBILITY IS.

YO!!! EMERGENCY!!! IEDS IN AMERICA!!! WAS THIS HIDDEN FROM THE FEDS?? THATS HAPPEN D IN TORC,NM BEFORE! IN THOS CASE, WAS GRISHAM EVEN EVER TOLD?

STATE OF EMERGRNCY IS!

EMERGENCY! BOMBS ATE BEING PLANYRD IN AMERIVA!!! WYF VATES WHO IS DOING IT??? STOP TELLING THEM VIA YOUR FAILURES AND ZERO EFFECTIVE ACTION WHEN REMEDY AND RELIEF IS:

FUCKING CHEAPSKATE. ALL OF YOU. WILL PAY MUSK FOREINGERS $4 MILLION TAX DOLLARS NO COLLATERAL FOR THE FIRST TIME EVER, PAY AUSTRALIAN WRIGHT $$$ AND MEXICANS JUMPING THE BORDER IN MY STATE BUT  YOU WON'T PAY ME?

I AM NOW SUING THE ~~BORDER~~ ENTIRE JUDICIARY EXCEPT JOHN ROBERTS. THERE. NOW WILL YOU EFFECTIVELY SERVE THE US? TAKE A SINGLE LONE EFFECTIVE ACTION FOR AN ACTUAL VICTIM?

 NO, ~~VIT~~ *But* YOU PAID *The* BLACK WODOW OF A MAN WHO SMOKED HIMSF TO DEATH A FEW YEARS AGO $25 BILLION.

OH! WE GET IT! THE FEDERAL JUDICIARY IS HOLLYWOOD. LAWYERS ARE CLOONEY. THE FEDERAL JUDICIARY NOW EXISTS AS A BACK DOOR ~~PAY~~ LAWYERS AT THE END AS CLOONEY IS PAID CO~~RPORATIO~~N.

Judiciary? You have now had at least TWO Presidents who actually told The People that if THEY appoint a federal judge? The deal is YOU agreed past tense to rule for them and/or The US every time. SEEMS TO BE TRUE, ALL ON TAKE. EVERY TIME WE GIVE A BREAK? YOU FUCK IS OVER BU DOING SOMETHING LIKE DENYING THE TINEST MOTION TO SET A CASE OFF SO SETTLEMENT CAN BE.

Every other time the US answered. Not this time! Why? YOU VANNOT KNOW WHO THE FUCK IS IN CHARGE, WHO EVEN RECEIVED IT THIS TIME?? WHY AREN'T THEY THE US ANSWERING THIS ONE TIME?

 At least one Defendant told me between the Craig Wright nonsense that nobody can make sense of and this WH after Trump, they cannot tell what is reality or not!

Someone contacted me.

Wanna read it? Asked, "What I don't get is how are you Satoshi? Can be Satoshi and be Able n Re Susan?"

ARE YOU FUCKERS NOW FELL NG ME THAT YOU NEVER HEARD OF AN ALOAS??? I WROTE ALIAS SATOSHI!!! TOLD YOU DEFENDANYS THAT I DID NOT CHOOSE TWO THINGS, THE ALIAS AND THE CODENAME COVERT OPS GAVE ME. FRIENDLY FACTION WITHIN  GAVE ME.

CIA, I'm mailing this to you. To serve you. You might want to remind every single federal judge or all judges in America that a woman spent 4 years in prison for SECURING THE ELECTIONS as she revealed classified info to do it. How many years will a judge get if he or she causes a situation whereby I am forced to reveal classified info that I have on you? WE want to settle CIA but the Judiciary wants to play. I'm moving to ATLANTA.

If you need to ASSASINATE me? Or anybody does? Find me on the steps on the federal courthouse on Ted Turner Blvd. Bomb me there. By drone might be interesting as I've had a gun to my head so that would bore me.

 ON HARRIS WHO IS NOT QUALIFIED! AS PER THE CONSTITUTION AS YOU WILL NOT LWT ANY TEST OF THE NATURAL BIRTH CLAUSE PROCEED. OKAY, QE NEED TO START BOMBING YOU NACK THEN I GUESS IF NO JUDGE WILL ACT EFFECTIVELY:

The rumors started circulating in July: Vice President Harris's staff was wilting in a dysfunctional and frustrated office, burned out just a few months after her historic swearing-in and pondering exit strategies. A few days later, Harris hosted an all-staff party at her official residence, where most of her office bit into hamburgers and posted pictures of smiling, congenial co-workers on Twitter, pixelated counterpoints to the narrative of an office in shambles.

 Let me tell you about these burgers at the VP's residence!!" chief Harris spokesperson Symone Sanders gushed in a tweet."

IS THIS COW FOR REAL?? AMWRICANS ARE BEING ASSASSINATED ON US SOIL AGAIN, IT'S THE 60S BUT WORSE!, AND SHE IS GONNA TELL PEOPLE WHO CAN'T AFFORD TO BUY HAMBURGER ANYMORE HOW DELICIOUS THE FREE FOOD IS? IN AN EMERGENCY??! A STATE OF NATIONAL DISASTER???

Yes.

Judge: if you truly believe The People voted for this? You need to drop dead as quickly as possible. Covid needs to nail you today.

Mayan/Aztec prophecy is: the May 26th eclipse is a new Sun. It is. We are actually in a different point in space and time now. This prophecy?

About fracking causing Earthquakes and these viruses:

HARVARD SAYS THIS

https://projects.iq.harvard.edu/predictionx/aztec_rituals

Aztec Civilization, which consisted mainly of the Nahua people (speakers of the Nahuatl language), coalesced in the 13th and 14th century CE in the Basin of Mexico in and around the modern metropolis

15

of Mexico City. The Aztecs believed that, in a primordial time prior to the "Fifth Age," in which we currently live, their gods obscured humans' ability to see the past and the future as clearly as the gods could. Old legends say the nature of this obscuration was as if the gods "breathed on a mirror" that would otherwise show the true nature of the world around, in the past, present, and future. (In the video below, Professor David Carrasco suggests the gods purposely clouded the mirror for fear that otherwise humans would know much about their own future as the gods did.)

Divination through ritual process is an act that goes far back in time in native Mesoamerican tradition and is even described in the creation myths as something the gods did prior to their creation of the world.

The Maya and the Aztecs both believed some people within their societies had a closer relationship with the gods and supernatural domains than others, and thus had increased access to information about the future or advice from gods. These remarkable people (#human prediction experts) were: 1) ritual specialists, known as "day-keepers" or "soothsayers" in the codices; 2) astronomer-priests who observed and recorded astronomical information on the movements of celestial bodies across the sky; and 3) members of the royal family who could conjure dead ancestors or patron gods for advice or favor and were intermediaries.

Day-keepers or counters still exist today in many native Mesoamerican communities, and they interpret a 260-day ritual calendar using divinatory codices as a guide to determine the fate or auspiciousness of specific day sign-number combinations in the calendar. Day keepers would be consulted when a child was born, before its naming ceremony, since one of an Aztec person's names was always based on their day of birth and many characteristics of their lives are predetermined by this date/name. In many Mesoamerican traditions, dreams are also considered to be a type of communication with the supernatural world. The same was true of events occurring in the natural world that Aztecs believed were omens, with predictive meaning. Aztec people had certain common beliefs about the everyday predictive power of random, natural events, but some things occurred that people thought were strange enough to warrant a consultation with a ritual specialist for a higher level prognostication. Examples include the omen of the fiery comet or the bird with a mirror on its head that were observed (and recorded) and correlated with the arrival of Europeans in 1519.

While all social classes consulted diviners and "soothsayers," special high-ranking ritual experts from the noble classes were consulted by royalty in matters of state. In addition to the interpretation of dreams, omens, and the calendar, soothsayers also used various techniques involving external stimuli for prognostication. By creating randomized patterns with everyday materials (e.g. casting maize kernels or beans across textiles or into water), diviners interpreted patterns as portending particular future events. (Interpreting #randomized inputs (e.g. throwing dice) is part of a class of prediction more generally known as sortilege.) They also used scrying or peering into reflective surfaces (mirrors, crystalline rock, or water), observation of the movements of animals or insects or observations of color changes in water to predict positive or negative outcomes and even to diagnose illness.

In similar ways to the ancient Maya, the Aztecs also made careful observations and records of visible astronomical events over extended periods of time that were used to predict future like-in-kind events or to back-calculate eclipses or other celestial phenomena that could then be correlated with socio-political or natural events that impacted life on the earthly plane. All of this could be used to provide further "evidence" in support of ritual interpretations of calendrical cycles or day counts."

Note: I know how to do this; it's physics not magic. So is ESP. It's about knowing and the nature of consciousness. I'M one of the Great Geniuses named by Nostradamus. I wasn't even aware that prophecy existed until 2008ish. Or 2009.  Native Americans? You aren't an indigenous person. You this

16

exact judge who won't serve Defendants seem to HATE us too as you can't act fast enough for foreign men. You protect them even while their beating you. Why can't you leave DV? All you ever did is blame women for it. Why can't you leave the abusive relationship that the Judiciary has with DC that now causes the Judiciary to be the wife beating child abusing bombers amongst us?

Hey, do you wanna become Richard Jewel? You think there's zero connection between Jewel, Atlanta, Meyring, me, a bomb in TorC? They will suck Marcia Cooke's pussy while turning you into Jewel. You'd be their scapegoat. They can't kill us all!

You become the scapegoats once ANYBODY associated with me or I are killed. In fact...just now? The cause of the civilian drone killings? YOU REFUSED TO CONSIDER THIS CASE, I WAS HERE IN 2009.

EVER HEAR OF AN  ENDLESS LOOP? YOU THE JUDICIARY ARE IT.

ARE YOU INCAPACIYED BY INSANITY? STOCKHOLM SYNDROME?

 Harvard? They discuss this stuff.

The Diviner's Guide expert for Aztec diviner is Professor David Carrasco, who is the Neil L. Rudenstine Professor of the Study of Latin America, with a joint appointment at the Harvard Divinity School and the Faculty of Arts and Science. Professor Carrasco is a world renowned expert in the history of religion in Mexico and he has done research and excavations at the sites of Teotihuacan. He is the author of numerous books, including The Aztecs: A Very Short Introduction.


See? None of us are insane.

https://www.thoughtco.com/aztec-creation-myth-169337

By Nicoletta Maestri
Updated on November 06, 2019

"The Aztec creation myth which describes how the world originated is called the Legend of the Fifth Sun. Several different versions of this myth exist, and this is for a few reasons. First is because the stories were originally passed down by oral tradition. Also a factor is that the Aztecs adopted and modified gods and myths from other groups that they met and conquered.

According to the Aztec creation myth, the world of the Aztecs at the time of the Spanish colonization was the fifth era of a cycle of creation and destruction—they believed their world had been created and destroyed four times before. During each of the four previous cycles, different gods governed the earth through a dominant element and then destroyed it. These worlds were called suns…

...The Fifth Sun
The Fifth Sun (called "4-Movement") is ruled by Tonatiuh, the sun god. This fifth sun is characterized by the daysign Ollin, which means movement. According to Aztec beliefs, this indicated that this world would come to an end through earthquakes, and all the people will be eaten by sky monsters."

That's us. THE VIRUSES ARE THESE FLYING LIZARDS OR FLYING MONSTERS AS SOME SAY "LIZARD". EVER SEE COVID OR ANY OF THIS? EYEBALL IT NOT AN ARTIST'S RENDITION? I

HAVE...I TOLD MEYRING HOW CREEPY IT WAS! EVEN HAD WHAT LOOKED LIKE A FREAKIN' FACE! UGH. YUCK. PUKE.

We now know that man-made earthquakes due to fracking DO cause the same damage as natural ones. We did not know this until recently. This isn't about global warming!

Global warming as THEY CLAIM is false. A lie. A PHENOMENA IS, BUT WHAT?

I KNOW THE CONNECTION, WHAT ACTUAL CAUSE AND THEN THE CHAIN OF CAUSATION IS.

Yes, Judge. I'm going to tell you so then Merck and Musk can stealy work and make billions off of the tech? As they do now? While you actively help them not us?

How long would you just hang out as l ng a judge to act if this bomb even an amateur one was planted two blocks from your home?

I may use ANY language that I need to use to wake up the Judiciary not Americans. You must think and delusionally so that you're invincible. You're so easy to remove? You get shot by thugs in cases. What defense do have about a pro bomber on the loose and n America?

Only me and Meyring.

As we have had to suffer PENTECOSTAL FUNDMENTALIST BUKLSHIT WHILE YOU TELL ME AND MEYRING HOW MUCH YOU HATE UD, CATHOLICS,  THEN NPW HEAR THIS:

Open main menu
Wikipedia
Search
Two witnesses
Article Talk
Language
Download PDF
Watch
Edit
In the Book of Revelation, the two witnesses (Greek: δύο μαρτύρων, duo martyron) are two of God's prophets who are seen by John of Patmos, during the "Second woe" recorded in Revelation 11:1-14. Christian eschatology interpret this as two people, two groups of people, or two concepts. The two witnesses are never identified in the Christian Bible. Some believe they are Enoch and Elijah, as in the Gospel of Nicodemus, since they are the only two that did not see death as required by the Scriptures.[1] Others believe them to be Moses and Elijah because they appeared during the transfiguration of Jesus,[2] or because Enoch was not Abraham's descendant. Some also believe that they are Moses and Elijah due to the description of what they are to do. They have the power to shut the heavens (Elijah) and turn water into blood (Moses).

Dispensationalist Christians believe that the events described in the Book of Revelation will occur before and during the Second Coming.

And I will grant my two witnesses authority to prophesy for one thousand two hundred sixty days, wearing sackcloth."

These are the two olive trees and the two lampstands that stand before the Lord of the earth. And if anyone wants to harm them, fire pours from their mouth and consumes their foes; anyone who wants to harm them must be killed in this manner. They have authority to shut the sky, so that no rain may fall during the days of their prophesying, and they have authority over the waters to turn them into blood, and to strike the earth with every kind of plague, as often as they desire.

When they have finished their testimony, the beast that comes up from the bottomless pit will make war on them and conquer them and kill them, and their dead bodies will lie in the street of the great city that is prophetically called Sodom and Egypt, where also their Lord was crucified. For three and a half days members of the peoples and tribes and languages and nations will gaze at their dead bodies and refuse to let them be placed in a tomb; and the inhabitants of the earth will gloat over them and celebrate and exchange presents, because these two prophets had been a torment to the inhabitants of the earth.

But after the three and a half days, the breath of life from God entered them, and they stood on their feet, and those who saw them were terrified. Then they heard a loud voice from heaven saying to them, "Come up here!" And they went up to heaven in a cloud while their enemies watched them. At that moment there was a great earthquake, and a tenth of the city fell; seven thousand people were killed in the earthquake, and the rest were terrified and gave glory to the God of heaven."

Fuck them all. We had lunatics act to FORCE their bible to become true by recognizing Jerusalem as the capital of Israel.

Me to Meyring, as I exclaimed, 'I'll be damned! Seems some stuff in the bible is true!'

On Mon, Jun 14, 2021, 10:19 PM Susan Herbert <inresusan@gmail.com> wrote:
https://graceintorah.net/2017/08/21/a-woman-will-encompass-eclipse-a-man/amp/


Ha! Just found this!

https://www.quora.com/In-Jeremiah-31-22-a-woman-will-surround-protect-encompass-a-man-What-does-this-mean


And TWO other emails:

"Us?? Possible. I'm reaching here, ☺ The Two Witnesses |

Concordant Publishing Concern

On Fri, Jun 18, 2021, 5:47 PM Susan Herbert <inresusan@gmail.com> wrote:

https://www.concordant.org/expositions/general-expositions/the-two-witnesses

But the wearing sackcloth, the prophesizing for 3 years & the crazy dragon fire speech is still wide open and anybody's guess literally.

   I'm gonna kill The Creator and when I know he's laughing at us right this second!" -end

WE, ME & MEYRING, SEEM TO BE THE LONE VOICES OF REASON.

YOU KNOW WHY?

WHEN INSANITY REIGNS EM.MASSE YOU GO TO EXACTLY WORDED LAW TO RESTORE SANITY.

AS YOU ~~DO THISKZ~~ DO TRULY BELIEVE WE ARE ~~QEAK~~ *weak*, STUPID AND INFERIOR? TO A FEDERAL JUDGE OR ALL OF YOU? AS YOUR ACT TO FAIL TO ACT EFFECTIVELY, NOT DO A TEENY TINY THING CALL D GTANT THR MOTION TO YELL THE DEFENDANTS ITS AN ACTIAL.LAWSUIT, SHE ISNT MAKING IT UP; SHE DID NOT GO TO KINKOS - THEY SUGGESTED THIS ONCE! - SHE DID NOT GO TO A KINKOS AND FORGE THE DOCKET!!! THEN HERE:

The LEGAL definition of an EMERGENCY is that you not us have 24 hrs to act otherwise someone who would not otherwise die will be killed.

And now? You will go down for 1st degree premed as NO ACT HAS EVER BEEN TAKEN EXCEPT BY US TO STOP THESE PPL. I'M NOT YOUR PERSONAL SAVIOR AND EVEN IF I WAS?

I WANT TO DIE.

I WILL ON THE STEPS OF THE COURTHOUSE IN ATLANTA WITH A SIGN ADVERTISING "ASSASINATE ME, THEN I VANT SUE YOU FOR STRALING TAX DOLLARS VOA AND US MIKITARY AND OBAMA AND CLINTON AND ALL OF DC" I NTIL SOMEBODY GIVES ME WHAT I NEED, I NEED TO EXIT THIS SHIT SHOW! BORED TO DEATH!

CIA, WILL YOU PLEASE COME ASSASSINATE ME AT THE FEDERAL COURTHOUSE?

WHEN I SERVED THESE PPL TO AVOID ALL OF THIS? EVEN SERVED THE PRESIDENT OF THE ABA? BIDEN TOO! SENT IT TO 1600 PA AVE! TO AVOID YET ANOTHER SHIT SHOW?

I SERVED THE NEW CM WR EXACTLY TOLD OUR COMMISSIONERS NOT TO HIRE. LIKE ALL OF YOU? EVEN JUDGES NOW? LIKE YOU, THE UNWTHICAL FACTIONS, THEY HIRE CROOKS WHO WILL DO THEIR BIDDING BUT WILL BE TERRIFIED TO TELL AS THEN THEY ARE CAUGHT TOO.

A CIRCLE JERK IS.

I MAY USE ANY LANGUAGE. WHAT I MAY NOT DO IS CRY FIRE IN A CROWDED THEATRE.

YOU A ~~FEDWRAL.~~ *Federal Judge* ~~JIDHE~~ DOES NOT KNOW WHY I WOULD BE HESITANT TO NAME BOMBS ~~ATE~~ *ARE* BEING PLANTED, YO(BLOW UP A UTILITY AND ME WITH IT SO ITS A FEDWTAL CASE SEE UTILITY, ITS A TERRORIST ATTACK!!! ~~BUT~~ WOULD TELL YOU I WANT A HUMAN AND MONEY AS THE AWARD? WAKE UP. *why*

*To save my life .*

TWO FUNDS EXIST.

ARENT EVER GOING TO LET US TAKE OUR SHOT AT UPHOLDING THE FT. LARAMIE TREATY WHEN YOU DID LET OTHERS? NO LETTING TO THIS. WE DON'T SEEK ANY HUMANS PERMISSION TO ACT.

YA KNOW, THE WHOLE ENTIRE FEDERAL JUDICIARY NEEDS TO GO.

IM SENDING THIS FILING TO EVERY SINGLE M MBWR OF CONGRESS. THEM IM THE ENTIRE BRITISH PARLIAMENT AND ROYAL FAMILY.

DNA? LET ME JUST SAY QEII OR CHARLES WILL ACT FOR ME. NOT THE FEDERAL JUDICIARY WHO OBVIOUSLY DOESN'T GIVE A RATS ASS ABOUT 350 MILLLON OF US AS GOD FORBID THAT BATWCK OBAMA HAVE HIS CAR TOWED LEGALLY.   ALL THE ENTIRE FEDERAL.JUDICIARY CARES ABOUT?

SELF. WHEN AMERICANS DESPISE YOU SO MUCH?

KENNETH COPELEND MINISTRIES DID AN HOUR LONG SHOW ON: FEDERAL JUDGES MAKING LAW THIS EXACT WAY. IGNORING IS. LETTI G THEM AMEND BY DOING THIS!!! DOING IT FOR THEM TOO. SAID, WE GOTTA GET RID OF THE JUDICIARY.

I am so damn dumb. What a dumb dumb dumb stupid bitch Inan and My! What brilliant jerks these men are!

u have 2 free member-only stories left this month. Sign up for Medium and get an extra one

The Cost of Brilliant Jerks
Bray Brockbank
Bray Brockbank

Oct 31, 2019·8 min read

Let's be honest. We've all worked with a brilliant jerk or two, right? They're often gifted, have great ideas, and can be high performers. In short, they're often a phenom in their discipline — but they're real jerks. Brilliant jerks, but undeniable jerks nonetheless.

