RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

DEC 17 2021

KEVIN P. WEIMER, Clerk
By: NBowen Deputy Clerk

I Nakamoto am amenable to consolidating all.

1:21-CV-5173

Clerk: a bomb threat was 2 blocks from my home. The city and state MIGHT have covered it up, hidden this from federal authorities.

An energrncy is.

A cop was fired for telling us:

It was according to all I spoke to an IED that was a pro job at the park where our transformer is and 2 blocks from my home, I live on the same street as it.

Some? The people who told me TRULY believe all, and that an attempt was made on my, Satoshi Nakamoto's life.

Ron Fenn and I have spoken several times. He hired me long, long ago.

So this may or may not be a new action.

Tort

May sue P.D. for intentional acts.

S.N.
12/7/2021

I attached defendents addresses

I'm sorry, for typos, language etc.

I was jumped in my home.