OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, S.W.
ATLANTA, GEORGIA 30303-3361

OFFICIAL BUSINESS

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN 25 2022

SDG

KEVIN P. WEIMER, Clerk
By: MBowen, Deputy Clerk

Hasler
01/04/2022
US POSTAGE $000.53⁰

FIRST-CLASS MAIL

ZIP 30263
011D11653040



Return to sender
Addressee

U.S. Marshals Service
Atlanta, GA 30303

CLEARED DATE
JAN 2 5 2022

NIXIE       871    FE 1         0001/14/22
            RETURN TO SENDER
            ATTEMPTED - NOT KNOWN
            UNABLE TO FORWARD
BC: 30303336199      *1755-02822-14-02



Satoshi  Nakamoto
~~311 E 3rd Street - #4~~
Truth of Consequences, NM 87901

------------------------------------------------------------

         \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*     ATTENTION     \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Attorney Registration for Electronic Case Filing (ECF)

Electronic Filing became mandatory for all attorneys effective July 15, 2005. If you are a bar member in good standing with the Northern District of Georgia or an attorney admitted pro hac vice, visit our website at http://www.gand.uscourts.gov for information on obtaining ECF access.

# Orders on Motions
1:21-cv-05173-SDG Nakamoto et al v. The United States et al et al

4months,RGV,SDGLC2

## U.S. District Court

## Northern District of Georgia

### Notice of Electronic Filing

The following transaction was entered on 1/4/2022 at 8:36 AM EST and filed on 1/3/2022
**Case Name:** Nakamoto et al v. The United States et al et al
**Case Number:** 1:21-cv-05173-SDG
**Filer:**
**Document Number:** 3

**Docket Text:**
**ORDER granting [1] Application for Leave to Proceed in forma pauperis for Satoshi Nakamoto Only. It is further ORDERED that service of process shall not issue at the present time, and the Clerk shall submit this file to the assigned District Judge for a frivolity determination under 28 U.S.C. § 1915(e)(2). Signed by Magistrate Judge Russell G. Vineyard on 01/03/2022. (jkb)**

**1:21-cv-05173-SDG Notice has been electronically mailed to:**

**1:21-cv-05173-SDG Notice has been delivered by other means to:**

Robert Meyring

Ronn Fenn

Satoshi Nakamoto
311 E 3rd Street - #4
Truth of Consequences, NM 87901

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1060868753 [Date=1/4/2022] [FileNumber=12258904-0
] [a4dfdc59f3c66e4883ce713d954ec6b3df76179ffa0acef4d0734c0de93484c7817
2f9ef23b47ef7ea9c5426e2797deeff9f689af05718f4c71036c53cf214a2]]

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| SATOSHI NAKAMOTO, et al., | |
| Plaintiffs, | CIVIL ACTION NO. |
| v. | 1:21-cv-05173-SDG |
| THE UNITED STATES, et al., | |
| Defendants. | |

### ORDER

This matter is before the Court on *pro se* plaintiff Satoshi Nakamoto's ("Nakamoto") affidavit and application to proceed *in forma pauperis*, pursuant to 28 U.S.C. § 1915(a). [Doc. 1].[1] After consideration by the Court of the affidavit of indigency only, Nakamoto's request to proceed *in forma pauperis* is hereby **GRANTED** pursuant to 28 U.S.C. § 1915(a), and she shall be allowed to proceed with this action without prepayment of filing fees, docket costs, or United States Marshals Service fees.[2] However, it is further **ORDERED** that service of process

---

[1] The document and page numbers listed in citations to the record refer to the document and page numbers listed in the Adobe file reader linked to this Court's electronic filing database, CM/ECF.

[2] Ronn Fenn ("Fenn") and Robert Meyring ("Meyring") are listed as plaintiffs in this action, see [Doc. 1-1 at 1, 6], and Meyring is also listed on Nakamoto's application to proceed *in forma pauperis*, [Doc. 1 at 1]. However, only Nakamoto has filled out and signed the application to proceed *in forma pauperis*. See [Doc. 1].

shall not issue at the present time, and the Clerk shall submit this file to the assigned District Judge for a frivolity determination under 28 U.S.C. § 1915(e)(2).

**IT IS SO ORDERED**, this 3rd day of January, 2022.

*Russell G. Vineyard*
RUSSELL G. VINEYARD
UNITED STATES MAGISTRATE JUDGE

---

"The right to appear *pro se*, however, is limited to those parties conducting their own cases and does not apply to persons representing the interests of others." Franklin v. Garden State Life Ins., 462 F. App'x 928, 930 (11th Cir. 2012) (per curiam) (unpublished) (citations and internal marks omitted); see also Meier v. Deutsche Bank Tr. Co. Ams., No. 2:09-cv-169-FtM-29SPC, 2012 WL 1288764, at *1 (M.D. Fla. Apr. 16, 2012) (citation omitted). Thus, regardless of whether Nakamoto intended to include only Meyring or both Meyring and Fenn on her *in forma pauperis* application, "if multiple parties seek to proceed [*in forma pauperis*], each party must qualify for [such] status." Coleman v. Sprint Nextel, CIVIL ACTION FILE NO. 1:19-cv-0953-WMR, 2019 WL 2291884, at *1 (N.D. Ga. Mar. 4, 2019) (citations omitted); see also Wells Fargo Bank, N.A. v. Miller, CIVIL ACTION NO. 1:13-cv-03540-TCB-RGV, 2013 WL 12383153, at *2 n.1 (N.D. Ga. Nov. 8, 2013) (citation omitted) ("To the extent all of the [parties] seek to proceed in this Court *in forma pauperis*, they all must complete and sign an application, fully explaining their potential assets and including income and expense information for all parties."), adopted by 2013 WL 12383154, at *2 (N.D. Ga. Dec. 2, 2013). Meyring and Fenn "did not provide the Court with [their own] application[s] and affidavit[s] for leave to proceed *in forma pauperis* or [] sign the application and affidavit presently before the Court, thereby declaring under penalty of perjury that the information contained in the [current] application is true and complete," IH4 Prop. Ga., LP v. Moreland, CIVIL ACTION FILE NO. 1:15-cv-01663-RWS-AJB, 2015 WL 13777027, at *2 (N.D. Ga. May 15, 2015), adopted by 2015 WL 13777396, at *1 (N.D. Ga. June 15, 2015) and thus, the request to proceed *in forma pauperis*, [Doc. 1], is **GRANTED** solely as to Nakamoto, see Moreland, 2015 WL 13777027, at *2.