IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SATOSHI NAKAMOTO, *et al.*,
    Plaintiffs,

v.

UNITED STATES, *et al.*,
    Defendants.

Civil Action No.
1:21-cv-05173-SDG

## ORDER

This matter is before the Court on its *sua sponte* review of the docket. Plaintiff, *pro se*, initiated this case on December 17, 2021. Pro se plaintiffs must keep their addresses current with the Clerk's Office or risk dismissal of their cases. LR 41.2(B), NDGa ("The failure of . . . a party appearing *pro se* to keep the clerk's office informed of any change in address and/or telephone number which causes a delay or otherwise adversely affects the management of the case shall constitute grounds . . . for dismissal of the action without prejudice . . . ."). Plaintiff has failed to maintain a current address with the Clerk's Office since shortly after this action was filed and mail sent by the Court has been returned as undeliverable.[1]

---

1    ECF 4.

Accordingly, the Clerk is **DIRECTED** to **DISMISS** this action **WITHOUT PREJUDICE** and close the case because of Plaintiff's failure to comply with LR 41.2(B).

**SO ORDERED** this 19th day of September, 2022.

Steven D. Grimberg
United States District Court Judge