# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SATOSHI NAKAMOTO, RONN FENN, ROBERT MEYRING,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES ET AL, JOSEPH BIDEN, MICHELLE LOHEN GRISHAM, HETOR BALDEREZ, NM STATE POLICE, CITY OF TRUTH OR CONSEQUENCES POLICE, DESTINY MITCHELL, THE SENTINEL, FRANCES LUNA,<br><br>Defendant. | CIVIL ACTION FILE<br><br>NO. 1:21-cv-05173-SDG |

## J U D G M E N T

This action having come before the court, Honorable Steven D. Grimberg, United States District Judge, for consideration, it is

**Ordered and Adjudged** that the action be **DISMISSED without prejudice** for failure to comply pursuant to LR 41.2(B).

Dated at Atlanta, Georgia, this 20th day of September, 2022.

KEVIN P. WEIMER
CLERK OF COURT

By:   s/J K Brown
         Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
September 20, 2022
Kevin P. Weimer
Clerk of Court

By:   s/J K Brown
         Deputy Clerk