OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, S.W.
ATLANTA, GEORGIA 30303-3361

OFFICIAL BUSINESS

ATLANTA-METRO 301   Hasler
09/20/2022
20 SEP 2022 PM 9 L   US POSTAGE   $000.81⁰

FIRST-CLASS MAIL



ZIP 30263
011D11653040

CLEARED DATE
AUG 3 0 2022
U.S. Marshals Service
Atlanta, GA 30303

NIXIE        871    FE 1          0009/25/22
           RETURN TO SENDER
         ATTEMPTED - NOT KNOWN
           UNABLE TO FORWARD
BC: 30303336199        *3124-03229-20-45

```
Satoshi  Nakamoto
311 E 3rd Street - #4
Truth of Consequences, NM 87901
```

---

```
          ***************    ATTENTION    ***************
```

Attorney Registration for Electronic Case Filing (ECF)

Electronic Filing became mandatory for all attorneys effective July 15, 2005. If you are a bar member in good standing with the Northern District of Georgia or an attorney admitted pro hac vice, visit our website at http://www.gand.uscourts.gov for information on obtaining ECF access.

# Utility Events

1:21-cv-05173-SDG Nakamoto et al v. The United States et al et al

4months,RGV,SDGLC1,SUBMDJ

## U.S. District Court

## Northern District of Georgia

### Notice of Electronic Filing

The following transaction was entered on 9/20/2022 at 9:11 AM EDT and filed on 9/19/2022
**Case Name:** Nakamoto et al v. The United States et al et al
**Case Number:** 1:21-cv-05173-SDG
**Filer:**
**WARNING: CASE CLOSED on 09/19/2022**
**Document Number:** No document attached

**Docket Text:**
**Civil Case Terminated. (jkb)**


**1:21-cv-05173-SDG Notice has been electronically mailed to:**

**1:21-cv-05173-SDG Notice has been delivered by other means to:**

Robert Meyring


Ronn Fenn


Satoshi Nakamoto
311 E 3rd Street - #4
Truth of Consequences, NM 87901

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SATOSHI NAKAMOTO, *et al.*,
    Plaintiffs,

v.

UNITED STATES, *et al.*,
    Defendants.

Civil Action No.
1:21-cv-05173-SDG

### ORDER

This matter is before the Court on its *sua sponte* review of the docket. Plaintiff, *pro se*, initiated this case on December 17, 2021. Pro se plaintiffs must keep their addresses current with the Clerk's Office or risk dismissal of their cases. LR 41.2(B), NDGa ("The failure of . . . a party appearing *pro se* to keep the clerk's office informed of any change in address and/or telephone number which causes a delay or otherwise adversely affects the management of the case shall constitute grounds . . . for dismissal of the action without prejudice . . . ."). Plaintiff has failed to maintain a current address with the Clerk's Office since shortly after this action was filed and mail sent by the Court has been returned as undeliverable.[1]

---

[1] ECF 4.

Accordingly, the Clerk is **DIRECTED** to **DISMISS** this action **WITHOUT PREJUDICE** and close the case because of Plaintiff's failure to comply with LR 41.2(B).

**SO ORDERED** this 19th day of September, 2022.

Steven D. Grimberg
United States District Court Judge

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SATOSHI NAKAMOTO, RONN FENN, ROBERT MEYRING,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES ET AL, JOSEPH BIDEN, MICHELLE LOHEN GRISHAM, HETOR BALDEREZ, NM STATE POLICE, CITY OF TRUTH OR CONSEQUENCES POLICE, DESTINY MITCHELL, THE SENTINEL, FRANCES LUNA,<br><br>Defendant. | CIVIL ACTION FILE<br><br>NO. 1:21-cv-05173-SDG |

## JUDGMENT

This action having come before the court, Honorable Steven D. Grimberg, United States District Judge, for consideration, it is

**Ordered and Adjudged** that the action be **DISMISSED without prejudice** for failure to comply pursuant to LR 41.2(B).

Dated at Atlanta, Georgia, this 20th day of September, 2022.

KEVIN P. WEIMER
CLERK OF COURT

By:  s/J K Brown
     Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
September 20, 2022
Kevin P. Weimer
Clerk of Court

By:  s/J K Brown
     Deputy Clerk