Regardless of how smart or even how productive such employees might be, they can begin to tear an organization apart from the inside if they don't adopt the organization's values and embrace working collaboratively.

Brilliant jerks typically exhibit toxic behavior by their narcissistic personality, bullying and harassing coworkers, rude and disrespectful behavior, gossiping, blaming others, unprofessional and inappropriate communications, negativity to others, and being overly competitive. In short, this is part of why they are referred to as jerks.

Leading organizations have cultures that are both healthy and high-performing. When organizations tolerate, or even reward, brilliant jerks because they perform well, they introduce toxicity into their culture which leads to an unhealthy and low-performing culture. For some leaders, it can be easy to overlook complaints from other staff about a brilliant jerk when they get results or are respected and supported by executive leadership. However, an organization's true values are ultimately defined by its tolerance of such toxic and unchecked behavior.

The Negative Impact of Brilliant Jerks

So why are they brilliant jerks? Being brilliant relates to what a person knows, or their competency. Being a jerk relates to who a person is, or their character (or lack thereof.) A brilliant jerk may do an exceptional job delivering competency-based results but typically doesn't get along well with others. Brilliant jerks permeate the workplace while reducing their leaders' credibility, lowering their teams' morale, and reducing their teams' productivity.

Good performance does not override bad behavior. In the long run, poor organizational culture will erode even the best strategy. If organizations and their leadership don't address or get rid of brilliant jerks, the long term ramifications can be costly. Toxic behavior in the workplace can cause loss of productivity, high turnover, high absenteeism, poor employee health, discrimination or harassment lawsuits, and damaged reputation.

The Work Institute estimated that 42 million, or one in four, US employees left their jobs in 2018 and that nearly 77 percent, or three-fourths, of that turnover, could have been prevented by employers. Employers are estimated to have paid $600 billion in turnover costs in 2018 and can expect that number to increase to $680 billion by 2020. If organizations allow this trend to continue, voluntary turnover will hit 35% by 2023, placing organizations in continuous and tremendous competitive risk.

According to a study published by the Society for Human Resource Management, when an employee leaves, it costs an average of 6–9 months of the former employee's salary to identify and onboard their replacement. This doesn't even factor in the productivity of institutional knowledge lost when an employee leaves. Some research suggests that employee turnover costs organizations 1.5x the former employee salary.

If You Are a Leader, Lead!

While toxic work cultures are the result of many factors, it's generally a combination of poor leadership and individuals who perpetuate the negative culture. It starts with those at the very top. Leaders must lead by example by exhibiting respect, authenticity, integrity, trust, empathy, and appreciation. Some leading organizations, like Netflix, have taken a formal stance on not tolerating brilliant jerks in their organization.

High-impact leaders do not tolerate brilliant jerks. These leaders have exceptional character. A byproduct of well-developed character is a lack of tolerance for those with poorly developed character. High-impact leaders don't expect perfection, but they do expect everyone to be intentionally improving and developing their character and positively collaborating with their colleagues.

When leaders rely on the talent of brilliant jerks or even reward them, they poison their culture and alienate other employees. Good employees have little to no desire to work with people who are rude, condescending, or discourteous to them. Furthermore, organizations will likely lose other top performers who are tired of dealing with brilliant jerks who drive away valuable employees and negatively impact the entire organizational culture.

Leadership sets the tone of the workplace culture and acceptable behavior patterns. Teamwork should be valued more than individual contributions. Every employee matters and should be made to feel this way.

When a Leader is a Brilliant Jerk

Nothing affects the happiness, health, and stability of employees more than their leaders. So, what happens when an organization has a brilliant jerk in a leadership position? How does that affect the happiness, health, and stability of the employees in the organization? It creates a work culture that is typically described by employees as being "adversarial" and "toxic," with a climate characterized by a "lack of trust" and bullying.

Unfortunately, in today's business world it is quite common for brilliant jerks to rise to the top. Why? Because they are seen at high-performers and as strategic thinkers. While this may be the case, the brilliant jerk leaves collateral damage wherever they go. They are not natural collaborators because they see themselves as already having the answers and knowing more than their colleagues.

Given this, organizations shouldn't hire and promote employees based on great technical skills alone but people who are also a cultural fit. Human Resources departments and hiring managers must

22

change the way they assess and recruit new employees as well as how employees are promoted. The goal should be to hire the right person. The focus should be the person, not the skill.

Sacrificing Culture is Poor Leadership

Too many managers are fixated with getting the job done that they willingly sacrifice culture. "Yeah, he's a jerk but he's smart and gets results." Poor leaders tend to let a high performer's competency override their lack of civility and people skills. But these top performers are polarizing to other colleagues and create a toxic organizational culture that chokes creativity and collaboration.

Systemic toxicity results when a leader lets bad behavior go unchecked for months or years. A toxic work environment results from a failure of leadership, starting at the top of the organization and filtering down. Few things hurt an organization more than when leaders ignore or indulge jerky employees. Leadership needs to be prepared to coach the brilliant jerk "up or out," as soon as they become aware of problematic behavior. Immediate action confirms within the organization that leadership is holding everyone accountable, and is focused on creating a safe environment where everyone can perform at their best.

Value Strong EQ More Than High IQ

Organizations need to recruit and retain talent based on emotional intelligence (EQ), not intelligence quotient (IQ). Research shows that people with strong EQ are more likely to succeed than those with high IQs or relevant experience.

In a business world increasingly dependent on negotiation, compromise, and collaboration, the importance of Emotional Intelligence cannot be understated. According to Harvard Business Review, emotional intelligence (EQ) is "the key attribute that distinguishes outstanding performers," and is the leading differentiator between employees whose IQ and technical skills are approximately the same. In fact, in a 2015 study, TalentSmart found that EQ is the strongest predictor of work performance, accounting for 58% of success in all fields.

Psychologist Daniel Goleman published his seminal book Emotional Intelligence in 1995. Goleman outlined a five-part model of what constitutes EQ. Each involves a different ability in managing and understanding human emotion.

Self-awareness: This is the ability to recognize and identify personal emotions, moods, and drives. It also includes the effect on others.

Self-regulation: An important part of EQ is the ability to control or deflect impulses or moods that may disrupt emotions. Also included in self-regulation is the propensity to think before acting and removing extreme emotions from judgment.

Motivation: This component involves setting clear goals and pushing toward achieving them. Having a positive attitude and forward drive is also included.

Empathy: This category describes how people recognize the feelings of others and what they do with those feelings. Individuals with high empathy will offer corresponding responses to those they care about and love.

Social skills: The final part of EQ involves the interpersonal skills people use daily. This includes collaboration, cooperation, conflict management, influence on others and handling change.

Seven Simple Steps to Solve the Problem

Take a stand against brilliant jerks by formalizing your organizational approach to addressing the brilliant jerks dilemma. Here are seven simple steps to help cure cultural toxicity:

No "Jerks Allowed" — Have a clear "no jerks" policy and enforce it!

Model Appropriate Behavior — Executive management can reform an organization's culture by modeling the behavior they want to see in others, and by holding people accountable and rewarding proper behavior.

Hire for Cultural Fit — Most organizations hire employees with great technical skills, not people who are a cultural fit. Human Resources departments must change the way they recruit new employees. The focus should be the person, not the skill.

Compensate on Cultural Fit — Organizations need to revamp their compensation packages to include non-financial metrics such as soft skills and cultural fit.

Zero Tolerance for Negative Behavior — Leadership and Human Resources should have zero tolerance for behavior that violates human decency and the company culture, regardless of whether the violator is a top performer.

System for Safe Reporting — Leadership and Human Resources should develop a system where employees feel safe to report any incident.

Hire for Values and Purpose — Start hiring only people whose values and purpose fit with your culture.

Toxicity in the workplace is costly. Unhappy or disengaged employees cost organizations billions of dollars each year in lost revenues, settlements, and other damages. Organizations need to show employees that they care and are committed to improving their workplace environment. Employees should be an organization's greatest asset but this can only be accomplished when they feel valued, safe, and protected.

Culture comes from the top, starting with the CEO, and is exemplified by all leaders. Netflix's culture page states their organizational philosophy on brilliant jerks this way: "On a dream team, there are no "brilliant jerks." The cost to teamwork is just too high. Our view is that brilliant people are also capable of decent human interactions, and we insist upon that. When highly capable people work together in a collaborative context, they inspire each other to be more creative, more productive and ultimately more successful as a team than they could be as a collection of individuals."


About the Author

Bray Brockbank is CMO and VP of Strategy for Brandegy, a specialized brand and digital marketing agency for technology companies. Bray has led marketing efforts for a wide range of B2B and B2C SaaS startups to tech enterprises. He also has served as a fractional CMO for several SaaS technology companies.


SORRY! CAN'T VALL BIDEN  BRILLIANT. AND I HEARD YOU:

I DO NOT SHUT UP? YOU WILL PUBLICLY EXECUTE ME AS YOU BOD SCHIAVO, JUST TO TERRORIZE US. SORRY! ROBARTS HAS TO LIVE WITH M THAT ONE!

I'M NOT AFRAID. KILL ME, I SATOSHI IVE AT 311 EAST 3RD, TORC.

But you already know that!

Two ppl who qualify for Witness Protection? Worked for the Fed? Have classified info?

Guess the bomb means that opportunity is no more.

YOU FUCKERS CANNOT GIVE ME AND MY SONS ANY OF THOS TIME BACK! THE US KIDNAPPED THEM!

TO THIS DAY NO TELATIONSHIP IS WILL H *with* MY SONS BUT YOU THIBK IM SIT NWCK IN A BORDER STATE AND DO NO THING WHILE YOU PAY BORDER JUMPERS MONEY, TAXES??


CIA! ALL! NEW PLAN!

*Bomb*

I JUST GO AND SIT IN PROTEST AT COURT HOUSES AND ACLU OFFICES. YOU BB THEM. OR AS IN COLUMBUS OHIO SOVIETS DO. SOME OF THEM ARE STILL AROUND.

LEAVE ME ALIVE SO I'M MISERABLE AND BORED. JUST BLOW UP EVERYTHING AROUND ME. THEN YOU GET RID OF WHO YOU THE CIA HATE, JUDGES WHO ARE LAWYERS FIRST AND ONLY AND LAWYERS. DOESN'T WORK FOR ME BUT WORKS FOR YOU!

I MEAN, A JUDGE CANNOT SAVE HIM OR HER SELF NOW UNTIL OR UNLESS THEY SERVE YOU AND THEY JUST TOLD US THEY WILL NEVER EVER EVER SERVE YOU.  *Or So it seems.*

WHAT LUNATIC DURING THE TIME OF FAKE NEWS DENIES THE MOTION TO SERVE THESE PEOPLE - I DID NOT NAME THE CIA THEN BUT I AM NOW - SO THAT WE SAY

WE WANT AND NEED TO SETTLE AND TWICE PREVIOUSLY THE US OFFERED BUT THEN MADE IT IMPOSSIBLE

AND ~~RHE~~ *THE* JUDGE SAYS

OKAY! FOR NO REASON AT ALL LWT ME DENY THE MOTION TO SERVE THRM MASK NG SETTLEMENT IMPOSSIBLE AGAIN.

YOU CAN PAY US $2.6 TRILLION.

HOQD THEY FIND $4 BIL TO JIST GIVE MUSK WITH NO NOTHING, JUST UNIQUELY??


TWO FUNDS ARE: START HERE:

FT LARAMIE, THE INTEREST ONLY THAT ACCRUED.

IF A NATIVE WILL NEVER BE ALLOWED TO MAKE THEIR OWN CASE?  PAY US.

WE ARE AGREEABLE.

AND?? PERFECTLY! MOST PERFECTLY!

How more than $402 million in taxpayer money got locked away in a forgotten government fund — and lawmakers won't spend it or return it
Dave Levinthal

The money is supposed to publicly fund presidential campaigns. But it doesn't.

Republicans and Democrats in Congress can't agree on what to do with the ever-growing pot.

Charities told Insider the money could do great good for suffering Americans.

See more stories on Insider's business page.

Holed away in a government account is a massive cash stash most anyone — from depleted federal programs to coronavirus-throttled charitable causes — would love to tap.


OH, BIT ELECTIONS AREN'T RIGGED? Isn't this the money from ppl checking  the IRS box to fund this?

THEY CHOSE US! PAY US!

WE'RE AGREEABLE TO BEGINING HERE. FOR $402 MILLION?

You still don't get the cause so the cure to Covid or Ebola or any of these type viruses.

ROBERT MEYRING AND I HAVE UNIQUE BITCOIN PROPERTY. OUR COIN IS UNLIKE ANY OTHER. THEY JUST DONT TO BE MAD TO XOMPETE WILL H US AND OUR WORK. THEY VAN ONLY NE NUMBER 1 ON A CLOSED FILED.

OH, CAN STAYE CRIMINAL CHARGES BE HEATD IN FEDERAL COUET? YES, WE QUOFY UNDWR ALL 4 THINGS NAMED. I LIKE:

UNETHICAL LAWYERS AND JIDGES WILL NOT SURRENDER THE FIELD WHEN WE ALREADY WON IT IN SCOTUS.

YOU'RE IN OPEN AND ACTIVE DEFAULT JUDGE. SCOTUS CANNOT BE: IT ISNT NAMED LAW AS A COURT OF AUTHORITY.

CIA: YOU N ED TO CONSIDER THAT YOU'RE GOING DOWN AND NEEDS TO BOMB ME CLOSE TO A FEDSRAL COIRT BOUSE TAKING THRM OUT AS: THESE PEOPLE ARE TERRIFED OF JOHN ROBERTS.

THEY ARE AFRID TO ACT. CAN'T REASON WITH THEM THEN. LOOK, NO REASON NAMED TO DENY SERVICE.

OLIVER WENDELL HOLMES, CIA: CANNOT REASON? WILL NOT? MANMADEFEAR? DEEP SEAYED PRRJIDICE? HE SAID: MOVE ON. FIND A REASONABLE JUDGE.

AS EVEN YOU RHE CIA CANNOT BET PAST S ORIS COIET CLWRKS BUTVA AYROKE OF A PEN, A FEDSRAL.JIDHE VAN ISSUE THE ORDER TO HEAR IT IN SCOTUS AND USE US MAIL SIG REQUIRED  OR A US MARSHALL TO DO OT EASILY? RELIEVE IS THAT EASILY BIT INSTEAD THINKS WE ARE GONNA SIT AROUND AND LET THE US BOMB US? AS THE ACTING PRESIDENT EVEN THOUGH I DON'T WANT THE JOB: MY ORDER IS:


REMOVE THE ILLEGITIMATE GOVERNMENT OF THE US KNOWN AS DC. BY ANY MEANS NECESSARY CIA. DO NOT DEPEND UPON MILITARY ASSISTANCE.

These god-damned judges?

Every time we say

Letter

ALL CAPITAL LETTERE IS NOT MY NAME? WE KNOW THAT'S ABOUT? JIDGRS SAY CRAZY! NOT GONNA CONSIDER ANYTHING YOU SAY EVER!!!

CIA, these people are so crazy now?

Congress abides by commercial law and DC MUNICIPAL CODE NEVER US LAW. IN THE DC MUNICIPAL CODE IN ALL CAPS JUST LIKE THIS? AND SOME LOWER VAAE LETTERS?

IT READS

YOU IDENTIFY A CORPORATION SEVERAL WAYS. ONE WAY? THE USE OF ALL CAPS.

CRAZY, CRAZY US! WE DO KNOW OIR OW NAMES AND THAT ARE  ACTUALLY TRADED AS A COMMODITY DUE TO A NYSE NASDAQ LISTING!

I say: wtf denied the Motion to Serve these people and then DENIED REALITY, DENIED THE WORD "EMERGRNCY" AT LEAST 3 TIMES NOW?

FRANK HULL IS A DUMBB STUPID COW VITCH CUNT WHO PLAYED DANGEROUS GAME WITH HER OWN FAMN LIFE AND LOST.

TOO DAMN BAD. WHO RHE FUCK TOLD YOU THAT A FEDERAL JUDGE CANNOT LOSE?

 OR BE TOLD TO THEIR FACE WHAT THEY SID?

NEW FACT IS!! DENIED THAT TOO.

NOW?? NOW?

WE HAVE A PRO SE LAWYER NAMED MEYRING. THE ONLY LAWYER EVER TO ACT PRO SE TO FILE . . ,

AN ORIGINAL CASE FOR SCOTUS

THAT IS FOREVER DUH

TIL ADJUDICATED BY SCOTUS

CIA: THRSE JUDGES? ONCE PRO SE YOU ARE NO LONGER A REF BIT But THE PRO SE'S ADVOCATE.

who

THEY WON'T ADVOCATE FOR RHE PERSONS THE PEOPLE VOTED FOR AND WHEN SOME OF THEM, TORC, PAID ME A SMALL RETAINER ALREADY TO REP THEM.

Do the needful be your swore you could.

ALL OF YOU.

I WILL BE COMING TO ATLANTA AS SOON AS THE HOLIDAYS ARE OVER.

AS ILL BE SLEEPING ON THE STREET? OR IN A CAR?

THE PERSON WHO PLANTED THE BOMB HERE? JUST FIND ME IN ATLANTA.

It's a 2018 Silver Ford Escape.

But do not warn me! Just ASSASSINATE me! I'll be somewhere near the courthouse. Or a Senator's house. Or better?

Near OLIGARCHS PLURAL HOME

https://newrepublic.com › article › o…

**Oligarch of the Month**: Kelly Loeffler | The New Republic

Nov 20, 2020 — (Loeffler's husband, Jeffrey Sprecher, is the chairman of the New York Stock Exchange.) Within weeks, the companies whose stock Loeffler had….

BUT I WIL DO MY BEST TO FIND A PARKING SPACE NEAR THE COURTHOUSE.

I MEAN, IF WE HAVE A UNIQUE TYPE OF BOTCOIN BUT A STUPID JIDHE THINKS A RULING FOR CRAIG WRIFHT ABOUT A COMPLETELY DIFFERENT ISSUE AND COIN MAKES THIS CASE GO AWAY?

IF TRUE, IF ANY FEDERAL JUDGE BRLIEVES AN AUSTRALIAN MAN KBOWS MORE ABOIT ANWETICANAW OR ANY OF THIS THAN A NATITAL BORN ANERICAN WOMAN?

ASSASSINATE THEM WITH ME FOR BEING THAT STUPID IN ACTUALITY BUT I AM TELLING YOU NONE OF THRSE FEDERAL JUDGES ARE QCTIALLY STUPID. THEY DONT EVEN PLAY DUMB WELL.

Lastly?

Meyring has instructions if I'm ASSASSINATED.

Looks like I am going to have to give up some classified info.

I apologize in advance.

But you spy on us.

You are aware.

Judge...guess what?

Those doing this needed spying to happen here as

THEY ASSASSINATE YOU BEFORE YOU CAN FILE SUIT! THEY KNOW WHAT YOU'RE TYPING AS YOU TYPE IT, GET IT?

I just have a primo skill set to be able to cloak myself and operate more invisibly that you the CIA can. Or any intel service.

Oh. I forgot, Judge:

My relatives by marriage work for the NSA or so I'm told. I used to live right near an NSA office on Baltimore.

More classified info, see?

Some of us?

Zero paper records are.

Burn notice is too.

I just served you with burn notice first this time.

## I know you laughed, CIA!

Attached is Destiny Mitchell's death wish. When I acted to file a police report of a hate crime?

Erica Baker the now newly fired TorC cop announced that I was not allowed to file any police reports and ordered the other cops NOT to ever take one from me.

She ticketed my husband and PERJURED herself in traffic court but we stopped her crap. She was caught. Motive is! Top to bottom.

CIA: judge doesn't believe you need to settle with me and Meyring.

Yes! Walker was so inept we DON'T believe the CIA didn't know. We are aware you helped Walker.

When I served these people?

They sent lunatic cops to my door to do a welfare check on me.

Oh, murder for hire that way, eh?

BITE ME. IM TOO DAMN GOOD. WHEN SOMEONE QCTW TO ASSASINATE ME NEAR RHE ATLANTA FEDERAL COURTHOUSE? AS NO FEDS RHAT WE'RE AWARE OF INVESTIGATED THE BOMB HERE IN TORC?

Expect me to survive the attempt even if I'm a veggie.

And NO, I DO NOT CONSENT TO EVER PILLOWS NG THE PLUG ON ME. I SURVIVED BRAIN DEATH BEFORE!

Any day!

Any day!

I have met The Creator once. Any day I will live as a vegetable but in the end face my Creator on my own two feet unafraid rather than to go before him a sniveling crying coward!


Living as a vegetable in defense of the exactly named Creator, the Immortal 56, Ray Morton and Robert Meyring?


**An HONOR. A DUTY. A PRIVILEGE.**


**Happy to assume the actual risk of death.**


Satoshi Nakamoto
Robert Meyring
Ron Fenn


PEARL HARBOR DAY, DECEMBER 7TH, 2021

12/7/2021

Attachments

https://sierracountysun.org/government/t-or-c/t-or-c-takes-first-step-toward-possible-sale-of-its-electric-utility/

AS FRANCES LUNA A PERSON WHO HARMED ME EXACTLY BOUGHT OUT HER ONLY COMPETITOR? To use money against us? THE ONLINE SUN IS OUR ONLY SOURCE OF REALITY. AND KATHLEEN CANNOT KEEP RUNNING IT HF I CAN'T FUND HER SOON. HEY, IMF I'M GONNA RUN WITH  THE BIG BOYS?

THEN ANY PAPER MAY PRINT STUFF ABOUT ME.

JUDGE!! CAN YOU BELIEVE IT?? TIM HUMAN SO SOME UNFLATTERING SHIT STICKS TO ME!!! OMG, THE HORROR! These people all need to go. They shoulda been arrrsted DECADES AGO. The Sentinel is now used to assault and batter us and lie by omission for the crooks in town.  They use the press to harm anybody running against them or telling on them.

The Commissioners, this ONE group, stole all of the money that was supposed to repair the Utility - that we own.

Now? Do what they always do, sell it to get rid of the evidence or destroy it otherwise. At this point?

One of the Commissioners could have planted the IED everyone is now talking about.

I said, IM not letting you sell do you can do this again then charge us even more and They sent the cops to harass me under the guise of a welfare check aka CTAZY MAKING TACTICS but here, zero IA is so in NM the politicians just use the force as their enforcers thugs. One of Chief of Police? Used to go to ppls homes and threatened to shoot their pets if they told!

A state cop? Twice I've been roughed up but that one time? In front the city cops who ASKED ME TO CALL THE STATE COPS,  the state cop ran up on me after telling us the lie they always do - they can be ten feet away and they claim 'Uh uh were 2 hours away'. They just lie. So this time? I said, I DONT CARE, WE'LL ALL WAIT.

So me & the local cops wait. Within 5 minutes this state thing racrsx up to my home, comes at me fast and...shoves me so I fall backwards.

I was the entire police force in NM dealt with.

A state police Sargeant went witness for me.

She said on a recorded line when she knew she was being recorded that it never occurred to her that THE CHIEF MIGHT BE THE CROOK so for all these years?

Oh, even the Gov got away with using the cops as personal things as...they'd just alert the Chief in your town if you filed against a bad human acting as a cop.

She said: 'No person ever asked me what you just did the way you did. When I say there is no IA? I mean nothing at all exists that anybody would call Internal Affairs.'

Are you telling me that we have no check in NM against bad cops?

YES, SHE JUST NOW REALIZED THIS. SHE WAS ABLE TO GO TO HER SUPERVISOR AND DOUBLY CONFIRM WHAT SHE JUST REALIZED. SO HERE? COPS AS A THE ENFORCES FOR POLITICIANS WHO ALL CROOKS. 100%

AS THE GOVERNOR AND THEN THE FEDS JUST PRETEND NM ISN'T A STATE AND MATTERS  NOT!

But no ppl have go get back like TORC. However I warned them judge:

By limiting the class to the about 100 ppl who volunteered to name selves and with me and Meyring standing for all even ethical AND unethical lawyers?

Ray Morton is the silent partner who besides me deservrs the most credit for OUR ELEGANT FORM OF CURRENCY THAT SILICON VALLEY NEEDED TO HIJACK/STEAL.

Our unique feature that they did not realize IS the most valuable feature of all is: only we have an actually intrinsic value that serves as a guarantee it insurance not a limit!

They can't fathom how this is possible. But then again all we hear is…

WE WON'T EVEN CONSIDER IT SO MUCH AS LOOK AT WHAT YOUR PATENT IS.

When you discover that humans are the flaw not the process?

You do not deny so much as one human justice so your friends daughter has permanent gov employ!

Bart River, a class member and silent partner who joined when he found me in re a Bitcoin claim/city claim?

He ran the golf course. They fired him, violated his contract, as now? They just close stuff and destroy it or sell it to hide malfeasance of office.

CAN hide anymore.

Almost without exception every single complaint goes unanswered. The local who owns all of the land UNLAWFULLY? Owns the gas stations. He gouges. We always pay at least 50¢ more than any other town! The AG just pretends we did not file.

Ron Fenn?

Judge, if I listed it everything they did to this man?

At one point ONLY FOR ABIDING BY LAW AND CIRY CODE these people hung signs around town reading

Defenn - de Fenn - the town!

Luna? She thinks she is Queen. Bought out the Berlad, owns the Sentinel. She holds a city commissioner position. Even when you vote her out? She engineers her friends winning!

She uses this paper to violate just everything including printing info no paper or reporter was to have - she abd her paper only had it or she just lies or does shit such as Oh! It was a mistake to forget to print only one candidates answers - Ron Fenns.

"The study's approval by the city commission was unanimous with no discussion preceding the vote last week. However, in an interview with the Sun on Oct. 27, City Manager Swingle forthrightly explained why he decided to pursue the possibility of selling the city-owned utility. "I do not want to be the city manager that lets the grid go down," he said.

"The city was very close to having the grid go down" this summer, Swingle told the Sun. The city has two transformers, both about 60 years old, which is well past their predicted life span. He ordered an emergency repair to the northern transformer shortly after taking the job of city manager in the first week of May. Since then, he has sought a loan for about $1.1 million from the New Mexico Finance Authority to replace the northern transformer altogether. "Both transformers need to be replaced," Swingle acknowledged to the Sun."

We have 100 year old WOODEN sewer pip s here. They just steal & steal and pay these ppl on the take with them outrageous salaries so now?

We pay more than government per person than Santa Fe!!! And for: nothing but abuse.

Now, read that! Almost went down? The IED maybe??

I said in my Notice of Service, I told them they are the SUBJECT OF not that they are Defendants and why, I left the sheet with their names on it at the last brary so I needed to decide what to do.  But I was not letting them sell this Utility and any such sale is no good until we go to court.

However the residents?

These are money problems. Greedy, power hungry, egomaniacs with personality disorders who act like commies is the problem! So for the town then me? I warned them: SCOTUS had addressed a money aware it once. Mercedes car paint job. SCOTUS finally got a clue and said, No more money for these school desegregation cases. Correct. Not a money problem.

I said: I can ask the Judge to order that the Army Corp of Engineers be made to repair the sewer system and utility as they need the practice and they had to be able to do this. Se Panama Canal. That in this case?

I can seek that as the Fed did this to us too and that Utility had FEDERAL ramifications. As do s the fact we are about to have no water - only 3 of 9 wells in a desert town work.

And may not be potable as the land the city stole? That FDR gave us? So only act of President can undo it? They built a waste treatment plant on top of our wells. As they aren't stranded here.

Bart managed our golf course. He told me that at one time? He was ORDERED to give a teenage lazy lazy girl who was somebody's daughter a $500 a week summer job or else. So he had no choice. He didn't, a reason he hired me. He told she sat on her ass all day like ng on her phone but collected that money.

I WANT IT PAID BACK AS ITS TAX DOLLARS. NOW? WHEREVER SHE IS? SHE CAN SLI G HAMBURGERS LIKE MOST OF US DO AT SOME POINT AND PAY US BACK.

But by limiting this to me and Meyring?

We certified the amount of national debt as we have a global plan as you must! It's all built on our backs.

Let's say you do award us what THEY value the market that I away d at $3.6 trillion.

Now? They're discussing making Trump Speaker of the House as that's not an elected position, meaning WE don't elect that person. But nothing says that person must be an elected Officer.

STOP.

If IM told there's a $1 trill on plan afoot for infastructure? I start studying that?

Robert and I can pay for it. Hell, we could pay for both plans easy and still have half a tril left over! Still more than any few humans ever need.

But! The first two facts I e countered? Must be addressed: these plans? They just build anything anywhere. Don't think. Don't reason 50 years on. And they ignore RURAL STUFF THAT MIGHT BE THE #1 PRIORITY.


BOTH TRUE.

A road? You undertake a study of roads that are 10k years old. Or Roman roads that are 1000 years old but still in use. You give up this asphalt shit that doesn't last a year!!!

Not any of these guys. Thinking outside the box to them is: shoddy criminal activity construction. Violating law, PERPING crime is their ONLY IDEA EVER: how much of this can we steal?

But in this case?

The US will not be committing fraud no matter what we are awarded.

We must be awarded money at this point.

Bit the US won't be making it up and entering the amount to a ledger.

We can reason any award.

ALL are supposed to REASON whatever amount they namel.

$25 billion awarded to a BLACK  woman who is the widow of a smoker? Just a few years ago?

So long after the cig manufacturers were caught that

You can never, ever reason this. No victim is! The lawyers victimized us as did that bitch.

The newest ploy?

Wah wah wah

My husband died. The world treated me so badly? I deserve money.

Fuck them all.

Lady? From me to you: I found you while researching monetary court awards. Why?

JUDGES ARE HUMANS TOO. CAN WE ALL READ? YES. A JUDHE MIGHT NOT ASK AS THEY HAVE THEIR OWN PERSONAL REASOINING BUT WTF? WHO TOLD ANYBODY THAT YOU MUST NAME ANY OLD AMOUNT? ANS GET IT W/O  QUESTION???


This is why they broke Bart's contract:

TRUTH OR CONSEQUENCES GOVERNMENT
More proactive management somewhat reduces public subsidies of T or C golf course and pool

The city commission unanimously approved increases to the municipal golf course's user and membership fees, effective immediately, although no information about the expected additional revenues or possible impact on patronage was provided. Source: Google
New information about the operations of facilities owned by the City of Truth or Consequences that affect the community's quality of life has been disclosed at several recent public meetings. These developments suggest City Manager Bruce Swingle is bringing about more proactive management of these amenities.

The city's golf course will increase membership fees, although this will not put a significant dent in the course's six-figure annual public subsidy. The leak at the municipal swimming pool has finally been fixed after three years. The public library advisory board may be allowed to meet quarterly instead of 10 times a year.

GOLF COURSE
In fiscal year 2020-2021, the public subsidized $269,000 in golf course expenses, Manager Swingle reminded the city commission at its regular meeting on Oct. 27. The course collected only $41,000 in revenue….


It's all just subsidies that go into their pockets. Don't think Swingle is a hero.

WE EXACTLY NAM E HIM AS ONE OF THESE 'CIVIL SERVANTS' WHO IS NOTHING BUT A CROOK THEY KEEP AROUND THE STATE.

IN NM, OF YOU DONT VOTE FOR A FAMILY, YOU FINALLY VOYE AND ENTRENCHED FAMILY LIKE THE KINGS' OUT? THEY ANNOYING ONCE THEYLL SEEK REVENGE AND DO IT.

FEDERAL HAYE CRIME IS.

THE KINGS SOLD EPSTEIN LAND. THATS WHY HE WAS HERE. KING, LAST NAME IS KING!, SAID HED GET REVENGE AND DID.  FEDS DID NOTHING UNTIL CARL SWENNSON AND I CAME ALONG BUT FAR AND AWAY  CARL GOT I FINALLY GOT EPSTEIN.

THE MILITARY WAS IN CAHOOTS WITH ALL OF THEM.

EPSTEIN? PRETENDED THAT HE NEEDED TO USE MILITARY AIRSPACE TO GET IN AND OUT OF IOS RANCH HERE.  I BLEW THE LID ON THAT. THEY?

USED A MILITARY VEHICLE  LICENSE NUMBER TO TERRORIZE PPL.

I WENT ONLINE AND VIA OUR DOMESTIC SPIES SO EMAIL TOO COMMUNICATED

DON'T WORK SO HARD, YOU CAN ACCESS HIS RANCH WITHOUT USING MIKITARY AIRSPACE. IM LOOKING AT THE MAP WITH AN EXPERT NOW.

WOW! WITHIN DAYS, HE IS FINALLY PHONE CKED UPMAGAIN AS

CYA TIME IS!

TORC, NM IS UNIQUE.

WE ARE THE MICROCOSM TO DC'S  MACRO SO WE ARE UNDER CIRY, STAYE & FED ATTACK AS WELL AS TRIBAL:

NATIVE AMERICAN THUGS SLAIFHTERING NATIVE AMERICAN WOMEN?

OPERATE FREELY HERE.

CRY TRIBAL AFFILIATION WHEN WE ACT TO CHARGE THEM.  DO GET AWAY WITH MURDER.

Sorry! Tribes don't get to refuse to extradite, 😃.

TRUTH OR CONSEQUENCES GOVERNMENT
Analysis: Questions that should be asked at Wednesday's public hearing on smart water meters
by Kathleen Sloan | October 11, 2021
6 min read

Once again, the staff and city commission of the City of Truth or Consequences are relying on a smart meter vendor to help them decide whether to buy and install smart water meters at the properties of the city's 3,500 water utility customers.

T or C paid YESCO—Yearout Energy Services Company of Albuquerque—about $60,000 in 2017 to study whether the city should replace electric and water customers' analog meters with smart meters, according to documents the Sun received from the city in response to an Inspection of Public Records Act request. Unsurprisingly, YESCO's recommendation was "yes."

YESCO proposed to sell the recommended equipment for about $9 million dollars to be paid over 20 years, a deal left on the table by the city commission. It declined, not because it had sought and received neutral, third-party advice about the cost-benefits of smart meters. The city commission recognized the price was simply too expensive, according to city commission meeting minutes.

Four years later, YESCO will again be afforded the opportunity to present the reasons why the city should replace its water customers' analog meters with smart meters at a public hearing to take place at this Wednesday's commission meeting. By labeling what will be in effect a sales presentation as a public hearing (a governmental fact-finding tool for which official notice must be provided and official minutes kept), the city is again obfuscating YESCO's status as a vendor, when in fact the company is not a neutral third party giving disinterested advice.

Wednesday's public hearing will give T or C residents an opportunity to ask questions and to hold the city commission accountable for seeking and providing answers to those questions before it embarks on the second go-round of smart meter purchases. During the first go-round, there were no public hearings to educate the commissioners before they awarded a $1 million-plus contract to Landis + Gyr to supply smart electric meters.

The first, most obvious question that must be answered is: Why is the city considering spending millions on smart meters when it does not have the resources to repair its failing water system infrastructure? T or C's aging water lines spring 20 to 25 leaks a week—as City Manager Bruce Swingle has been reporting since he was hired in May.

A third-party water system audit conducted in 2019 by Wilson & Company, a national engineering company with a branch in Las Cruces, determined that the city lost 33 percent of the water it pumped in 2015 and 2016. Wilson estimated the water loss for 2017 and 2018 at 38 percent. The cause of these losses, according to Wilson & Company: "poor conditions of the system." Wilson's Water System Preliminary Engineering Report made no mention of customer meter-reading problems.

YESCO, on the other hand, states in a document included in the commission's Wednesday, Oct. 13 meeting packet that more than half of its estimate of T or C's water losses can be traced to faulty meter readings. YESCO, which describes itself as a "design-build contractor" on its website, asserts that the city has been losing about 115 million gallons a year since 2018. That is equivalent to a loss of 26.6 percent of the water pumped, YESCO states. Using data gathered in its 2017 study, YESCO attributes 14 percent of these losses, which it labels "nonrevenue water," to antiquated meters producing readings that are too low.

Whether the design-build contractor's estimated water losses and assessment of their causes are more accurate than those provided by the engineering firm is a question that should be asked and answered.

Another is whether replacing and upgrading T or C's water system lines, pumps and other infrastructure would result in less "nonrevenue water" and more financial savings than meter replacement.

YESCO's meeting packet document states that the installation of smart water meters will yield additional revenues of $250,000, but does not specify the timeframe over which these revenues will be collected. As evidence, YESCO cites its own 2017 study, which estimated that the city would gain $200,000 in revenues if it replaced both its electric and water meters with smart meters, although again it did not specify the timeframe. YESCO appears to have made an error in logic. Shouldn't its estimate of $250,000 in increased revenues from water meter replacement be lower, not higher, than the $200,000 figure it estimated would be gained if both electric and water meters were replaced?

In addition, shouldn't it be possible for the city to precisely calculate whether it has seen an increase in electric utility revenues due to the supposedly more accurate readings provided by the smart meters that have been in place for about a year on the properties of T or C's 4,000 residential and commercial electric customers?

YESCO also claims operating and maintenance savings for the water and sewer department will be $40,000 in the first year after analog water meters are replaced. Its packet document provides no explanation of how the savings figure has been calculated.

YESCO's price for replacing the analog meters of the city's 3,506 water customers with smart meters is $3.5 million, to be paid over 13 years, according to the document in the commission's Oct. 13 packet. It appears that YESCO is willing to compensate the city for the smart meter "backbone" already installed by Landis + Gyr, with the appropriate amount to be subtracted from the overall $3.5 million price tag.

6

There have been no definitive studies on the health effects of daily exposure to high radio-frequency waves by which smart meter readings are transmitted. Again and again, citizens have pleaded with the city commissioners to take into consideration the possible health threats posed by this technology. They should be asked once again to factor the risks to their constituents into their decision making. There are less expensive alternatives to ensure greater accuracy of analog meter readings, as was pointed out by other venders in their responses to the RFP for the smart electric meter purchase.

YESCO's packet document does not explain its proposed financing terms. Is this a lease-purchase arrangement, with the city owning the equipment at the end of 13 years? Principal and interest are not broken out of the overall price, nor are the costs of the equipment and labor separately identified. These information gaps should be filled before a decision to purchase smart water meters on time is made.

Landis + Gyr charged $1 million-plus to supply more than 4,000 smart electric meters, according to a one-time statement by then City Manager Morris Madrid—still the only public accounting of the replacement project's cost. By comparison, YESCO's price seems very high.

As part of its due diligence, T or C should prepare a detailed accounting of the smart electric meter purchase and installation costs and any ongoing expenses in order to assess if YESCO's offer is reasonable.

The wisdom of buying smart meters over time should also be questioned. Landis + Gyr said during an early 2020 city commission meeting that smart meters have a five-to-seven-year lifespan. If this is true, the timeline for YESCO's proposed meter purchase is about twice as long as the life of the equipment.

The Sun asked City Manager Swingle in a Sept. 27 email for answers to many of the questions presented here. He declined to offer any of the requested explanations, replying only:

"If [we didn't hold] a public meeting the small group would throw it in the commissions face for not having [one]. This will be my first opportunity to hear YESCO or any other party speak about smart metering. At this point there is no plan to do anything but educate the city."

TAGS: CONTROVERSIES & CRISES | INFRASTRUCTURE | POLICIES & PRACTICES | UTILITIES


You need to consider...a city commissioner needed the Utility blown up. Get it?

TRUTH OR CONSEQUENCES GOVERNMENT
Analysis: T or C's voting system for city commissioners preserves status quo leadership
by Kathleen Sloan | October 4, 2021
7 min read

Editor's Note: This analysis first ran in the Sun in October 2019. Nothing has changed since then. T or C's atypical voting system continues to make victory difficult for reform-minded candidates who are not backed by the powers-that-be and their loyal bloc of voters who are happy with the way the city is managed. With early voting set to begin tomorrow for a regular local election to be held on Nov. 2, the piece has been updated and re-posted to encourage consideration of alternative voting systems that might result over time in the election of a group of commissioners who more closely reflect the social and political diversity of T or C's population.

The City of Truth or Consequences has neither a district nor an at-large form of elections, but an atypical mixture of the two. Different voting systems produce different results, and research shows the city's system preserves the status quo, enabling the entrenched majority to put up and elect its candidates. Those candidates espousing varying views are consistently edged out.

If the city were divided into true districts, with candidates having to live in the district in which they were running and be elected by voters living in those districts, commission elections would better reflect the people's choice, at least in those districts. A district-based form of voting might produce commissioners with differing views that represented the diversity of T or C's voting population.

7

However, the city's five commission seats do not correspond to a geographic area, and all the candidates represent the whole city, even though they are elected to fill specific "positions." Each voter gets to vote for whom they want for each open position.

This is a rare form of election. The National League of Cities, Wikipedia and the Stanford Encyclopedia of Philosophy's 2011 "Voting Methods," describe numerous voting systems, but none are like that employed in Truth or Consequences.

Under the T or C system, this might happen: Imagine there are three seats open on the city commission, as is the case for the upcoming Nov. 2 election.

The city's position-based voting system allows the entrenched majority to put up a candidate for each position and elect him or her to office with the support of its usually dominant bloc of voters. The entrenched majority can keep returning favored representatives to office for years, since there are no term limits placed on city commission service. Wikipedia calls this "cloning" candidates.

Here's how commission elections currently play out. Imagine the first open position has one candidate running unopposed. That candidate wins automatically before the first vote is cast under the city's current system. Imagine the second position has two opposing candidates. In the last T or C commission election, held on March 3, 2019, a total of 923 voters participated. If the entrenched majority can garner 462 or more votes, it can narrowly put its candidate for the second position in office. Imagine the third seat has three opposing candidates. Again, 462 votes are needed to ensure that the majority's candidate trounces the other two contenders. Since they are likely to split the vote, the majority's candidate could sail to victory with far fewer than 462 votes.

That's what happened in 2019, when four candidates ran for each of T or C's three open commission seats. A total of 923 votes cast were cast for Position II, with Randall Aragon winning the seat with 283 votes. A total of 909 votes were cast for Position IV. Brendan Tolley won the seat with 601 votes—a rare case of a candidate with crossover appeal to two or more voting blocs. A total of 920 votes were cast for Position V, with Amanda Forrister winning with 300 votes.

A more common form of voting, according to Wikipedia, is "plurality voting," which can produce fairer results. Again imagine six candidates are running for three open seats. Voters choose their top three favorites. In this scenario, no unopposed candidate wins automatically; everyone must compete.

The Wikipedia and Stanford explanations of "limited voting" suggest this form of voting might allow more minority-view candidates to be elected, dampening the usual majority's voice on governing boards and promoting a greater diversity of viewpoints.

Under a limited voting system, if there are, say, three seats open, the voter choses only one or two of the candidates, all of whom, again, are running against one another. Fewer votes are needed for a candidate to rise to the top.

According to Wikipedia and Stanford, the majority bloc would probably not prevail completely unless it put up the number of candidates corresponding to the proportion of votes it can garner. Otherwise, it would split the vote among its own candidates. In the imagined case of six candidates running for three seats, if bloc candidates garnered the accustomed half of all votes cast, they would win one or two seats. Therefore, it is likely the third seat would be filled by a minority-view candidate, and there is a 50-50 chance that another minority-view candidate would fill the second seat.

There is nothing in T or C's local laws that addresses or lays out the form of voting that must be used in city commission elections.

State law does not address the issue either, stating only that cities with a population of more than 10,000 and a city manager-commission form of government "shall" (must) be divided into five districts. Candidates would be required to live in the district and be voted into office only by those living in the district. Cities with a population under 10,000 "may"—not shall—be divided into districts, the law says.

The U.S. Census estimated that the population of Truth or Consequences was 5,753 as of 2019. This is the latest available figure, since 2020 municipal population data has yet to be released.

The New Mexico Municipal League states in a downloadable report, "Forms of Municipal Government," on its website that T or C city's manager-commission form of government is divided into districts, even though it isn't and the city doesn't adhere to voting by district.

8

Randy Van Vleck, the league's former attorney, pointed out to the Sun two years ago that "district" isn't defined in state law on municipalities, although it is defined under state law on counties.

In 1985, the state changed the voting law for the city manager-commission form of government. Before 1985, it said, "A commissioner shall [must] be elected for each district, but shall [must] be voted on at large." This may partially explain how T or C arrived at its current form of at-large voting—it followed pre-1985 state law. It does not explain why the city has substituted "seats" for geographical districts.

There is a remedy, if the citizens want to change the voting system. Citizens in a community with a city manager-commission form of government have more power than those living under some other forms of municipal government.

Thus, citizens of T or C may draft a "measure" to be passed as an ordinance or new local law under state law 3-14-18. To get the measure on an election ballot, a so-called "ordinance initiative" petition drive must gather signatures totaling 20 percent of the average number of voters in the last four regular elections or 20 percent of the number of voters in the last gubernatorial election—whichever number is greater.

Within 30 days after the petition is certified by the city clerk as having the required number of qualified signatures, the commission must decide what it will do. If it doesn't approve the new ordinance—if it "fails to act," "acts adversely" or "amends the proposed measure"–the commission must pass a resolution calling for a special election "within 10 days of the 30-day expiration," according to state law 3-14-18.

If the commission puts forth an amended ordinance, both the petitioners' and the commission's ordinances must appear on the ballot, with "for" and "against" checkboxes provided after each.

A first step toward achieving the goal of electing a more broadly representative city commission would be for a nonpartisan citizen's group to research the various forms of voting and evaluate the pros and cons of each.

TAGS: ELECTED OFFICIALS | ELECTIONS | LAW | POLICIES & PRACTICES
AUTHOR
Kathleen Sloan is the Sun's founder and chief reporter. She can be reached at kathleen.sloan@gmail.com or 575-297-4146.


TRUTH OR CONSEQUENCES GOVERNMENT
News analysis: Legal precedents for citizens seeking relief from denied elections


Editor's Note: This is the second and final part in a series examining the refusal by the Truth or Consequences City Commission twice in the past two years to hold referendums on citizens' proposed smart meter legislation. (The link to Part 1, recapping these events and laying out the commissioners' and city staff's reasoning, can be found in the Related section below.) As filing suit in district court is the only recourse available to petitioners denied their proposed legislation's day at the ballot box, Part 2 examines pertinent case law precedents that may support or rebut the city's rationale.

On Jan. 29, 2020, and Aug. 25, 2021, the Truth or Consequences City Commission refused to pass special election resolutions that would put citizen-led referendums on legislation concerning smart meters on the ballot.

Both times City Attorney Jay Rubin cited a single New Mexico Supreme Court case as legal precedent for denying the people's right to compel referendums.

Under a commission-manager form of municipal government, if enough legally registered voters sign a petition to put legislation up for a popular vote, the city commission "shall" hold an election, according to state laws.

The first special election to be denied would have considered the ordinance to place a 10-year moratorium on T or C's acquisition and installation of smart meter readers.

9

Activist Ron Fenn, a leader of the petition drive for this "initiative ordinance," immediately filed suit in local district court, claiming that the city had violated state law 3-14-18 by not holding an election. After a year and a half, his case has yet to be scheduled for a hearing. Fenn did not ask for an injunction, which would have perhaps put the case on the "rocket docket" and might have prevented the city from implementing its analog meter replacement program until the case was resolved.

The second special election to be denied would have asked voters to decide whether to repeal the city commission's resolution imposing a $50 monthly fee on utility customers who opt not to have smart meters.

JOHNSON V. CITY OF ALAMOGORDO, 1996
In both instances, City Attorney Rubin advised the commissioners that the city had a good chance of the court's upholding their decisions to deny the citizens an election, should the petitioners file suit. Rubin based his advice on the precedent set by Harold Johnson, et al. v. City of Alamogordo, a 1996 New Mexico Supreme Court case.

The events involved in that case began 20 years earlier, when Alamogordo's city commission had taken out a bond to repair water and wastewater systems. Before indebting its rate payers, the commission held a public hearing and passed an ordinance governing the bond issuance. In 1996 the city enacted a water and wastewater rate increase by ordinance, as required by the bond-issue ordinance.

A group of citizens garnered enough signatures on a petition referendum to put the question of the increase to popular vote. The city commission nonetheless refused to hold an election. The citizens filed in district court, claiming their rights under the U.S. Constitution had been violated (presumably the right to petition their representatives). They sought monetary and injunctive relief.

Alamogordo justified the rate increase by providing the court evidence that it was out of compliance with the loan requirements. This assertion was borne out by yearly audits and a consultant's study showing that the utilities' rates had been insufficient to cover the utilities' debt and operations. Also submitted as evidence was a letter from the bond underwriter informing the city it was violating the terms of the bond agreement.

The district court ruled in favor of the city, accepting its argument that the 1996 rate increase ordinance was an administrative and not a legislative action and was therefore not subject to referendum.

The citizens appealed the lower court's decision, and the New Mexico Supreme Court heard the case. It also ruled in Alamogordo's favor, finding there is an "implied exception" to state law 3-14-17 giving the right to the people to put local laws to referendum.

"The rationale [for the implied exception] is commonsense. Subjecting day-to-day administrative and executive decision-making to popular referendum would paralyze local government," the New Mexico Supreme Court stated.

City Attorney Rubin repeated this statement nearly word for word to the city commissioners while advising them on Aug. 25 not to hold a special election on the $50 monthly charge imposed on city utility customers who wish to opt out of having a smart meter.

In making its decision, the New Mexico Supreme Court adopted a four-part test to distinguish legislative from administrative actions propounded by the Kansas Supreme Court in City of Wichita v. Kansas Taxpayers Network, Inc., 1994. In that case the judges ruled that establishing a storm water utility was an administrative act and not subject to referendum.

It is difficult to see how any of Johnson v. Alamogordo four tests apply to Fenn's filing, since the Johnson case dealt with referendum ordinance petitions, not initiative ordinance petitions such as Fenn's.

The $50 monthly fee was created by a resolution, a government enactment that is subject to referendum. But this particular resolution does not meet the prerequisite established in Johnson v. Alamogordo for defining a local law as "administrative." The New Mexico Supreme Court opined that an administrative ordinance provides a means to achieve the purposes of a primary or "legislative" law that preceded it. Alamogordo's administrative rate increase law was preceded by the legislative bond-issue law. The T or C City Commission had passed no prior law on smart meters when it approved the fee resolution.

The following analysis looks more closely at how each of Johnson's four tests applies to Rubin's argument that the city's commission's smart meter decisions were "administrative" and, as such, were not subject to referendum.

FIRST TEST
The first part of the test defines legislative acts as "new laws," in contradistinction to "ordinances executing existing laws," which can be regarded as "administrative."

T or C can point to no existing law on smart meters in its municipal code. The commission approved the replacement of its analog electric meter equipment with "advanced metering infrastructure" by motion. Only ordinances and resolutions qualify for consideration as either legislative or administrative under the terms of the first test.

The commission's resolution imposing the $50 monthly fee does not qualify as an administrative act executing a prior legislative action, since there is no overarching ordinance or resolution to which it relates.

SECOND TEST
The second test in the Kansas Supreme Court case states: "Acts that declare public purpose and the ways and means to accomplish that purpose" are legislative acts, while those that "deal with a small segment of an overall policy question generally are administrative."

Since the city has passed no overall law on smart meters, neither the motion to purchase and install that equipment nor the fee resolution can be deemed an administrative act dealing a small segment of a prior enactment.

THIRD TEST
The third test states that a "decision that requires specialized training and expertise in municipal government" in order to "make a rational decision" is an administrative act.

The city commission's only enactment that qualifies for definition as either legislative or administrative under the third test is the fee resolution. The fee amount was suggested by Mayor Pro Tem Amanda Forrister, who pointed out that the electric cooperative serving rural Sierra County levied a $50 trip charge for home or business visits.

Since neither specialized training nor expertise informed the fee resolution, it does not qualify as an administrative act.

FOURTH TEST
No governmental act is "likely to be solely administrative or legislative," the New Mexico Supreme Court stated in its interpretation of the fourth test. It quoted from the Kansas case in stipulating, however, that citizens "are restricted" to seeking referendums only on "'measures which are quite clearly and fully legislative and not principally executive or administrative.'"

Again, only the $50 fee resolution qualifies as an enactment on the municipal code books. It is neither legislative, because it does not propound an overarching smart meter policy, nor administrative, since it does not relate to a previously enacted smart meter law.

ALBUQUERQUE V. NICHOLS, 1965
In advising the T or C commission not to hold a special election on the duly certified initiative ordinance petition of 2020, City Attorney Rubin rightfully warned the city commission that Johnson v. Alamogordo concerned only referendum ordinances, and did not pertain to initiative ordinances. In fact, there are no New Mexico Supreme Court precedent-setting cases mentioned in the New Mexico Statues Annotated section on state law 3-14-18 governing initiative ordinances.

The NMSA does cite two New Mexico Supreme Court cases in the section on state law 3-14-17 governing referendum ordinances.

In advising the city commission on whether to hold the special election on the duly certified petition calling for a referendum ordinance in 2021, Rubin again mentioned only Johnson v. Alamogordo. He did not warn the city commission that a second case, City Commission of Albuquerque v. State Ex Rel. Nichols, provides legal precedent for honoring the people's authority to bring referendum and initiative ordinances and the city commission's duty to hold elections on those ordinances.

The state Supreme Court's ruling on Albuquerque v. Nichols came down in 1965, the same year the state legislature enacted 3-14-17, giving the people the right to compel referendums.

The case established this precedent: "Provisions reserving to the people the power of referendum are to be given a liberal construction. . . ."

The triggering event for the case came when the Albuquerque City Commission refused to hold an election on a referendum ordinance petition that sought to repeal a one-cent-per-gallon gas tax imposed on all gas purchases in the city. The petitioners filed a case in district court, which ruled in the people's favor and required the city commission to "provide for and hold an election."

Albuquerque had unsuccessfully argued that the petition, signed by 24,500 residents, wasn't timely filed. Since the city commission had passed the tax as an emergency measure, which had served to limit residents' awareness of the new tax and shorten the allotted filing time for a referendum ordinance petition, the court ruled that deadlines for all referendum petitions on emergency ordinances should be lifted.

Albuquerque presented another unsuccessful argument during its appeal to the New Mexico Supreme Court. The city claimed that the lower court had no authority to order the city to hold an election. The reason given by the city's attorneys was that it was the city commission's "duty" to evaluate the "sufficiency, validity and legality of the [petition] signatures."

The Supreme Court found that no state law gave city commissions the judicial authority to evaluate the validity of petitioners' signatures. This lack of jurisdiction is still true today. Only municipal or county clerks have the authority to verify whether the signers of a referendum ordinance petition or an initiative ordinance petition are registered voters.

The Supreme Court upheld the lower court's decision and ordered the Albuquerque City Commission to hold an election on the referendum seeking to overturn the gas tax.

The T or C commission's refusal to hold elections on the citizens' ordinances seem to have more in common with the findings of the 1965 case than the 1996 case.

The T or C City Commission questioned the validity of the 2021 petition before voting down the resolution to hold a referendum on the $50 monthly fee. City Commissioner Paul Baca said he doubted the 240 signers knew the fee applied to only a few people and accused those leading the petition drive of spreading "misinformation." Mayor Sandra Whitehead and Mayor Pro Tem Forrister agreed with Baca's assertions.

The Albuquerque City Commission passed an emergency ordinance to impose the gas tax in an apparent effort to limit public awareness and response. Similarly, the T or C City Commission hired a company to provide the equipment and to oversee the installation of a $1 million smart electric meter system by mere motion, bypassing a public hearing, any vetting process and seemingly precluding a referendum effort. The commission also imposed the $50 month fee by motion without providing any agenda notice. When correcting this Open Meetings Act violation, the city commission again declined to go through the process of passing an ordinance. It chose to bypass a public hearing and fact-finding and re-imposed the fee by resolution.

It is not clear whether or when the T or C City Commission will be asked to defend its denials of duly certified referendums in court.

The Sun asked the New Mexico Ethics Commission to opine on T or C City Commission's refusal to hold elections, but Public Information Officer Sonny Haquani demurred, stating the issue was not within the ethics commission's purview. After consulting with various staff members, Haquani suggested the Sun contact the New Mexico Municipal League, which did not respond to the Sun's request for an opinion.

TAGS: CONTROVERSIES & CRISES | ELECTED OFFICIALS | ELECTIONS | LAW | POLICIES & PRACTICES | UTILITIES
AUTHOR
Kathleen Sloan is the Sun's founder and chief reporter. She can be reached at kathleen.sloan@gmail.com or 575-297-4146.


Ready??

TRUTH OR CONSEQUENCES GOVERNMENT
Unmoved!
by Kathleen Sloan | September 14, 2021
4 min read

In defense of her recommendation that the city impose a monthly fee on those residents who refuse to accept smart meter technology, Commissioner Frances Luna offered the analogy that, in an age of computers, "if you use a typewriter, you have to pay a special fee."
Source: illumination.duke-energy.com

To date, two Truth or Consequences residents, Ariel Dougherty and Ron Fenn, have appealed the city's imposition of a $50 monthly fee on city utility customers who do not wish to have their analog meter readers replaced by smart meters.

The two appeals arguing that the charge was punitive were heard—and denied—by the city commission at its Sept. 8 meeting.

The commission's refusal to drop or lower the charge (the purpose of which has never been clarified) will affect more than the city-estimated seven electric customers who have blocked the installation of smart meters at their homes. The city plans to install smart meter readers at the properties of all municipal water customers. After an earlier round of appeals protesting the smart meters' mandatory installation, the commission passed a motion giving customers the right to opt-out, but imposed a $50 monthly surcharge on those who exercised that right.

Dougherty and Fenn were among those citizens who had previously appealed the electric department's attempt to install smart meters at their homes. These appeals were heard by the city commission on Jan. 27. At that time, the commission did not address any of the arguments posed in writing and orally by Dougherty and Fenn. They ignored the appellants' voluminous research on the unresolved health and safety questions surrounding smart meter technology, their personal health concerns and their claims of inequality of treatment and lack of due process.

Instead of considering the legal documentation of the appeals before them, City Commissioner Frances Luna cut off the commission's deliberations by putting a motion on the floor. In the future, utility customers would be given an opt-out and charged a $50 monthly fee to retain their analog meter readers. The motion was passed unanimously by the city commission, abruptly ending what should have been a quasi-judicial hearing, with a ruling about whether they would be exempted from smart meter installation handed down to both Dougherty and Fenn based on the merits of their appeals.

The New Mexico Attorney General's Office subsequently informed the City of Truth or Consequences that the motion was not legal, since the imposition of a meter-reading fee had not been on the Jan. 27 agenda. The Open Meetings Act states that only matters on the agenda may be acted upon. This OMA violation was corrected by the city commission at its Aug. 25 meeting, when the commissioners approved a resolution (included on the agenda) that imposed the fee.

For the record, an article published in the Sept. 10 issue of the Sierra County Sentinel that referred to the existence of an "opt-out ordinance" was incorrect. Imposing the fee via resolution sidestepped the rigor of law-making via ordinance. Unlike proposed ordinances, resolutions do not require advance publication in legal ads and a public hearing that has also been publicized in a legal ad.

The T or C commission has presented no evidence justifying the high amount of the fee. During the Jan. 27 commission meeting, Mayor Pro Tem Amanda Forrister said Sierra Electric Cooperative charges a "$50 trip fee," and so should T or C for reading a meter manually. Sierra Electric services a much greater, more rural territory, making their travel costs much higher than those incurred in T or C's concentrated customer service area.

Several T or C residents, including Dougherty, Fenn and Rick Dumiak, have asked the commission during public comment at regular commission meetings how the city can charge $50 to read a meter at the same time that it has charged for many years an $8 base fee per residential electric customer, supposedly to partially cover meter reading. Over the last six months, they have repeatedly asked the commission to explain what the $8 fee covers, with no response.

The commissioners' statements on the purpose of the fee differ. Forrister said it's a trip fee, but at the Sept. 8 meeting, Commissioner Luna stated the fee was for "special equipment" and "special treatment." She went on to note that the older meter technology might not be available in the future. Luna concluded her attempt to provide a rationale for the amount of the monthly charge by offering the analogy that, in an age of computers, "if you use a typewriter, you have to pay a special fee."

13

Dougherty's and Fenn's oral arguments seeking relief from the fee were cut short during their second appeals hearings on Sept. 8. Dougherty raised a point of order, noting that the city commission had not received her appeal documents, judging by the contents of the meeting packets that had been posted on the city's website on Sept. 3.

Mayor Sandra Whitehead interrupted Dougherty and ordered her to sit down.  Forrister held up a document, asking: "Is this it? The three pages?" Dougherty's appeal document was five pages long.

Whitehead moved on with the appeal proceedings, preventing the resolution of the question of whether the commissioners had received or read the legal record of Dougherty's arguments. They nonetheless denied her appeal.

During his oral argument, Fenn proclaimed: "I don't think you'll listen; I think you've already made up your minds."

"That's right," Mayor Whitehead confirmed.

Her remark was followed by the city commission's unanimous vote to deny Fenn's appeal.

TAGS: ELECTED OFFICIALS | POLICIES & PRACTICES | UTILITIES


News analysis: Has T or C flouted state election laws—again?
by Kathleen Sloan | September 13, 2021
10 min read
vote prohibited graphic
Editor's Note: Twice in the last two years the Truth or Consequences City Commission has refused to hold a referendum on citizens' proposed smart meter legislation. Part 1 of this two-part series recaps these events and lays out the commissioners' and city staff's reasons for dismissing officially verified special election petitions. As filing suit in district court is the only recourse available to petitioners denied their proposed legislation's day at the ballot box, Part 2 will examine pertinent case-law precedents that seem to support or rebut the city's rationale.

Truth or Consequences is a commission-manager form of municipal government. Its citizens thus have the state-mandated right to propose legislation whose enactment or rejection shall be determined by the people at a special election.

As required by state law 3-14-17 on referendum ordinances and 3-14-18 on initiative ordinances, a city commission "shall" hold an election on citizen-proposed legislation when presented with a petition signed by duly verified registered voters comprising 20 percent of the average number of votes cast in the last four municipal elections.

Despite having received two petitions meeting those requirements—both proposing legislation concerning smart meters—T or C's city commission has twice refused to hold special elections. Each time the commission claimed the people do not have the right to propose legislation concerning "administrative decisions." This is the legal term of art the city ascribes to a contract and policies governing the $1 million-plus purchase and installation of radio-frequency meter readers at the properties of its 4,000 residential and commercial electric customers. These "smart" meters enable the remote reading of customers' electricity usage.

The first piece of citizen-proposed legislation took the form of an initiative ordinance petition circulated in the fall of 2019. The petition sought to put to a vote the question of whether a 10-year moratorium should be enacted prohibiting T or C's intended installation of smart meters and "all advanced metering infrastructure." The moratorium would enable research to be completed on the health and effects of spiking radio-frequency radiation emitted by smart meter technology. The petition was signed by 264 citizens.

The second piece of citizen-proposed legislation, which took the form of a referendum ordinance petition, was submitted last month to the T or C Clerk's Office for certification. The petition proposed a vote on whether customers who wished to keep their analog meters out of health and safety concerns about smart meters should be charged a $50 monthly fee to have their meters read manually. The city commission had passed a resolution on July 14 imposing the fee. About 240 people signed this petition.

The city clerk verified that the required 154 qualified (i.e., registered) voters had signed the initiative ordinance petition and the required 152 qualified voters had signed the referendum ordinance petition.

The verified petitions were presented to the city commission, which both times voted down resolutions calling for special elections, thus blocking a public vote on the citizen-proposed legislation.

THE CITY'S AND COMMISSIONERS' REASONING
SEMANTICS
The city commissions first refusal to hold an election came in January 2020, on the advice of then City Manager Morris Madrid and City Attorney Jay Rubin. They informed the commissioners that, because the decisions to purchase and install smart meters were "administrative," they were therefore exempt from legislative challenges at the ballot box. Rubin cited a New Mexico Supreme Court case decided in 1996 that he believed provided this legal precedence for not holding a referendum.

The triggering action for the smart meters' acquisition occurred on Aug. 27, 2019, when the commission, by mere motion, approved awarding the city's "request for proposals" to provide and install smart meters to the multinational corporation Landis + Gyr. Since the city commission had passed no resolution or ordinance governing the purchase, there was no city law to be put up at a referendum for possible repeal. Concerned citizens signed a petition proposing a new law—i.e., an initiative ordinance—in an effort to prohibit the installation.

At a regular commission meeting on Aug. 25 of this year, the commissioners once again refused to call a special election, this one intended to let the voters decide whether to overturn the $50 monthly fee imposed on utility customers who wished to keep their analog electric meter readers. City Manager Bruce Swingle advised the city commission to pass a resolution setting a special election on the question for Feb. 15, 2022. The commissioners ignored Swingle. Accepting Rubin's opinion that the imposition of the fee was an administrative decision, they declined to pass the election resolution.

Mayor Sandra Whitehead, Mayor Pro Tem Amanda Forrister and Commissioner Paul Baca cited another reason for their votes against the election resolution. They all expressed disbelief that the petition signers understood what they were signing.

MISSAPPREHENSION OF PETITION SIGNERS' INTENT
Forrister asked: "Why would they [constituents] bring it [the referendum ordinance petition] to us?" Her disbelief suggested that she is unfamiliar with the First Amendment and state law 3-14-17, both of which give citizen the right to petition their representatives, who, in turn, have a duty to consider those petitions.

At the city commission's Sept. 8 meeting, Baca repeated a claim he first made on Aug. 25. "I think there was a lot of misinformation [during the petition drive]," he said again last week. "I don't think people understood that the fee is only for people who opt out [of having a smart meter], not for the whole city." Whitehead and Forrister concurred.

Baca's statement reveals several condescending presumptions:

• Self-interest is the only reason people sign petitions. According to Inspection of Public Records documents provided the Sun, there were only seven customers who had refused smart meters as of May. So why would electric customers who signed the petition object to a punitive fee that does not affect them, unless they didn't understand what they were signing?

• Alternatively, other electric customers who signed the petition must have mistakenly presumed they are also being charged $50 a month.

• Signers could not discern that the petition drive organizers were misinforming them.

CONFLATION OF PUBLIC MEETINGS WITH PUBLIC HEARINGS
Mayor Whitehead cited yet another reason at the Sept. 8 commission meeting for ignoring state law that city commissions "shall" hold duly verified petition referendums. Whitehead falsely claimed that T or C residents had been given ample time to object to the smart meter project at various public forums held in advance of the project's initiation.

To defend its inaccurate claims that the smart meter initiative had been fully vetted by the public, the city posted a statement on the municipal website around Sept. 4 and took a full-page ad out in the Sept. 10 issue of the Sierra County Sentinel, which is owned and edited by City Commissioner Frances Luna. No such advertisement or statement was brought before or approved by the city

commission, and no authorship is given for the statement or ad. The ad states: "Contrary to what a small group of people are telling the public," the city has held "public meetings" on "AMI meters."

No one has claimed smart meters have not been discussed in public meetings, but these forum are distinct from public hearings. The city's and the mayor's attempts to conflate the two show a lack of understanding of public notice and due process in law making.

Municipalities are not required to keep minutes of public comment given during public meetings, and city commissions cannot legally be held accountable for ignoring public comment. Municipalities are, however, required to hold public hearings before passing local laws or ordinances. (This requirement does not apply to resolutions and motions.)

There has never been a public hearing on the decision to install smart meters for all electric-utility customers, as the Sun has reported in the past and reiterates here. The Sun's assertion is borne out by the lack of evidence produced by Inspection of Public Records Act requests for all documentation about those public hearings. "No such document exists," the city responded.

A public record of any public hearing is required to be kept as evidence that the public had due notice a law was soon to be considered for passage and was given the opportunity to express assent or dissent on proposed government actions.

Public hearing records are indispensable should a law be challenged and it becomes necessary for a court to determine if it is to the benefit of the people. Laws that are "arbitrary and capricious"—meaning they have been made without due public deliberation or concern for the people's benefit—can be overturned by courts.

The city's Sept. 10 ad also claims that the city commission approved the Landis + Gyr contract on Sept. 16, 2019. This is inaccurate. On Sept. 16, 2019, Mayor Whitehead signed the contract with the company behind closed doors, as revealed by the Sun's IPRA request for a copy of the contract.

The Sun also examined city commission meeting agendas and meeting minutes from that time period and found no agenda item referring to the Landis + Gyr contract. The agenda for the Aug. 27 meeting referred only to the approval of the RFP award. In other words, the contract was never brought before the city commission, and Mayor Whitehead has authority to sign contracts only with the commission's approval, as required by the state's Open Meetings Act.

To this day, the city commission has never held even a public meeting that makes clear past and ongoing costs of the smart meter project or how it was and is being funded. Then Manager Madrid merely stated at the Aug. 27, 2019, meeting that the purchase and installation costs would be "about $1 million." The particulars of this estimate went unquestioned by the city commission then and ever since then.

THE PETITIONERS' ONLY RECOURSE
The Truth or Consequences City Commission has not heeded or responded to two years of public comment on smart meters and has twice refused to consider proposed smart-meter legislation supported by a significant number of citizens. It has passed no ordinances governing smart meters, thus heading off a public hearing that would document citizens' assent or dissent of this infrastructure project and avoiding the creation of an official record of the people's will.

The only remaining means for citizens' to redress the imposition and public funding of smart meters, as well as the imposition of a $50 monthly fee on residents who refuse to take smart meters, is through the courts—a slow, arduous and expensive process.

So far, local activist Ron Fenn is the only resident to file a court case. One day after the city commission refused to pass the election resolution on the smart-meter moratorium on Jan. 29, 2020, Fenn filed a case in district court.

The case was filed as a "declaratory judgment." It asks the court to declare that the city violated state law 3-14-18 by refusing to hold an election. The relief requested is that the city commission be ordered hold an election on the proposed 10-year moratorium on smart meter installations. Judge Shannon Murdoch, assigned the case, has yet to schedule a hearing.

When Fenn filed, the installation of smart meters had been delayed by the COVID-19 pandemic. If the case had been timely heard, it might have blocked the installation of smart meters, which has since become a fait accompli. "Justice delayed is justice denied" is a

common legal maxim that applies to this case. A ruling at this point may be moot, unless the district court orders the city to uninstall the meters, a remedy that would not make the residents whole on the $1 million-plus expenditure.

Fenn, in a Sept. 9 interview, said he plans to file a second court case objecting to the city commission's failure to hold an election regarding the imposition of the $50 fee. If filed, Fenn's case will seek a ruling on whether the city violated state law 3-14-17.

The Sun will publish a follow-up article on New Mexico Supreme Court cases that have set precedent on 3-14-17 (there are no cases of precedent for 3-14-18). The cases to be examined in Part 2 of this series speak to the administrative decisions that are exempt from citizen-led referendum legislation, as well as to the legislative decisions that require city commissions to hold elections when properly petitioned by citizens for redress of those decisions.

TAGS: CONTROVERSIES & CRISES | ELECTED OFFICIALS | ELECTIONS | LAW | POLICIES & PRACTICES | UTILITIES AUTHOR

Kathleen Sloan is the Sun's founder and chief reporter. She can be reached at kathleen.sloan@gmail.com or 575-297-4146.


JUST GO TO THE SIERRA COUNTY SUN FREE PRESS ARCHIVE SITE AND START READING.

IT GETS WORSE AND WORSE.

WALMART IN TOWN?

STEALING WATER THE CAVEAT BEING

LOCAL GAS GOUGER RANDY ASHBAUFH LIED TO WALMART. ONLY ADMITTED NO WATER RIGHTS ARE TO THAT LAND.

SO WHY IS IT DEVELOPED? NOW A BANK IS GOING UP.  WTF??

WE HAVE DETAILED MEMOS THAT THE VM WHO WENT TO PRISON AFTER HE LEFT HERE KEPT AND GAVE US!

NAMES ALL EXACTLY. UH OH FEDS.


A SUNLAND PARK LAND SWAP DEAL WAS.

UH OH?

GAMBLING. SUNLAND PARK THE CASINO.

**FREE TO ALL**

EDITORIALS

# Sentinel's unconscionable breach of journalism ethics

by Diana Tittle | October 29, 2021

5 min read

Below please find a copy of Ron Fenn's responses to the candidate's questionnaire that should have appeared in today's Sierra County Sentinel. Fenn is a candidate for Truth or Consequences City Commission.



*Ron Fenn was the only local candidate who submitted answers to the Sierra County*

The Sentinel published in its Oct. 29 edition the completed questionnaires submitted by *every other* candidate for T or C commission, Elephant Butte City Council and Mayor, the Village of Williamsburg Board of Trustees and the Truth or Consequences Municipal School Board. The paper took pains to inform its readers that three other candidates—T or C incumbent commissioner Paul Baca and Williamsburg trustee candidates William Frazier and Kell Took—had declined to submit answers.

But the Sentinel made no mention of the fact that Fenn, who is running against former T or C City Commissioner Rolf Hechler and Joseph Louis Schwab for Position 4, had submitted his questionnaire

We use cookies to to ensure you get the best experience on our website. Learn more    **Got it!**

12/9/21, 11:45 AM
Case 1:21-cv-05173-SDG  Document 2  Filed 01/03/22  Page 54 of 99
Sentinel's unconscionable breach of journalism ethics | Sierra County Sun

at 5:48 p.m., well in advance of the paper's usual editorial deadline of Tuesday noon for its Friday print edition. Nor did the Sentinel offer its readers any explanation of why it had decided not to run Fenn's questionnaire responses.

The Sun emailed Sentinel co-owner and publisher Frances Luna at 12:43 today to give her the opportunity to explain the reasons for the paper's inequitable and unfair treatment of a certified candidate for local public office. We asked Luna to respond by our deadline of 4 p.m. and informed her that we would take a lack of response as her "acknowledgment that there is no defense for this unconscionable breach of journalistic ethics."

Luna did not respond, but it is fair to wonder whether she is playing politics here, in addition to violating the requirement of reportorial objectivity.

Luna calls the editorial shots at the Sentinel, though she declines to make that clear to her readers by claiming the title of editor on the masthead. She is also the most influential of T or C's sitting commissioners. Although Luna has stopped regularly attending commission meetings in person in recent months, perhaps because of the demands of her new responsibilities as the proprietor of a women-oriented gun shop, Luna still gives the commission its marching orders through her phoned-in participation. Civic activist Fenn (who—full disclosure—is the Sun's staff photographer) has been a regular and vocal attendee of commission meetings for years. Fenn uses the public comment portion of meetings to criticize the latest examples of what he perceives to be the city's mismanagement of taxpayer resources and upbraid commissioners for what he deems their failure to act or lead. By denying Fenn's positions on the issues the same public exposure her paper gave to his opponents, Luna seems to be doing what she can to prevent the election to the commission of a known challenger of the status quo.

Fenn acknowledges that he did not use the requested submission address (sierracountynews@gmail.com) and instead sent his completed questionnaire to gpkmedia@gmail.com (GPK Media is the corporate umbrella for the paper and KCHS radio). But he asserts it is unlikely his questionnaire went astray because "it's not like the Sentinel is the New York Times" in size. In addition, he had informed a Sentinel support staffer who called him this Monday to inquire about the questionnaire's whereabouts that he planned to submit it that day.

Furthermore, this is not the first time that Luna, a registered Republican, has used the Sentinel's coverage to diminish a candidate she does not favor. After the spring 2020 primary, the Sentinel ran an online article by editor/senior reporter Chuck Wentworth claiming that incumbent state Representative Rebecca Dow, Luna's fellow Republican and T or C native, would have no Democratic opponent for her District 38 House seat. When, as a private citizen, I pointed out to Wentworth that Karen Whitlock, a Grant Countian who ran during the primary as a write-in candidate for the Democratic nomination for District 38, had received sufficient votes to be placed on the ballot as an

We use cookies to to ensure you get the best experience on our website. Learn more    **Got it!**

official candidate in the fall, Wentworth brushed off my request for the publication of an immediate correction with the promise to fix the error in future stories.

Late that August, in the Sentinel's announcement that it was organizing a candidate's forum in which both Whitlock and Dow had agreed to participate, the paper "fixed" the error by identifying Whitlock as a write-in candidate instead of as the official Democratic nominee. Write-in candidates are often perceived to have no chances of winning. Again the requested correction was not immediately forthcoming.

In late October of 2020, publisher Luna refused to run a paid advertisement that the Whitlock campaign wished to run in the Sentinel. The ad was "super critical of Dow," according to Whitlock campaign manager Rick Lass, who received an email from Luna, advising: "This ad has known misfacts and is inaccurate on several issues. On the newspaper side, I can make sure the information is correct and verifiable before we publish something—I will not run this ad."

Although it denied Fenn his rightful editorial coverage today, the Sentinel was willing to accept his paid advertising. In fact, when Luna personally sent out the questionnaire and instructions for its completion and submission to local candidates, including Fenn, she attached a copy of the Sentinel's paid advertising rates for their convenience.

We use cookies to to ensure you get the best experience on our website. Learn more     **Got it!**

T or C activist Ron Fenn's analog electric meter was returned today, minutes before the city commission was to meet, by electric department director Bo Easley, restoring power to Fenn's home seven days after it was wrongfully and prematurely disconnected. Photograph by Ron Fenn

At 8:40 a.m. today, Truth or Consequences city officials returned Ron Fenn's analog electric meter after he had spent a week with no heat and lights, restoring power it disconnected because Fenn tried to appeal the installation of a smart meter.

New Mexico Assistant Attorney General Gideon Elliot, assigned to the AG's consumer and environmental protection division, successfully interceded with City Manager Morris Madrid on Fenn's behalf.

Fenn contacted Elliot, who called Madrid, Fenn said, "10 times"; none of his calls were returned by Madrid. Elliot then phoned City Attorney Jay Rubin, who arranged for Elliot to speak with Madrid on Dec. 14, four days after the disconnection. The assistant attorney general was not satisfied with the results of that conversation, according to Fenn.

Late in the afternoon of Dec. 14, Elliot (who declined the Sun's request for an interview about his advocacy for Fenn) emailed Madrid a letter, urging him to turn Fenn's power on immediately.

"While there is no specific statute prohibiting your actions," Elliot stated in the letter, "you should know that as an employee of the City of Truth or Consequences, your actions as a public officer fall within the scope of the Governmental Conduct Act, NMSA 1978, § 10-16-1 thru 18. The Act specifically requires that public officers (1) treat their position as a public trust, and use their powers and resources to only to advance the public interest; and (2) that public officers conduct themselves in a manner that justifies the confidence placed in them by the people, and 'at all times maintain the integrity and discharge ethically the high responsibilities of public service.' NMSA 1978, § 10-16-3."

Elliot went on to point out the Public Regulation Commission has forbidden service disconnections while Governor Michelle Lujan Grisham's emergency health order is in effect. Although the city-owned electric utility isn't ruled by the PRC, Elliot stated, "your actions nonetheless fall within the scope of the Governmental Conduct Act, NMSA 1978, § 10-16-1 thru 18. The Act specifically requires that public officers (1) treat their position as a public trust, and use their powers and resources to only to advance the public interest; and (2) that public officers conduct themselves in a manner that justifies the confidence placed in them by the people, and 'at all times maintain the integrity and discharge ethically the high responsibilities of public service.' NMSA 1978, § 10-16-3."

Elliot went on to point out the Public Regulation Commission has forbidden service disconnections while Governor Michelle Lujan Grisham's emergency health order is in effect. Although the city-owned electric utility isn't ruled by the PRC, Elliot stated, "your actions

nonetheless fall within the scope of conduct that the policy seeks to prevent, namely the disconnection of essential services to particularly vulnerable individuals, such as the elderly."

"As Mr. Fenn is 77 years old," Elliot said in conclusion, "the Office of the Attorney General respectfully urges that you return to him the meter he had before December 9, 2020, and restore his power today, December 14, 2020, and that his service remain in place until the appeal process has run its course."

Madrid did not act on Elliot's request, and Fenn remained without electricity throughout the next day, Tues., Dec. 15.

That afternoon, at 4:31 p.m., Elliot forwarded the letter he had written to Madrid to each of the city commissioners, with a note that concluded: "The Office of the Attorney General trusts that your prompt attention to this matter will result in Mr. Fenn's original meter and service being restored tonight."

Fenn had forwarded Elliot's letter to Madrid to the commissioners the day before.

At 8:40 a.m. the following morning, Wed., Dec. 16, the same deputation of four city officials who had seized Fenn's analog electric meter a week earlier came to return it: Chief of Police Michael Apodaca and a patrol officer and Electric Department Director Bo Easley and a department employee.

They had in hand a letter from Madrid, instructing Fenn him he must submit an appeals argument by Dec. 22. Evidently, the city has rejected Fenn's prior appeals letter, which was submitted Dec. 9.

(Pic of form letter outlining appeal procedures signed by Madrid and handed to Fenn on Dec. 16)

Madrid's letter attributes his decision to reconnect Fenn's electricity to the city's "practice of non-interruption of utility services during the holiday season."

Two other residents are appealing city disconnect notices received after they, like Fenn, declined to allow a smart meter installer access to their properties. Their right of appeal is set forth in city code 14-30.

Lee Foerstner, owner of Riverbend Hot Springs Resort and Spa, forwarded to the Sun his letter appealing the city's threatened disconnection of his electrical service on Dec. 18 if he does not allow the installation of a smart meter.

Ariel Dougherty told the Sun she is appealing her Dec. 22 disconnect notice.

The appeals process laid out in the code allows a first appeal to the utility department head, a second appeal to the city manager and a third appeal to the city commission. Since the disconnect notices are signed by Madrid, it is unclear if the first two quasi-judicial appeals hearings are moot, and if the next and final step in the appeals process is for the city commission to hear residents' appeals.

The Sun has asked the city commissioners several times about their positions on the possible health risks, fire hazard and data breaches of smart meters. The Sun has asked for their comments as well on the inequitable exemption of 30 to 40 businesses downtown from the smart-meter installation program. None of the commissioners has ever responded.

The city commission has held its silence with the community, as well. The city commission denied the public the right to vote on a 10-year moratorium on smart meters—the petition drive and ordinance initiative spearheaded by Fenn last year.

The city commissioners remained silent at today's meeting, each declining to use "response to public comment" section of the agenda to speak about the denial of Fenn's due process and his week-long suffering.

While sitting as a quasi-judicial body in the upcoming appeals, the city commissioners will have the opportunity to explain the rationale for purchasing a $1 million smart meter system, when city resources are short, and imposing its installation on unwilling customers during a pandemic, when residents' health is already at risk.

(Fenn, photographed in his kitchen this morning after enduring seven days without heat, lights and hot water)

Fenn spoke during today's city commission meeting. He took exception to Madrid's letter—given to him 20 minutes before the meeting's start—which stated the city was turning his electricity back on "consistent with the city's policy of non-interruption of service during the holiday season" as insulting doublespeak.

"This is a public utility, owned by the people, not by Morris Madrid," Fenn said.

She?

Newly
elected

NO, my right to vote
or report nor denied me.
She crossed a state line & FCC
applies too.
Now? Defaming, slander etc

C

12/9/21, 11:42 AM
Case 1:21-cv-05173-SDG   Document 2   Filed 01/03/22   Page 60 of 99
destiny mitchell.png



← **Destiny** ⓘ

🔇 📶 🔋 100% 1:38 PM

> Tty(susan)l
> Brian"
>
> Wow.

JUL 27 AT 7:21 PM

You are a sad and
pathetic meth addict.
Please go die
somewhere. Ingo
and I will have
nothing to do with
you. You are beneath
us.



You can now call each other and
see information like Active Status
and when you've read messages.



You can't reply to this conversation.
Safe mode   Learn More

Physically jumped in my home.

D



**Susan Herbert** <inresusan@gmail.com>                                        Thu, Dec 9, 2021 at 2:02 AM
To: Anthony Gonzales <antgon55@gmail.com>, Susan <susanbcb@gmail.com>, "Robert S. Meyring, Attorney at Law"
<Meyring@meyringfirm.com>, Brian Armstrong <brian@coinbase.com>

Edited, as I wasn't even writing straight at first, lol

So I decided to add a little note for our selfmade boy of the hour, Brian Arnstrong.

****

I'm feeling it now! Sore....

BRIAN ARMSTRONG: YOU ARE DIRECTLY RESPONSIBLE. HOW MANY FUCKING TIMES ARE YOU GONNA BE
SERVED? THE BOMB WAS PLANTED IN JULY. AFTER APRIL. You're facing a charge now, WORSE THAN
TERRORISM. IF NOT FOR YOU & YOUR 'LAWYERS'??? NONE OF THIS IS.

BTW, IM NO LAWYER. AN ATTORNEY. IM HERE TO TAKE BACK OUR LAND. REVERSE THAT. HOE MUCH LAND
VAN I YAKE BACK FROM YOU? BUY SOME MORE PLEASE JUST SO I CAN.

FU.

THE NEXT TIME? WATCH. FOR THE 3RD TIME IN HISTORY SOMEBODY IS GONNA ACT TO PHYSICALLY
RESTRAIN ME IN A COURT ROOM.

THESE DAYS I KNOW TO CLOCK THAT PERSON FIRST THEN FLY FOR YOUR JUGULAR WHILE THE GUYS WITH
THE GUNS JUMP BACK AND DONT PROTECT YOU WHILE EXCLAIMING "I DONT GET PAID TO BE HIT"

I'M AN ANIMAL WHEN YOU DENY ME LIBERTY OR ACT TO LITERALLY ENSLAVE ME WHO PUNCHES LIKE A
MAN. YOU CAUSED THIS IMMEDIATELY AND FIRSTLY. FU, FU.

A JURY OF 300 MILLION IS GONNA JUMP UP AND CHEER WHEN I KNOCK YOU OUT.

MEET FORCE WITH EQUAL FORCE.

TRUST ME: I'M BRINGING THE JAGUARS WITH ME IF I MUST AND MAYBE THE LAS VEGAS RAIDERS. ALL I
GOTTA DO? SUE EM. AS SOMEBODY OWES ME TIME ON THE 50 YARD LINE DURING OLAY AS TOO DAMN BAD
IF YOU'RE NERVOUS AS I DONT FLINCH...U HAVE INSURANCE NFL. SO DO I.

SEE ALL CAPS?? SEE? WHILE YOUR LAWYERS SCREAM CRAZY!! AND DENY IT? ILL PROVE DC ABIDES BY DC
MUNICIPAL CODE NOT COMMERCIAL LAW, LOL: IN IT. READ IT. 'YOU CAN ID A CORP VIA USE OF ALL CAPS'.
OH, BIT AMERICANS ARE ALL CRAZY WHEN THEY TELL A JUDGE, "THATS NOT MY NAME. THIS PROCEEDING
IS UNLAWFUL"? Why use all caps? You go tell your boy squad that they have to become more intelligent than Galileo,
Newton, Priestly, Jefferson, Fulhame, Einstein ALL TOGETHER. THEN #MEFUCKINGTOO . In days.

Brian Armstrong: YOU have no idea what it feels like. You have no clue what an actual NFL line linebacker can do to you
- when he's casing a freaking ball not a wife beating, child lunatic like you. You think I can't get Shad Khan to act? His
story is mine but he just got to skip all the kidnapping, beating, wrongful imprisonment. You called him a SAND MONKEY.
We call you a: WHORE FOR MONEY.

You helped yourself to $60 million of OUR money or $2.6 trillion.

What's anything worth?

Haha. We let you value us. Now try and tell a judge and the planet that you don't. That you only value us at 100k or some cheap ass offer of settlement. They named Robert as Pro Se only. Meaning: WE GET TO BE IN A MOMENT ALONE WITH YOU OR WE CAN'T ACCEPT OR REJECT. MY PLAN? TALK TO MY LAWYER.    On the judge or clerk. And Creator:

Could not find his law license number.      TY Creator! Now I get to in a room when the door is closed. Ready? What did they call it, Hollywood? Alone Together Special in re Covid? Alone with Brian AND at least one of the fucker lawyers who did this. Can't wait. I have zero martial arts training, all of mine? SHIT LIKE THIS. Street like shit. So ☺ Can't go Wah wah Charge her, hands a lethal weapon.

You valued us at more than $11 trillion...3 sources did, said Going to overtake gold...and how...$16 trillion was my strike. How close! I never needed to look up gold. And I struck at $16? So close.

YOU value us at this much and it's low ball.

Meeting force with equal force? Self defense.

A threat? YOU ARE THE AGGRESSOR.

And??? I don't meet even one of the 4 elements named to be a threat. YET.

YOU'RE GONNA FIND OUT WHAT $11 TRILLION WORTH OF FEDERAL ASS KICKING FEELS LIKE. Take your **vics** as you find them. How many women HATE you? And SV? Let's count who does not: 2. At most? The two Susan's just despise you but every other woman hates you. HOW DOES FUCKING A MAN FOR MONEY OR OUT OF PITY FEEL? I WOULD NOT KNOW BUT YOUR WIFE,  GIRLFRIENDS AND/OR WHORES DO. THEY ASKED ME IF I'D REP THEM.

I WAS WALKING AWAY MOTHER FUCKER, ACTING TO DO IT.

WHAT HAPPENS IF WE WALK, STOP THE IPO AND TAKE WHAT'S OURS AND LEAVE??

MORON. FOOL. IDIOT.

WAH WAH WAH

HELP ME HELP ME

I NEED GOLDMAN WAH

I NEED THE SEC WAH

I NEED MORE INSURANCE WAH

NO. YOU? WORTH ALMOST NOTHING UNLESS FOR THEFT AND THE SEC.

YOU FOOL.

RAY AND I NEVER EVER NEEDED THREE MARKET MAKERS

WHAT IDIOT - YOU - SETS OUT TO CREATE A NEW FORM OF CURRENCY, CONFUSES IT FOR VIRTUAL MONEY AND...

NOBODY ON EARTH NEEDS EVEN ONE MARKET MAKER IF CURRENCY IS WHAT YOU'RE SELLING YOU IDIOT.

WE ARE AWARE

YOU SOUGHT TO PERP A CRIME OR CRIMES

PUMP N DUMP

Gmail - Had some interesting company today

BUT NEEDED DC SWEET INSURANCE THAT PAYS CROOKS

SUCKER!!!


LLOYDS. YOU HAD THAT INSURANCE. ALREADY. BUT YOU NEED NONE. YEAH. HAMILTON WENT TO LLOYDS TO VDT INSURANCE BEFORE HE TOPPLED THE BRITISH AND CREATED WHAT BECAME NYSE/NASDAQ.

TALK TO MY SONS. THEY TOOK OUT LLOYDS AT 5 AND 6? MAYBE 7 AND 8? BY DESTROYING A 400 YEAR OLD BOOKCASE WITH THE INTENT  OF GENERATING A FALSE POLICE REPORT TO GENERATE THE FALSE INSURANCE CLAIM.

ONE OF THEIR KIDNAPPERS IS: BRITISH!!

I HAD TO NAME LLOYDS.


OH! DIDN'T YOUR LAWYERS WARN YOU? LETS SEE YOU GET OUT OF THIS ONE.

CAUGHT. AS FAR AS IM CONCERNED? YOU DID THIS TO ME.

Domestic Surveillors: you are mandated reporters. You think that I haven't seen their emails? Texts? You have too. Gee. Why I am the oy person acting to report this while NOT giving up what won't be classified for much longer?? If I can report this shit to a judge?? You always could have. I used my own name & addy to do it ya actual COWARDS.

311 E 3RD. TORC.

JC's TESTIMONY a few years ago: "Suzy Q, I am aware the helicopters are circling the house...no civilian helicopters behave this way... they've already made three passes"

And....we went back to our conversation.

So, a good old local boy finally had the guts. Sort of. He could have knocked. I'm not kidding.

Start playing

CYA


THE CORRECT WAY. DON'T BECOME AN ARMSTRONG.

   WAH WAH I NEED 3 MARKET MAKERS. Why, as The SEC insanely said so in this case??

Wait! Meyring is primo added value.

MY lawyer isn't hiding like your WHOLE TEAM is. Wow. HIDING from *us*?? That's so sad. Really.

If you **know** you have something actually priceless? Something like Uniformity? So MY & JEFFERSONS form as we each had half of this then...

It's CURRENCY. OF COURSE IF YOU'RE US YOU'LL OVERTAKE FAKE LIBOR NEVER ENDING ALWAYS WAS MADE UP METALS SCANDAL SHIT.

Duh, I AM THE MARKET MAKER FOR ALL OF THEM, THE ACTUALLY LIBERATED MARKET.

You?

Think this is a Democracy and capitalism. NO. Wrong...two counts of you are wrong, lol.

Guy who fell for RE centralize it as he needs 3 market makers and our $60 billion or no deal. But he's a self made brilliant jerk.

   I'm gonna slap you for being **STUPID** YOU MONKEY.

Here: none of us are paying a tax, fee, etc etc again. YOU ARE.

You worked a corruption of blood.

Shoulda expected blood will be shed. I DID, I GET ARRESTED WHEN TROOPERS BEAT ME BLOODY BUT CAN'T MAKE ME GO: WAH

TOLD, IN MAIL AROUND 1 TOMORROW BUT THE FED SPIES ALREADY KNOW ☺☺☺

On Wed, Dec 8, 2021, 11:27 PM Susan Herbert <inresusan@gmail.com> wrote to Robert:

I guess it *was* an IED but still don't know exactly what. How do I know?

Red in the morning? Warning? [See below, I sent him a pic of the sky glowing bright orange, pics don't do it justice...looked like fire]

I'm okay but I got jumped. In my house. (Words out that I know and am acting to sing about the bomb threat here; but remember: they make up shit and then spread disinformation here...oh, we still can't know the name of the corpse nobody saw at the light     what, 6 months ago?? But there was a bomb at the transformer...however, to NOT drive anyone crazier, below I keep saying IF)

This thug clipped me in the ear, side of face. But a punch.

As he swung again I had my hands on the back of my head and curled up in a ball as he was punching me full force. I let him just pound my back and he did, as hard as he could. He only hit my skull once as it had to hurt him punching the back of my head that first time.

 So then he began to pummel my back.

He must've wondered why I wasn't moving or hitting me with so much force 4 or 5 times tired him out.

He stopped for a split second and as he took a step back I sprang.

I was holding the lanyard with the car keys, on my way out after PO, came back for a second. And it happened. So I'm up, I have the lanyard swinging like a lasso in my right hand - I'm a lefty - and he's watching that I think was the keys as I was watching his fist only  - he drew his right back and I acted as if I was gonna whip him with the keys but instead I dodged left and hit him in the mouth with a southpaw upper cut; my hand hit his teeth and my fist kept going.

I broke his nose and it was over.

He took off. After screaming I broke his nose.

I'm sore but I'm okay.

I went to Las Cruces and just came back.

I stayed out.

Whatever I have on paper?

Just filing it as a tort, a federal hate crime **is** several times over, and we meet all four of the named criteria to press what happened here in federal court:

We won the field in SCOTUS. If they even the local judge will not get the fuck off the field so we can act? Proceed? You go federal.  I used FB to document a state cop just reaching out and shoving me -

When I was acting to HELP local cops.

Oh. I also discovered that the cop who told me that she, Peru, would never act for me UNTIL i was covered in blood, sit around and let someone injure you and once I'm QUOTE & I HAVE WITNESSES "covered in blood then I'll make an arrest".

That's a fascinating standard. Her super rolled up and caught her screaming, "SHUT UP. ILL ARREST YOU FOR TALKING BACK TO ME"

I said, LETS GO. I NEED TO BE ARRESTED. I NEED TO TELL A JUDGE, ANY JUDGE EVEN BROWN, ALL ABOUT THIS.

She ran.

They made her the  DV person in town. When her standard is, WAIT UNTIL YOU ARE COVERED IN BLOOD.

Do you get why battered women CAN'T leave?

Its a ridiculous question to ask, Why don't you leave?

Where do you go when you're getting jumped and the King Clerk of SCOTUS is saying

"I hate women, mothers and the pro se" or the President is sending the thugs?

The cut on my hand from his tooth is tiny. If I can? Ill try to take a pic of my back.

My knee is all sore. I twisted it. And my back HURTS.

IT FEELS AS IF I GOT MY ASS KICKED.

The Creator isn't going to let somebody kill me. Not yet. But I'm not getting jumped in my own home again.

So Brian stole $ so tomorrow I can mail whatever I have off, and then HE's gonna serve all by hand while I'm there as no other means is to serve anybody locally and our mail goes to ABQ then back here. Ill get jumped again if I wait.

It was somebody local.

Ow! Turned my head just now.

Neck, neck is sore too.

Brian gave me a couple of valium to take.


But did find the cutest Xmas tree thingy for melting wax,

It actually looks kinda classy, lol.

I can't care any longer.

I told the judge

Im coming to Atlanta and if somebody is going to assassinate me?

Tried it all. Failed.

But I'll most likely be driving a silver Ford Escape and to find me waiting on the steps of the federal court house there. In Atlanta. Said

Expect me after Xmas. If IM gonna be made to deal with this? Then goddamned Judiciary who did it is too. If IM gonna be blown upv- IF this bomb actually was as they could be pulling a stunt - then I guess the federal judges who did this to me most recently will need to start concerning themselves with what's going on; said

YOU the judge cannot access SCOTUS. Only I can. But now? They need both of us.

I warned them Robert.

I told them repeatedly: THEY NEED TO TAKE THE OTHER JUDICIARY OUT FIRST; ONCE CORRUPTION NO LONGER WORKS, YOU CANT BRIBE ANYBODY ANY MORE? To close the borders a la Germany, you need to use the US Marshalls and you remove the Judges who wont play along. As you're now aware...already completed that!

So now? Any crazy thing goes but its the US Marshalls who stop you at the borders. They can just assassinate every judge now.

Don't need to worry about them.

If I did not act?

You'd most likely be in a FEMA coffin at a concentration camp but it'd be covered in stars and stripes.

Germans lived this twice.

And someone just like me was screaming at the top of their lungs while all ignored them.

 Robert? Somebody needs to be the first known so named victim of the American Holocaust. Why not me? Its that simple.

An actual victim? Unwilling. So you're number 2.

But we prevent worst case scenario this time.

One of my weapons?

I let the truth of me come out and  **I publicize it, and I say and do all the stuff others need to say but are afraid to say.**

Its my HUMANITY that's on display.

They need an example of someone being seemingly crazy, nutty, loud, messy, etc

Far far from perfection or technical precision so they know, have proof, that they can too.

It will be a Golden Age.

I'm not experiencing anything some other American hasn't before me.

And I volunteered.

THIS WILL CAUSE THEM TO SETTLE.

Watch. Betcha $1, lol.

Let me stretch out.


PS My neighbor didn't see it but when Brian & I pulled up tonight? I hear Brian go Wtf is on your door? He was afraid.

(Oh no...okay!) I said..."The lanyard! Isn't that the other lanyard? It must've ripped off when I struck him the first time before dropping to the floor! Is it?"

Yes!! It must've gotten dragged outside or he ripped it off when I hit him the first time. My earring was ripped off too. That was way across the room. TWO lanyards were on the set of keys! Brian didn't realize one was missing. I handed him the car keys as I needed to STOP the adrenaline...I didn't realize it. I heard my neighbor. Yes!!! He'll remember so a witness is! HE hung it on my door. I heard him tell Brian so he can confirm that part as that had to be a LOT of force. No wonder he was enraged after I struck him that first time! I had to do some damage to him.

I'M NEVER TALKING ABOUT THIS AGAIN BEYOND TELLING THE JUDGE. DON'T EVER ASK ME.



This I didn't last long,

Creator!!! Find him. Kick his ass for me. Please:

Lol

STILL GONNA OPEN MY DOOR AT WILL.

**3 attachments**



**Screenshot_20211209-004122.png**
449K



**Screenshot_20211209-004130.png**
733K



**2021-06-29-14-57-31.jpg**
227K

 Gmail

Susan Herbert <inresusan@gmail.com>

## Need to consult with my lawyer!
2 messages

**Susan Herbert** <inresusan@gmail.com>             Fri, Dec 10, 2021 at 8:23 AM
To: "Robert S. Meyring, Attorney at Law" <Meyring@meyringfirm.com>

At this point?

THEY are making consulting with you impossible.

It matters not HOW it came to be, that I own actually classified info.

Am I aware domestic survelliance is?

After Xmas I am coming to Atlanta to consult with you. But I am letting the judge know this, that I'm coming.

For the purpose of consulting with you.

This? Basically a done deal unless a judge acts.

I cannot stay here regardless. I cannot let anybody jump me again.

No cop will act. They only harass me. Har me more. Been to 47 states.

This it it Robert but  we both know law is restored and healing is.

Time to teach each other and address warbling and what's HYPERSONIC too. Gee, ROBERT preempted the Chinese that time, 😄.

See? The Creator tagged you.

He's got all of us...my Philosophy of Faith.

None of us **need** to worry.

I promise, best behavior from me.

In real life not email or virtual reality, 😊

Besides: YOU need to TEST me, make certain I can control self and won't do something stupid to harm you.

You need to test me and if you know better or different? Need to insure self, make certain I can and will take your advice and shut it, and that I can just let you do your job.

Also need to consult with you on a patent.

That? The patent? That one part of this case and a trust?

I cannot let you back out as America can't.

It doesn't matter why, it can be any crazy answer, but no other lawyer is even willing ng to CONSIDER that a patent is possible. Not even one patent clerk of A WOMAN OR PRO SE RAY PRESENTS IT.

You're the only lawyer who was willing to consider that a patent IS POSSIBLE.

Unafraid.

If all I did is hand a lawyer acting as a patent clerk the law orca piece of legislation?

He or she - it was all men in my case as they engineer that - REFUSE TO LOOK AT THE WORDS, LOL.

They physically avoid looking at it!

Why?

As then they must grant the patent or risk a suit.

As long as I kept you in reserve and never said your exact name?

They assumed...we couldn't get a lawyer as they know Ray has money.

Money cannot exchange hands YET.

We are EQUAL partners.

All my partner need do?

Tell me that you can't do something even if you can't name a reason right then. You can tell me as Ray has that SOMETHING doesn't feel right or bothers you. We just stop.

We act to name whatever it is or think up a new course of action, that's all.

Ar first? I was pissed with the Creator. That email! I knew telling you how I felt would CAUSE shit. Why does he want me in my own way???

Needs me in my own way here.

What do I say? To neutralize me, just use the truth. No defense against that is! Only to acknowledge wtf that truth is.

   Creator? I tied him. Leveled this field until I was on his.

In a way I now laugh at?

THE CREATOR IS USING YOU TO NEUTRALIZE ME WITH MY OWN TRUTH,    .

Otherwise I never would have told you and I would be

In my own way in a bad way, as no thing stops me.

You forget!                  *redacted*

██████████████████████████████████████████████████████████

██████

████████████████████████████

████████████████████████████████████████████████████████████

Some ppl can eyeball something. I can't.

For all of this, Earthly and otherwise?

Told ya Meyring, I'M USING SOMETHING UNIQUE.

The only reason I would ever consider showing without any warning?

NOT TO AMBUSH YOU!

ARRRGHHHHHHHH!

If I ever just show up where YOU are concerned? That's just me needing to get over myself, get it?

It's some thing about me I need to just move past.

Robert. When I say that I never let any boy use me? Never let any man use me.

I call what Michael the lawyer and I running away. It wasn't dating but it wasn't a hook up. He's a realist too.

A reason blind dates are one of my favorite things in life?

Not serious.

I am out of my league in this world in A way:

The only 2 men that I seriously dated? I married!

And they cracked under NORMAL  pressure of just life!

The US military came to me and wanted to know how I found David, my children's father.

They'd KILL to be able to identify this.

They threatened to toss him in the both for being AWOL.

The only answer they could get him to give?

"I chose my wife and my newborn over you, it was a family emergency, my newborn son almost choked to death and my wife saved his life and was shaking as I wasn't aware how serious it was"

I didn't marry idiots or wannabe abusers. In his case?

They told him to stop hanging with some exact clowns and he wouldn't.

So a man who could have written his own ticket in life according to THEIR admission? Threw it all away to hang with people he probably never saw again once he was DISHONORABLY DISCHARGED.

And human telling me what to do?

I was born talking to The Creator.

Never did not have the connection.

I only know what it's like to take an order from The CREATOR.

Arggghhhhhh

C'mon Creator!

~~was never gonna be in romantic love with~~

Why on Earth would I involve anybody else at all let alone someone I care about like Patty or Art or love like you if I knew you'd be collateral damage?

Gmail - Need to consult with my lawyer!

I never polute myself! I never ever even let a book into me IF it might pollute me.

Why would I pollute you?

Hey, I even sent you a beautiful book to counter a possible poluting book.

I want and need ALL of us to be and have the best.

Like Anthony told me that he's a package deal, even his child's mother must come with if she so chooses? His one sister too and her child?

I think of you as a "package deal".

You don't think I would FORGET the ppl who work for you, do I?

Let alone your family?

My plan is to give you advance notice if I can.

Mailing this filing off as a tort under

"The **Federal Tort Claims Act** (August 2, 1946, ch.646, Title IV, 60 Stat. 812 , 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346 ) ("FTCA") is a 1946 federal statute that permits private parties to sue the United States in a federal court for most torts committed by persons acting on behalf of the United States. Historically, citizens have not been able to sue their state—a doctrine referred to as sovereign immunity. The FTCA constitutes a limited waiver of sovereign immunity, permitting citizens to pursue some tort claims against the government. It was passed and enacted as a part of the Legislative Reorganization Act of 1946"

As COPS OR POLICE POWERS ATE THE EXCEPTION. YOU MAY SUE THEM FOR INTENTIONAL WRONG DOING IN THE COURSE OF DUTY.

We have a case as every single one harmed me, President to local cops in 47 states.

☹ but 😛

I swear as I'm traveling to ATL after Xmas, asap:



I swear!

Gotta swing by library & then the PO. I have the car, that's how I had that lanyard to defend myself.

The only reason I'm waiting to leave at all?

Check engine light came on...changed oil as it was overdue...manual says wait 8 cycles and then if light doesn't go off see a mechanic.

I'm not going to cause us more problems. I'll never act to do that but at times? I don't know all! People will start screaming at me as I don't know Aunt CeCe has some issue and I might be causing shit.

Do I know ANYTHING about Aunt CCE or that she even exists if nobody tells me?

Take May 26th. Why would ANYBODY lie by omission to me?? Work that hate to just not tell me when they know I do not read stuff like prophecy until or unless no conflict or Creator hells me to do so?

People believe THAT'S the only way to control me, lol.

No, that's deceit. Honesty neutralizes me.

I always keep myself honest.

One way to stop me from harming me?

Make you an equal 50% partner.


These guys? Set self up!

At 50%? Act to harm your partner and you auto instantly harm self!

So I'm generous bit not to a fault or as I'm in love, lol!!!

I never ever let my emotions in physical REALITY control me. Not in actuality.

So if you get a knock on your office door and it's me? In person?

Think

"Apparently she got over her own self".

That's all! That simple.

Now? I'm 'afraid' to tell Ray

Had to Reconsider a paper living will.

He'll never speak to me again.

Us? Carry paper of any kind?

Hey, the CIA has no records of me. Him?

Holds several records you'll never find on any paper including sharpshooting.


Also?

For all WE are aware of a

M80 firecracker is THEIR idea of a 'pro IED',  .

But not  , as right now all I know is something bomb did happen.

I begin to tell and I get jumped by a local?? Most unsafe here in NM now.  I gotta leave the state regardless. No Internal Affairs here at all in any way, unique!!

I might never have moved here if  I'd known this before hand. How the fuck did they the state hide that fact? Nothing anybody would call IA is in NM??

I'm eager in ATL any day of the week.

If she is still there?

My friend Mala lives in ATL.

I'll look her up once I'm there.

But if need be?

Sleep in my car. Done it before!

My friend Shelley? Used to live in ATL. When she moved there? At first? Lived in her car at Xmas time and worked wrapping gifts at the mall. With her husband until they saved for a place as a job in Knoxville fell thru.

Ppl can do whatever they need to do if something or someone is worth it.

IM worth it. To myself first.

So are you! To yourself first.

Then I consider you! And so your wife and son.  You think Anthony would be my 2.5 if he wasn't a package deal??

I needed to hear him say...'No matter how I feel? My child's mother is a part of the package'.

Amen.


She? DELIBERATELY found the only other Raiders fan in town to take up with. You have no idea what the Raiders mean to Anthony! Has to do with his Dad.


, And he isn't stupid. But he gets it: you never dog any child's parent!!! No matter what!!

Here you go

If I feel a spontaneous orgasm coming?

I'll excuse myself.



Man. Ppl would kill BOTH of us to have at least one of <u>MY</u> problems.


☺☺☺

The other reason I'm leaving town?

Ty. He told Ryan who him

RYAN told Ty that he was attracted to me

Ty? Told Ryan

'You just shoulda taken her when she stayed at your house bit be careful, she can file federal charges'

Ty Comer is running around LYING and saying he had sex with me when he could not get it up if he wanted to and is saying that HE raped me. Omfg. And now? HE IS TELLING OTHER MEN IF THEY DO RAPE ME HERE? NO COP WILL HELP ME SO GO FOR IT.

What if the thug who jumped me had THAT idea??

I'll protest at the courthouse every single day if I must.

All I know?

All these same men are terrified of you. Who cares why?

If I just place myself inside the state line of GA then they won't touch me.

And I don't gotta turn on the Creator by killing one of them in self defense  when they do jump me.

Human ration wins!!! Even if no other human ever believes me.

The Creator knows the truth and that's all I care about, pleasing the CREATOR.

I know you heard him.

I did too.

JC?

Omg. Brian confessed.

JC handed him $1000

Asked him to invest in Bitcoin.  Said I'll kill you if you lose my money.

Brian came to me ex post facto.

Brian considered it FOR THREE DAYS! WAS NEVER GONNA TELL ME.

A CONSPIRACY.

JC?

SAID HED NEVER LET ME GO, HE KNOWS TWO THINGS ABOUT ME ONLY HE OWNS. ONE IS SEXUAL AND HE WANTS IT SO ME SEXUALLY.

He thinks Brian is in his way, idiot.

Brian?

I told him, Brian.

Do NOT be talking to any man about me sexually!!!  Zero references to sex!!!

Brian told men all over town that he hasn't had sex with me in 7 years now.

We're just friends now.

You cannot tell him that he's inciting rape or that most men are venting sexual frsustration via violence.

Robert! Sometimes?

Men will in SEXUAL FRSUSTRATION storm the WH.

No joke. It's about pyschology!

Why would cops beat any woman bloody??

Or husbands beat on wives???

If it's not drug fueled?

IT IS DRUG FUELED! CHEMICALLY.

Prejudice of women never effectively addressed or stopped causes this bizarrto backlash. Like overkill is personal?

Case 1:21-cv-05173-SDG   Document 2   Filed 01/03/22   Page 76 of 99

You don't stab somebody 100 times unless it's personal?

Violence against women and children has causes. One of the greatest?

Outlet for SEXUAL FRSUSTRATION.

When two newscasters or talking heads start to question what they're being asked to report as if serious and it's about sex and a bedroom?

Yes it's funny. But that's my clue!

Mixing up secular Xmas, idea of Jesus, religious Xmas and sexual frustration??


Time for me to act. Get to ATL.

Or get my baby toe over the GA state line!

Even if I never make it to ATL.

Ty, Ryan and JC?

IN THEIR FUCKING 70S!!!


 AND THEY THINK ITS FUN TO SIT AROUND TALKING AVOUT HOW TO ACTUALLY RAPE ME USING AN ACT OF SEX AND GET AWAY WITH IT??   KY  MY  MY  NO ME

 I TOLD TY I WAS TAKEN AND TO LEVE HOME WHRN HE SHOWED HERE. HE KEEPS COMING BACK.  I GOT RID OF HIM I THOUGHT.

NO. WHEN HE CAME HERE AFTER MONTHS?? I didn't know it was him at first. So I opened the door.

The first time he wanted sex? I said No, get out. He didn't!

Instead? He said the reason be was gone and then was in a physicaly rehab for having surgery?

HE SAID: I CAN GET IT UP NOW. MY DICK ⬛THIS BIG

THEN HE MADE HAND MOTIONS

WHAT MAN TALKS TO A WOMAN LIKE THIS AT ALL FOR ANY REASON??

YOU DIDN'T HEAR THE EMOTIONAL TONE! MEN NEVER DO! SO SICK.

I PHYSICALLY STSND AND TELL HIM TO GO. AS I OPEN MY DOOR?

HE ACTS AS ID HES JUST WALKING OUT.

HE GRABEED ME AND SMACKED MY  ASS IN THAT OPEN DOORWAY TO TELL ME


HAHA, I CAN RAPE YOU IN PLAIN SIGHT AND NO COP WILL ACT. NO MAN WILL HELP YOU.

I am the actual damsel in distress now. Need help.

If all you do is help me file federal criminal charges against Ty? For sexual assault after I repeatedly told him NO and had been lead to believe he had hip replacement surgery not dick surgery?  I'm good!


Then ALL of these men will be on notice.

At least one actual man on this planet is not going to let you just touch me sexually or rape me.

I am being driven out of a state once again.

As men like my incestuous brother who could not get me sexually, I evaded him my whole life, kidnapped my kids to then hold me hostage as if I'm his fucking wife!

MY standard is so high?

Only THREE men ever met it and didn't fall

Creator
Jefferson
You

The idea that ANYBODY thinks I'd have sex with these ppl? These men? Or invite it?

ILL RAPE THEM FIRST IT SO MAKES ME WANT TO VOMIT!

Brian is now amenable to me taking the car at least for a while.

Why? He was just scrwed by a judge who is Lazy. He can't get anyone to enact existent Lazy Judge Rules.

And? He only cares about drugs these days.  He´??

Worried his drugs will be cut off so kinda needs me to leave, lol.

To get action somehow.

One reason I need to think before I phone you??

I cannot even mistakenly reveal what might be still classified.

I can tell you ONLY in the context of attorney client privelege and secure communication and even then?  I might need to just say, TO SOME exact things, I cannot say until or unless in CHAMBERS or UNDER SEAL.

That? Dependent upon are conditions safe or unsafe?

SAFETY is my guide. You might be safe.

Can we know exactly who is listening in at any given time?

No.  If we sit on a park bench in public under a sky?

Creator is the judge and jury and only Creator hears us!

Attorney client privelege is,

That's a tactic Frank Biden used.  He would never speak to me about SOMETHING unless we were under the stars.

Strictest standard! Creator!

I got you too!

Refuse to take any reports
at all from me.

About anything.

E

12/10/21, 10:17 AM
18 U.S. Code § 249 - Hate crime acts | U.S. Code | US Law | LII / Legal Information Institute
Case 1:21-cv-05173-SDC Document 2 Filed 01/03/22 Page 79 of 99

LII > U.S. Code > Title 18 > PART I > CHAPTER 13 > **§ 249**

# 18 U.S. Code § 249 - Hate crime acts

U.S. Code      Notes

**(a) IN GENERAL.—**

**(1) OFFENSES INVOLVING ACTUAL OR PERCEIVED RACE, COLOR, RELIGION, OR NATIONAL ORIGIN.—**Whoever, whether or not acting under color of law, willfully causes bodily injury to any person or, through the use of fire, a firearm, a dangerous weapon, or an explosive or incendiary device, attempts to cause bodily injury to any person, because of the actual or perceived race, color, religion, or national origin of any person—

**(A)** shall be imprisoned not more than 10 years, fined in accordance with this title, or both; and

**(B)** shall be imprisoned for any term of years or for life, fined in accordance with this title, or both, if—

**(i)** death results from the offense; or

**(ii)** the offense includes kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill.

∨    **(2) OFFENSES INVOLVING ACTUAL OR PERCEIVED RELIGION, NATIONAL ORIGIN,**

# This Might Just Be The Creepiest Gadget Ever

incendiary device, attempts to cause bodily injury to any person, because of the actual or perceived religion, national origin, gender, sexual orientation, gender identity, or disability of any person—

> **(i)** shall be imprisoned not more than 10 years, fined in accordance with this title, or both; and

> **(ii)** shall be imprisoned for any term of years or for life, fined in accordance with this title, or both, if—

>> **(I)** death results from the offense; or

>> **(II)** the offense includes kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill.

**(B)** Circumstances described.—For purposes of subparagraph (A), the circumstances described in this subparagraph are that—

> **(i)** the conduct described in subparagraph (A) occurs during the course of, or as the result of, the travel of the defendant or the victim—

>> **(I)** across a State line or national border; or

>> **(II)** using a channel, facility, or instrumentality of interstate or foreign commerce;

> **(ii)** the defendant uses a channel, facility, or instrumentality of interstate or foreign commerce in connection with the conduct described in subparagraph (A);

> **(iii)** in connection with the conduct described in subparagraph (A), the defendant employs a firearm, dangerous weapon, explosive or incendiary device, or other weapon that has traveled in interstate or foreign commerce; or

> **(iv)** the conduct described in subparagraph (A)—

>> **(I)** interferes with commercial or other economic activity in which the victim is engaged at the time of the conduct; or

# This Might Just Be The Creepiest Gadget Ever

Whoever, within the special maritime or territorial jurisdiction of the United States, engages in conduct described in paragraph (1) or in paragraph (2)(A) (without regard to whether that conduct occurred in a circumstance described in paragraph (2)(B)) shall be subject to the same penalties as prescribed in those paragraphs.

**(4) GUIDELINES.—**

All prosecutions conducted by the United States under this section shall be undertaken pursuant to guidelines issued by the Attorney General, or the designee of the Attorney General, to be included in the United States Attorneys' Manual that shall establish neutral and objective criteria for determining whether a crime was committed because of the actual or perceived status of any person.

**(b) CERTIFICATION REQUIREMENT.—**

**(1) IN GENERAL.—**No prosecution of any offense described in this subsection may be undertaken by the United States, except under the certification in writing of the Attorney General, or a designee, that—

**(A)** the State does not have jurisdiction;

**(B)** the State has requested that the Federal Government assume jurisdiction;

**(C)** the verdict or sentence obtained pursuant to State charges left demonstratively unvindicated the Federal interest in eradicating bias-motivated violence; or

**(D)** a prosecution by the United States is in the public interest and necessary to secure substantial justice.

**(2) RULE OF CONSTRUCTION.—**

Nothing in this subsection shall be construed to limit the authority of Federal officers, or a Federal grand jury, to investigate possible violations of this section.

**(c) DEFINITIONS.—**In this section—

**(1)** the term "bodily injury" has the meaning given such term in

## This Might Just Be The Creepiest Gadget Ever

**(3)** the term "firearm" has the meaning given such term in section 921(a) of this title;

**(4)** the term "gender identity" means actual or perceived gender-related characteristics; and

**(5)** the term "State" includes the District of Columbia, Puerto Rico, and any other territory or possession of the United States.

**(d)** STATUTE OF LIMITATIONS.—

**(1)** OFFENSES NOT RESULTING IN DEATH.—
Except as provided in paragraph (2), no person shall be prosecuted, tried, or punished for any offense under this section unless the indictment for such offense is found, or the information for such offense is instituted, not later than 7 years after the date on which the offense was committed.

**(2)** DEATH RESULTING OFFENSES.—
An indictment or information alleging that an offense under this section resulted in death may be found or instituted at any time without limitation.

**(e)** SUPERVISED RELEASE.—
If a court includes, as a part of a sentence of imprisonment imposed for a violation of subsection (a), a requirement that the defendant be placed on a term of supervised release after imprisonment under section 3583, the court may order, as an explicit condition of supervised release, that the defendant undertake educational classes or community service directly related to the community harmed by the defendant's offense.

(Added and amended Pub. L. 111–84, div. E, §§ 4707(a), 4711, Oct. 28, 2009, 123 Stat. 2838, 2842; Pub. L. 117–13, § 5(h), May 20, 2021, 135 Stat. 272.)

⌄

# This Might Just Be The Creepiest Gadget Ever

F

Service

They siced the COPS on me.



1:53

← 🗑 ✉ ⋮

## Destiny Mitchell  Add label  ☆

Susan Herbert  Nov 17
to fluna, amanda.forris...  ⌄   ↩  ⋮

| From | Susan Herbert · inresusan@gmail.com |
| To | fluna@torcnm.org<br>amanda.forrister@torcnm.org<br>sandra.whitehead@torcnm.org<br>Dow, Rebecca · rebecca.dow@nmlegis.gov<br>torcclerk@torcnm.org |
| Date | Nov 17, 2021, 8:10 PM |
| | View security details |

This is to inform you that I am in federal
court Atlanta upon an Emergency Motion
to Change Venue to the Supreme Court
of the US. Bitcoin as the SEC actually did
seize/steal/transfer MY and Meyrings
$60 billion to COINBASE! Or no IPO!
When we objected. Oh well, the US can
pay me the market cap then, $2.6 trillion.

◀   ◉   ■   ◇

2:00



So great. Marthas staff most likely thought I only asked them they did not see the sign in Ingo's!

So Mitchell also harmed Martha's Gift Shop - whrn we cannot afford to lose that store and those ppl are always pleasant, friendly, helpful etc.



Screenshot...3740.png

6

https://www.google.com/amp/s/amp.kob.com/articles/state-senator-questions-gov-lujan-grisham
-over-spending-of-federal-funds-6320824.html

ALBUQUERQUE, N.M. -- A state senator is taking the governor back to court over federal
pandemic relief money.

Now, two weeks later, Candelaria has filed a motion asking the New Mexico Supreme Court to
order Governor Michelle Lujan Grisham and her Department of Finance and Administration
secretary, Deborah Romero, to explain why they should not be held in contempt of court.

KOB 4 asked Candelaria if he thinks they should be held in contempt of court.

'It's ultimately a decision for the Supreme Court, but as a party to the case and having reviewed
the documents, absolutely I do,' he said.

That's because the governor's administration made two payments from the federal pandemic
relief fund totaling $283,000 after the Supreme Court's ruling.

A spokesperson for the governor's office told KOB 4 there was no malintent and sent this
statement:

'The money at issue was for services rendered and was obligated before the Supreme Court
issued its stay. DFA informed the state treasurer on Wednesday that it would immediately
redeposit the funds, which it has done.'

'I think it's nonsense,' Candelaria responded. 'The mere fact that they encumbered these funds
prior to the court's order does not absolve them from following the court's order. What's clear is
they failed to take any reasonable steps to stop these transactions from hitting this account.'

The New Mexico Supreme Court is expected to act on Candelaria's motion soon.

Kai Porter
Published: December 3rd 2021, 4:13 pm
Updated: December 3rd 2021, 7:03 pm
Copyright 2021 KOB-TV LLC, a Hubbard Broadcasting Company. All rights reserved.

GRISHAM DOES WTF SHE PLEASES, SHE ALSO STOLE $100K FOR MAKEUP. THAT BER
DAUGHTER DID. EVER SEE THIS WOMAN? HER DAUGHTER MUST BATE HER. NO JOKE.

H



# Improvised Explosive Devices (IEDs)

A terrorist attack on the United States remains a significant and pressing threat. Improvised explosive devices (IEDs) remain the terrorist weapon of choice due to their relative ease of construction, availability,





I, Satoshi Nakamoto, previously sued regarding Bitcoin and an elegant form of currency that I created and gifted to The People along with potential patents on tech that I deliberately did not reveal in their entirety as I was aware unethical, actually incompetant men and/or a type of man named in the DSM and now unethical women who joined them would steal my work, credit for it, all proceeds and if they repeated the dotcom bust which they are would artificially inflate the value to borrow cash against any stock they owned and they are also doing that too.

I've read the law, case law and court rule. When a woman needs to label the correct application of the law or anything such as Allodial title or fil8ng in SCOTUS as "novel use" as women and the individual have been effectively removed from the law and have zero protection and secure no benefit, it is because the WILLING victims and victimizers have no voice and their vote is real on paper only; it is never heard except through non victim paid lawyers who edit their truth to please other lawyers acting as judges so no effective remedy and relief id although it exists.

I am aware that usually you may not sue a city in federal court but in this case I and the residents who hired me have exhausted other remedies including state court and reporting the state judges to the Judicial Commission who told one of us in writing that this is a criminal case.

I myself applied case law involving bringing state criminal charges to federal court as we qualify under all four circumstances named; also as I'm already before this court and I have stood down every single officer municipal to federal even the SCOTUS clerks but expecting the Justices whom I've had no contact with nor has my partner and lawyer Robert Meyring then this court is the proper venue as I recently filed a motion to have the whole case removed and sent ahead to SCOTUS and that applies here as this suit against Truth or Consequences, NM involves an act of a President, Franklin Delano Roosevelt, that the Officers violated upon rigging our local election and illustrates what disenfranchised voters especially the ethical face all over this country municipal to federal and why sitting federal judges might be unaware or even brainwashed themselves and how lawyers effectively perpetrated treason by advising the city Officers who do it, who do exactly what John Roberts recently accused them of; and in this case as I am a Native American unique fact regarding TorC and any federal settlement is.

Without overwhelming you with details, exact families and the local Mormon church who have a history or pattern of doing this elsewhere seemed to have recruited men who are Mormon namely Alan Brown and possibly a deceased judge named Reynolds who recently died and who both harmed me to rule against us especially in cases of wrongful evictions.

Our local form of election is unique in all of NM so it allows for no districts and for us to vote as many as 6 times in local Commissioner elections; you vote in every instance during one election.

So we can never vote out or in anybody of our choosing who serves us; these people serve each other and it's usually a property or land grab their after 8ncluding our homes and they use the utility, insane accounting practices and false bills hugely inflated to wrongly evict us and then the city ends up owning our property which is sold by their friends and relatives acting as real estate agents.

Judge, NM uses a tax system to deliberately abuse us and steal from us that is now irrational as it has gone  unaddressed for so long.

Incredibly it created a system whereby cash is taxed when buying food not when using food stamps but so that only some or one flavor of Milky Way candy bar is taxed if you pay with cash and when not one person can reason if you can buy ice and in what form with food stamps as the State never bothered to address block versus cubed ice and what is a consumable or not.

What truly demonstrates our plight is recent Off Road Vehicle legislation.

The State passed such legislation. Nobody can reason it for the way it's written based on all fact, it makes no sense. You wouldn't be able to use these vehicles as you wouldn't be able to cross any streets at any intersections and that's only one problem with it.

So locally a group who is entrenched wanted local OVR ordinance. They wrote it, including "ATV" in the title, not the body all the while denying this. The citizens were brainwashed too. To pass it? All manner of illegal activity went on including nonsense at our post office involving political material that did not have a spindor printed on it as it must.

The Commissioners later announced they counted OUT OF STATE EMAILS as if votes!

We had the Secretary of State come here. She took testimony and eyeballed our evidence and incredulously just decided to ignore it all in favor of the unlawfully self installed commissioners.

We have complained so much about this and hundreds of other incidents of abuse and of criminal acts city and state that the Governor and A cannot deny it and still be sane and competent.

Only two possibilities are at this point as a fact is:

Ron Fenn so we won a recall election of Steve Green. The Commission immediately adjourned to avoid seating him and Green was just never removed, proving from a local municipal level to the federal that The People who are ethical and abide by FEDERAL LAW when city code and state law is incongruent and inconsistent with US law and good US Case Law.

Further, it is no accident that the 9th Circuit and now the Miami Federal Circuit is used to harm us and keep us out.

We can prove treason is from a local municipal level to a federal level is and when something called a reserved federal right is, as we didnt create US Law, treason and US Case Law only to never use it at all or only to protect  law breakers and the mentally incapacitated while punishing us, Voters.

and said I drank with this man  when she could not answer WHY they were in court when Brown asked her a total of 3 times.

Barack Obama himself threatened me with death via a US Marshall. I have witnesses. And reports exist.

I have never committed a crime or caused harm with deliberation.

In TorC? I can prove that a favorite tactic of those set against me is to make false reports and I caught a state police officer acting to plant meth on me. I documented this; he too has motive as:

A state police sergeant turned witness for me. They reported that no such thing as IA exists in NM so that's how our Governor and local officers exploit the cops and van and do use them as private enforcers and in TorC we had a Chief of Police that would threaten to shoot our pets if we reported anybody entrenched

I am now subjected to acts of violence by those who feel emboldened and who will profit if the public is brainwashed into believing Wright or anybody named such as Musk and Cuban when they have a history of fraud and/or prrjudice and hatred of Natives and women or a history of sexual abuse, harrassment and even rape or their companies/organizations do if not them.

The federal courts at this point whether deliberate or inadvertent are acting to cause this harm.


I cite our Governors act to make recreational pot legal.but not other drugs when only meth - desoxyn - has been proven and by the NIH and DEA to have a medical purpose and pot has caused harm and can be not only a gateway drug but addictive when all deny this. Motive is too as these people own stock in pot or pot related companies. They also previously charged for medical licenses so admitted it was unlike any other supposed therapeutic drug and when the AMA admits psychiatrists are actually guessing and using these psych drugs including pot off label and at times when zero scientific evidence is.

I cite our Governors act to make X a gender when that is actually insane as human biology is there are two; like it or not any other is a biological defect, a manifestation of something adults are doing  that causes harm and at times in utero.

Once X as a gender is?

They cannot levy and collect and apportion taxes correctly, they harm women more and begin harming ethical men, or, act to do what's insane rather than acknowledge the equality of women.

They also make creating the tables for Social Security impossible as we cannot now know future possible births.

Once Mitchell was elected after I had informed the Voters prior to this and when my right is denied me and still in more than 7 months the Federal Courts have done nothing to address the named harm and now exist to aid and abet the aggressors and when women and I exactly have been the targets and now ethical men are targeted, I have no choice as it does not take 7 months to schedule an appearance - just schedule a court date - and while another litigants motion to serve all parties was granted but without reason or cause I was unlawfully made to serve all parties as our same Motion was denied when no reason or cause to wait is and when case law clearly states the burden is not to be placed upon me plus all were served 3 times when I filed in SCOTUS.

The DOJ and all can never, ever reason their failures so now I must ask:

Law and case law is we can and may meet lethal force with lethal force: donI need to shoot three or four guilty psrties to be taken seriously at a jury trial for 1st degree murder when case law is SCOTUS will throw out a conviction against me if one ever is?

And it was suggested to me that CA seems to breed antisocial people. This is true based upon fact, it seems to be true.

I cannot ignore or deny NM history or that NM is the state all others pretend is a foreign nation. Government employees have insisted that I'm a foreigner and NM is a part of Mexico! Our history is that we were born in acts of insanity, see Gasden Compromise, Navajos as slaves and the Fugitive Slave Act.

This activity in NM, now harms Meying in GA making it federal and finally allowing a suit against a city to be heard in federal court.

Finally? It is not lost on any American as millions are watching this court and following this action quietly as I deliberately shun any mass media involvement for if pressure to cause us harm is being placed upon the Judiciary?

Trump said right out loud as did members of Congress that wh3n they appoint you it is quid pro quo and they expect federal judges to do favors for them and their lawyers in return.

This case is ultimately about the nature of willing vs unwilling victims.

It is Marbury so every person effectively stands alone and no safety in groups or popularity is.

If judges who are lawyers aren't doing this to me and Meyring or to TorC or any of us then Bush V Gore is never heard and I and my children are never kidnapped in the home of

The Toybox Killer.

TorC's other dirty secret is they the cops for years denied our complaints about that man when one of us escaped.

Not only has nobody been able to stop taking psych drugs and use pot instead but these very people ARE active addicts and I can prove it thanks to my Health teacher father and so its VERY telling to me that all are in violation of Federalist 10 by Madsion so while doing drugs - we have them smoking pot and a governor making a drunken phone vall that went public and a pattern of sneaking and sex abuse/harrassment - not one of them legislated the very thing that would effect a cure and address every single symptom and even accord me and Meyring relief:

Nobody mandated rehab and when I inquired I was told it was made cost prohibitive by Obamacare, that you needed to have $13 THOUSAND to go to rehab.

At this point? I not only Motion once again to remove to SCOTUS, I now Motion that this court ORDER all of these people to act at least once  to settle and do so immediately as years not 30 days have passed.

I also cite the current Amendment regarding succession and removal from office, the original 13th or TONA and state statute regarding the same as being defective as it does not account for mental incapacity and Motion that all named defendants undergo psychiatric exam as I already volunteered to do and was found to be 100% sane.

I did identify at least one ethical person in the CIA.

I cannot say that about TorC or anybody employed by TorC, NM or the county or state.

I am in possession of city and state admissions/confessions voluntarily made by these people in the press or documented as a transcript of a city meeting or memo; I have their own quoted words, not only their actions or failure to act.

In the case of Grisham and Balderez?

Their words alone and a picture of them serve to be an actual confession as the civil and criminal charges that I previously filed 8n SCOTUS remain until addressed.

Be and become as irrationally enraged and prejudiced as you thos court and this bench seem to be but now?

If we start shooting it's on you as Craig Wright is Australian so now as 8n the case of McCain and Obama you seem to be psych driven to brainwash others against us and to act for foreign men who are unqualified and lack standing as Miami went so far as to allow Wright to enter a fireign ruling as if goreign law ruled here.

Musk was also not born here.

My bio nuclear family said 5hos growing up:

You the judge aren't being targeted by violent people and you wouldn't let a judge or anybody do this to you for 5 minutes let alone suffer for 14 going on 15 years.

Why on Earth would you sympathize or seemingly sympathize with people who ARE a pattern of criminal activity and hatred?

I spoke to Ingo Hoeppner about the death wish his sexual partner sent to me and he stated that she did so without his knowledge or consent.

It constitutes a hate crime according to NM and what is most disturbing to me is this woman is all unchecked access to our children and she did this when we never met at that time and only came to be engaged as she acted to destroy property that did not belong to her, was inside Hoeppner's business and that someone paid me to produce and was a charity for a woman dying of cancer who has since died that Mitchell did not know and who lived in Texas making this a federal hate crime too.

SN

My first, pure bomb attempts against us. I cant NOT shoot back for much longer.

ORDER SERVICE + a meeting to settle.



**UNITED STATES POSTAL SERVICE**

TRUTH OR CONSEQUENCES
1507 N DATE ST
TRUTH OR CONSEQUENCES, NM 87901-9998
(800)275-8777

4/2021                          03:57 PM
------------------------------------------
uct              Qty    Unit    Price
                        Price
------------------------------------------
rity Mail® 2-Day 1               $8.70
: Rate Env
  Atlanta, GA 30303
  Flat Rate
  Expected Delivery Date
   Thu 10/07/2021
  Tracking #:
   9505 5102 6867 1277 2990 16
  Insurance                      $0.00
   Up to $50.00 included
:al                              $8.70
                           ------------
and Total:                       $8.70

sh                              $20.00
ange                           -$11.30
------------------------------------------

*******************************************
SPS is experiencing unprecedented volume
  increases and limited employee
  availability due to the impacts of
COVID-19. We appreciate your patience.
*******************************************

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
          1-800-222-1811.

     Save this receipt as evidence of
insurance. For information on filing an
        insurance claim go to
https://www.usps.com/help/claims.htm

        Preview your Mail
        Track your Packages
        Sign up for FREE @
https://informeddelivery.usps.com

Earn rewards on your business account
  purchases of Priority Mail labels
  with the USPS Loyalty program by
   using Click and Ship. Visit
   www.usps.com/smallbizloyalty
           for more info.

     United States Postal Service
        NOW HIRING NATIONWIDE
Career Path Positions with Benefits
          Apply online at
       www.usps.com/careers

All sales final on stamps and postage.
Refunds for guaranteed services only.
    Thank you for your business.

   Tell us about your experience.
Go to https://postalexperience.com/Pos
or scan this code with your mobile device.



      or call 1-800-410-7420.

------------------------------------------
UFN: 348946-0701
Receipt #: 840-58700524-2-3417471-2
Clerk: 03



**UNITED STATES POSTAL SERVICE**

COMMERCE
1180 COMMERCE DR
LAS CRUCES, NM 88011-9998
(800)275-8777

11/17/2021                      01:06 PM
------------------------------------------
Product          Qty    Unit    Price
                        Price
------------------------------------------
PM Express 1-Day  1             $27.10
Flat Rate Env
  Atlanta, GA 30303
  Flat Rate
  Signature Requested
  Scheduled Delivery Date
   Thu 11/18/2021 06:00 PM
  Money Back Guarantee
  Tracking #:
   EI263238070US
  Insurance                      $0.00
   Up to $100.00 included
Total                           $27.10
                           ------------
Grand Total:                    $27.10

Debit Card Remitted             $27.10
  Card Name: VISA
  Account #: XXXXXXXXXXXX6956
  Approval #: 086754
  Transaction #: 938
  Receipt #: 058802
  Debit Card Purchase: $27.10
  AID: A0000000980840     Chip
  AL: US DEBIT
  PIN: Verified
------------------------------------------

*******************************************
USPS is experiencing unprecedented volume
  increases and limited employee
  availability due to the impacts of
COVID-19. We appreciate your patience.
*******************************************

     Save this receipt as evidence of
insurance. For information on filing an
        insurance claim go to
https://www.usps.com/help/claims.htm

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
          1-800-222-1811.

        Preview your Mail
        Track your Packages
        Sign up for FREE @
https://informeddelivery.usps.com

Earn rewards on your business account
  purchases of Priority Mail labels
  with the USPS Loyalty program by
   using Click and Ship. Visit
   www.usps.com/smallbizloyalty
           for more info.

     United States Postal Service
        NOW HIRING NATIONWIDE
Career Path Positions with Benefits
          Apply online at
       www.usps.com/careers

All sales final on stamps and postage.
Refunds for guaranteed services only.
    Thank you for your business.

   Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.



      or call 1-800-410-7420.

------------------------------------------
UFN: 344787-0817
Receipt #: 840-58700536-1-77...
Clerk: 25



**UNITED STATES POSTAL SERVICE.**

TRUTH OR CONSEQUENCES
1507 N DATE ST
TRUTH OR CONSEQUENCES, NM 87901-9998
(800)275-8777

11/22/2021                                03:39 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|

First-Class Mail®   1                          $1.76
Large Envelope
   Atlanta, GA 30322
   Weight: 0 lb 3.70 oz
   Estimated Delivery Date
      Mon 11/29/2021

First-Class Mail®   1                          $1.76
Large Envelope
   Washington, DC 20515
   Weight: 0 lb 3.70 oz
   Estimated Delivery Date
      Mon 11/29/2021

First-Class Mail®   1                          $1.56
Large Envelope
   Washington, DC 20220
   Weight: 0 lb 3.00 oz
   Estimated Delivery Date
      Mon 11/29/2021

First-Class Mail®   1                          $1.56
Large Envelope
   Washington, DC 20549
   Weight: 0 lb 3.00 oz
   Estimated Delivery Date
      Mon 11/29/2021

First-Class Mail®   1                          $1.76
Large Envelope
   Washington, DC 20551
   Weight: 0 lb 3.10 oz
   Estimated Delivery Date
      Mon 11/29/2021

First-Class Mail®   1                          $1.76
Large Envelope
   New York, NY 10036
   Weight: 0 lb 3.10 oz
   Estimated Delivery Date
      Mon 11/29/2021

First-Class Mail®   1                          $1.56
Large Envelope
   Wilmington, DE 19801
   Weight: 0 lb 3.00 oz
   Estimated Delivery Date
      Mon 11/29/2021

First-Class Mail®   1                          $1.56
Large Envelope
   Chicago, IL 60654
   Weight: 0 lb 3.00 oz
   Estimated Delivery Date
      Mon 11/29/2021

Grand Total:                               $13.28

Debit Card Remitted                        $13.28
   Card Name: VISA
   Account #: XXXXXXXXXXXX6956
   Approval #: 811078
   Transaction #: 750
   Receipt #: 024455
   Debit Card Purchase: $13.28
   AID: A0000000980840         Chip
   AL: US DEBIT
   PIN: Verified

*********************************************
USPS is experiencing unprecedented volume
   increases and limited employee
   availability due to the impacts of
COVID-19. We appreciate your patience.
*********************************************

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

Earn rewards on your business account
   purchases of Priority Mail labels
   with the USPS Loyalty program by
   using Click and Ship. Visit
   www.usps.com/smallbizloyalty
      for more info.

United States Postal Service
NOW HIRING NATIONWIDE
Career Path Positions with Benefits
Apply online at
www.usps.com/careers

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.



or call 1-800-410-7420.

---



**UNITED STATES POSTAL SERVICE.**

TRUTH OR CONSEQUENCES
1507 N DATE ST
TRUTH OR CONSEQUENCES, NM 87901-9998
(800)275-8777

11/23/2021                                04:10 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|

First-Class Mail®   1                          $1.76
Large Envelope
   Wilmington, DE 19801
   Weight: 0 lb 3.20 oz
   Estimated Delivery Date
      Tue 11/30/2021

First-Class Mail®   1                          $1.76
Large Envelope
   Wilmington, DE 19801
   Weight: 0 lb 3.20 oz
   Estimated Delivery Date
      Tue 11/30/2021

First-Class Mail®   1                          $1.76
Large Envelope
   Wilmington, DE 19801
   Weight: 0 lb 3.20 oz
   Estimated Delivery Date
      Tue 11/30/2021

First-Class Mail®   1                          $1.76
Large Envelope
   Wilmington, DE 19801
   Weight: 0 lb 3.20 oz
   Estimated Delivery Date
      Tue 11/30/2021

First-Class Mail®   1                          $1.76
Large Envelope
   Miami, FL 33131
   Weight: 0 lb 3.20 oz
   Estimated Delivery Date
      Tue 11/30/2021

First-Class Mail®   1                          $1.76
Large Envelope
   Atlanta, GA 30334
   Weight: 0 lb 3.20 oz
   Estimated Delivery Date
      Mon 11/29/2021

First-Class Mail®   1                          $1.76
Large Envelope
   Santa Fe, NM 87501
   Weight: 0 lb 3.30 oz
   Estimated Delivery Date
      Fri 11/26/2021

First-Class Mail®   1                          $1.76
Large Envelope
   Albany, NY 12224
   Weight: 0 lb 3.10 oz
   Estimated Delivery Date
      Tue 11/30/2021

First-Class Mail®   1                          $1.76
Large Envelope
   Washington, DC 20502
   Weight: 0 lb 3.10 oz
   Estimated Delivery Date
      Tue 11/30/2021

First-Class Mail®   1                          $1.76
Large Envelope
   Washington, DC 20500
   Weight: 0 lb 3.10 oz
   Estimated Delivery Date
      Tue 11/30/2021

First-Class Mail®   1                          $1.76
Large Envelope
   New York, NY 10016
   Weight: 0 lb 3.10 oz
   Estimated Delivery Date
      Tue 11/30/2021

Grand Total:                               $19.36

Debit Card Remitted                        $19.36
   Card Name: VISA
   Account #: XXXXXXXXXXXX6956
   Approval #: 039002
   Transaction #: 775
   Receipt #: 024481
   Debit Card Purchase: $19.36
   AID: A0000000980840         Chip
   AL: US DEBIT
   PIN: Verified

*********************************************
USPS is experiencing unprecedented volume
   Increases and limited employee
   availability due to the impacts of
COVID-19. We appreciate your patience.
*********************************************

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

Earn rewards on your business account
   purchases of Priority Mail labels
   with the USPS Loyalty program by
   using Click and Ship. Visit
   www.usps.com/smallbizloyalty
      for more info.

United States Postal Service
NOW HIRING NATIONWIDE
Career Path Positions with Benefits

---

*Handwritten note (right margin):*
Notice of Service Only some, I served them multiple times. Recorded the state suit they hid with a Notary Public as I must

Setosh Nakamoto
814 E 3rd St #4
TorC, NM 87901

US District Court
Richard B Russell Fed Bldg
2211
75 Ted Turner Dr SW
Atlanta, GA 30303 - 3309



UNITED STATES POSTAL SERVICE.

Retail

US POSTAGE PAID

$12.50

Origin: 87901
12/10/21
3489460701-07

USPS RETAIL GROUND®

1 Lb 1.30 Oz
1003

C039

SHIP
TO:   75 TED TURNER DR SW
      ATLANTA GA 30303-3315

USPS TRACKING® #

9534 6102 6867 1344 3013 75

CLEARED DATE
DEC 17 CLEARED DATE
U.S. Marshals Service DEC 17 2021
Atlanta, GA 30303 U.S. Marshals Service
                    Atlanta, GA 30303

In Re Cesk Nakamoto vs US
127 CV 04260